UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

Government.

v.                                 Case No. **01-80778**
                                   **Volume 15**

**AHMED HANNAN,
KARIM KOUBRITI,
ABDEL ILAH EL MARDOUDI,
FAROUK ALI-HAIMOUD,**

Defendants.

_____/

JURY TRIAL PROCEEDINGS

**BEFORE THE HONORABLE GERALD E. ROSEN**
United States District Judge
860 US Courthouse & Federal Building
231 Lafayette Boulevard West
Detroit, Michigan
**Wednesday, April 9, 2003**

**APPEARANCES:**

RICHARD CONVERTINO
KEITH CORBETT
Assistant United States Attorneys
211 West Fort Street
Detroit, MI 48226
        On behalf of the Government.

. . .

Stenographically reported by:  Carol S. Sapala, RMR-FCRR
                               Ronald DiBartolomeo, CSR

**USA V Koubriti, et al 01-80778**

APPEARANCES: (continuing)


**RICHARD HELFRICK**
**LEROY SOLES**
**JAMES GEROMETTA**
Federal Defender Office
645 Griswold Street, Ste. 2255
Detroit, MI 48226
            On behalf of Defendant Koubriti.


**JAMES C. THOMAS**
**JOSEPH NISKAR**
2632 Buhl Building
Detroit, Michigan 48226
            On behalf of Mr. Hannan.


**ROBERT MORGAN**
645 Griswold, Ste. 4100
Detroit, Michigan 48226
            On behalf of Defendant Ali-Haimoud.


**WILLIAM S. SWOR**
645 Griswold, Ste. 3060
Detroit, MI 48226
            On behalf of Defendant El Mardoudi.


**MARGARET SIND RABEN**
GUREWITZ & RABEN, PLC
333 West Fort Street
Detroit, MI 48226
            On behalf of Defendant El Mardoudi.


**THE INTERPRETERS:** David Habboo, El Sayed Mostafa


USA V Koubriti, et al 01-80778

# C O N T E N T S

IDENTIFICATION                                              PAGE

**WITNESSES**

**YOUSEFF HMIMSSA** (continuing)

Direct Examination by Mr. Convertino (cont.)        2547

Certification of Court Reporter                     2715

**E X H I B I T S**

**IDENTIFICATION**                                    **RECEIVED**


Government's Exhibit Number 26C              2687

Government's Exhibit Number 26D              2771

Government's Exhibit Number 27, 27H-7    2616

Government's Exhibit Number 30A              2553

Government's Exhibit Number 31, 31A,B,C 2681

Government's Exhibit Number 32U-32Z        2688

Government's Exhibit 32N-2                        2788

Government's Exhibit Number 32S-2, T-2,
32U-2, 32V-2                                                 2688

Government's Exhibit Number 33A-C,           2677

Government's Exhibit Number 33D-L            2677

Government's Exhibit Number 34A-D            2649

Government's Exhibit Number 34E-I             2651

Government's Exhibit Number 34M               2711

Government's Exhibit Number 34S-Z            2684

Detroit, Michigan

Wednesday, April 9, 2003

10:13 a.m

**THE COURT:** Morning. Bring the jury right in.

(Whereupon the jury was brought

out into the courtroom)

**THE COURT:** Counsel satisfied the jurors are in place?

**MS. RABEN:** Yes.

**MR. THOMAS:** Yes, Judge.

**MR. CONVERTINO:** Yes.

**THE COURT:** All right. We'll bring Mr. Hmimssa right in.

**MR. CONVERTINO:** Judge?

**THE COURT:** Yes.

**MR. CONVERTINO:** We've asked that the court's translator be present today, because it appears there were some difficulties yesterday.

**THE COURT:** Mostly difficulty hearing Mr. Hmimssa.

**MR. CONVERTINO:** I just wanted to make the Court aware.

**THE COURT:** Maybe he could be on standby, standing up if Mr. Hmimssa needs any assistance in translating or interpreting. Maybe you could be available for us.

**THE INTERPRETER:** Of course, Your Honor. Yes.

USA V Koubriti, et al 01-80778

THE COURT:  You understand that the oath that I administered to you still applies?

THE INTERPRETER:  Yes, sir.

MR. CONVERTINO:  Would you like the translator to stand there?

THE COURT:  Yes.

MR. THOMAS:  Your Honor, we object.

MR. SWOR:  Yes.

MR. THOMAS:  His language is good, it's just that he doesn't speak up.

THE COURT:  He's just going to assist you.  Most of all have been complaining.  You either don't understand them or this is to help you.

MR. THOMAS:  I cannot hear him.

MR. SWOR:  Me, too.

THE COURT:  You, too.  You too?  Mr. Hmimssa will be joining us directly.

(Whereupon the witness entered the courtroom)

THE COURT:  Morning, Mr. Hmimssa.

THE WITNESS:  Good morning.

THE COURT:  You're still under oath sir, okay?

THE WITNESS:  Yes, sir.

THE COURT:  Mr. Convertino.

MR. CONVERTINO:  Thank you, Judge.

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
**DIRECT EXAMINATION** (continuing)

BY MR. CONVERTINO:

Q    Thank you, judge.

     Morning, sir.

A    Good morning.

Q    Mr. Hmimssa, yesterday when we broke for the day, you were telling us about a conversation that occurred between Defendant Hannan and you regarding Abdella.

     Do you remember that?

A    Yes, sir.

Q    I think you told us that you were informed by Defendant Hannan, that Abdella was someone who had expertise in phone card scams.

A    Yes, sir.

Q    What were you told by DefendantDefendant Hannan about Defendant El Mardoudi's involvement in phone cards.

A    The defendant, the defendant told me that Abdella is involved in calling card scam.  And he was with them in Dearborn.

     They went to airport to check for security breaches.

Q    Security breach?

A    Yes.

Q    Sir, did DefendantDefendant Hannan or any other defendants tell you what the purpose of the funds were that

**USA V Koubriti, et al 01-80778**

2548

**Youssef Hmimssa**

Direct Exam/Mr. Convertino-Cont.

were raised from the phone card scam that they were used for?

A    Defendant told me that they want to use the fund, which is raised by calling card.

Q    Can you speak up, sir?

A    What is raised by calling card scam?

>    **THE INTERPRETER:**  Which is raised by.

>    **THE WITNESS:**  By calling card scam.

>    To help bring brothers to United States to buy and ship weapons overseas.

BY MR. CONVERTINO:

Q    Those funds were derived, in part, by the phone card scam?

A    Yes, sir.

Q    Who told you that, specifically, sir?

A    Ahmed Hannan and Karim Koubriti was, was there at that time.

Q    And at this point in time, the time period you're testifying about, had you personally met Defendant El Mardoudi?

A    No, sir.

Q    At this point in time, the time period you're testifying about, had you spoken on the telephone with Defendant El Mardoudi?

A    I was introduced to Defendant El Mardoudi over the

**USA V Koubriti, et al 01-80778**

## Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

phone by Karim Koubriti.

Q    How were you introduced to him?

A    Karim Koubriti, he paged El Mardoudi in Chicago and give him the phone number.

Q    What phone number?

A    Pay phone in front of the shopping center Arabian Village.  And he called over there.

Q    Defendant El Mardoudi called back to the phone on the street?

A    Yes, sir.

Q    Did you hear Defendant Koubriti speaking to Defendant El Mardoudi on the phone?

Did you hear one end of that conversation?

A    Yeah, I, I -- it was -- it was kind of private on the phone.

And when he called me, he came over the phone. I came and I talked to El Mardoudi.

Q    And how were you introduced?

What name did you were you introduced as?

A    I was introduced as Jillali.

Q    And you knew him as what name?

A    Abdella.

Q    What was your first phone conversation about when you talked to Defendant El Mardoudi on the pay phone that day?

A    He talked to me about his calling card scam and he

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
talked about what I could do with computer.

Q    What did you tell Defendant El Mardoudi that day you could do with computers, sir?

A    I told him what I could do with credit card. And I'm going to try to do identification for him.

Q    You need to speak up?

A    I said identification fraud.

Q    You told him about credit cards and identification fraud?

A    That's right.

Q    Until that point, Mr. Hmimssa, had you attempted to use, personally, had you attempted on a computer to do any identification fraud or create any false identification yourself?

A    No, sir.

Q    What did Defendant El Mardoudi tell you when you told him you could do credit card fraud and possibly identification fraud?

A    We had a long conversation and he figured out that somehow I'm in trouble. And he told me.

Q    What do you mean by that he figured out you were in trouble?

A    I told him what I could do with credit card and somehow he figure out I may be in trouble.

Q    How did you come to that conclusion that he figured out

**USA V Koubriti, et al 01-80778**

### Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

you were in trouble?

A    He did not believe that my name was Jillali and he told me he did not care, so he figure out he told me if you are in trouble, go to the library and buy a book called *Hide Your Assets and Disappear.*

Q    Defendant El Mardoudi told to you buy a book called *Hide Your Assets and Disappear?*

A    Yes.

Q    Did you ever buy that book *Hide Your Assets and Disappear?*

A    Yes, I did.

Q    Where did you purchase that book from?

A    From the bookstore.

Q    Where?

A    It's in Dearborn.

        **MR. CONVERTINO:**  May I approach, judge?

        **THE COURT:**  You may.

BY MR. CONVERTINO:

Q    Sir, I've handed you what's been marked for identification as Government Exhibit 30.

        Do you see that in front of you, sir?

A    Yes.

Q    Also what's been marked for identification Government's Exhibit 49?

A    No, sir.  It's Government Exhibit 30.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    No, sir.

There's something in your left-hand.  In your left-hand, sir.

A    Oh.  Yes.  49.

Q    Taking what's been marked for identification as Government Exhibit 30 --

A    Yes.

Q    -- could you tell us what that is?

A    It's a book called *Hide Your Asset and Disappear.*

Q    Is that the book you were referring to just now?

A    Yes, sir.

Q    Take in your hand what's been marked for identification as Government's Exhibit 49.

Do you see that, sir?

A    Yes, sir.

Q    Could you tell us what Government Exhibit 49 is?

A    It's a receipt for this book.

Q    The date of the receipt?

A    The date is zero six, twelve, 2001.

Q    June 12, 2001?

A    Yes, sir.

MR. CONVERTINO:  Your Honor, I move into evidence what's been previously marked for identification Government Exhibits 30 and 49.

THE COURT:  Any objection?

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
**MR. SWOR:** No, sir.

**THE COURT:** Without objection.

BY MR. CONVERTINO:

Q    Thank you, Judge.

During this phone conversation you had with Defendant El Mardoudi, he told to you purchase that book.

What else did he tell you?

A    He also told me when he came over, when he -- he's going to come over here to Dearborn, he's going to teach me a code that I will use with him on the phone, which this code, Karim Koubriti, Ahmed Hannan and Ali-Haimoud already knows.

Q    What was the code that you were going to be taught? What did that -- did you ever learn the code?

A    No, I did not.

Q    Do you know what it was based on?

A    It's based on 1986 Moroccan soccer teams players.

Q    Do you know how the code was based on the 1986 Moroccan -- is that a World Cup Team or national team?

A    It's a national team.

Q    How was the code based upon the 1986 Moroccan Soccer Team?

A    It's a from zero to nine and each number represent a player.

Q    Each number represented a --

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A      A soccer player.

Q      A player.

And the players were known by the defendants?

A      Yes.

Q      How would the code be used?

A      Used like for phone numbers, for addresses, for calling card numbers.

Q      Would use a player's number, then the recipient would translate it to a number?

A      Yes, sir.

Q      Did you hear them using this code?

A      He told me he's going to -- he's going to teach me the code, but he did not give me the key of the code.

Q      Did Defendant Koubriti also tell you about a code?

A      He told me that's the new code and that's how he talked to El Mardoudi on the phone.

Q      DefendantDefendant Hannan talk about that code?

A      Yes.

Q      What did DefendantDefendant Hannan say about the code?

A      He said --

Q      Did defendant Farouk Ali-Haimoud talk about the code?

A      Yes.

Q      What did he say about the code?

A      He said to use the code with El Mardoudi.

Q      Did Defendant El Mardoudi tell you the time and the

USA V Koubriti, et al 01-80778

2555

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

time you were talking to him on the phone in June, of 2001, what his role or relationship was with the other defendants?

A     He told me that's he was with them in Ohio.

Q     Did he say anything else?

A     And they came to Dearborn and he lived with them on Riverside apartments.

He went to the airport and he did not like it. It was too risky.  He travel with him to Chicago.

And, also, over there in Chicago, they went to O'Hare Airport.

Abdella liked O'Hare Airport and went to stay over there in Chicago.  He also said that's he met with some brothers.

Q     Where did they meet with these brothers?

A     At a restaurant in Chicago.

Q     Who did defendant Abdella say or Defendant El Mardoudi say he met with him in the brothers in Chicago?

A     I'm sorry.

Can you repeat the question, please?

Q     Who was it that met with the brothers in Chicago?

A     Ahmed Hannan, Karim Koubriti, and Abdella.

Q     Sir, did you have -- did you ever have a personal observation of how Defendant El Mardoudi used the phone? How he would use the phone to make a call?

A     He -- he if he went to use -- if he doesn't want the

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

call to be traced, he would call -- for example, if he want to call someone over here in Michigan in the same city and doesn't want to call to be traced, he would use the first calling card to call the operator in London, for example, and have the operator to call another operator in another country with different calling card number.

And have that operator to make the phone number that he want to really call with different calling card number to over here in Michigan or in Chicago or anywhere he want to call.

Q    So there may be three or four different calling cards and three or four different switching centers in order to call right next door, for instance?

A    That's right.

Q    What was the purpose of doing that?

A    So no one can trace the call.

Q    Did he tell you who he was worried about tracing the call, sir?

A    The Government.

Q    Sir, have you ever heard the name "Tracy King?"

A    Yes.

Q    Who was it that first told you the name "Tracy King?"

A    Abdella.

Q    What did Defendant El Mardoudi tell you about Tracy King?

USA V Koubriti, et al 01-80778

## Youssef Hmimssa

Direct Exam/Mr. Convertino-Cont.

A    When I was with him in Cedar Rapids, he give me a calling card and the name.

And one day, I tried to use it and I couldn't. I get this message that it's already -- someone already using it.

So when I talk to him, he told me maybe Ahmed Hannan or Karim Koubriti using the card in Michigan or others.

Q    But who is Tracy King?

A    She's the real owner of that calling card.

Q    Did Defendant El Mardoudi tell you how he acquired the calling card from Tracy King, sir?

A    He would go to the airport and stand behind the pay phone.

And once the customer make a phone call, he would see the numbers which the customer punch on the pay phone and he memorize them.

Q    He would memorize those numbers?

A    Yes.

Q    How do you know he'd be able to memorize those numbers?

A    I knew it, because when one day he did it in front of me.

Q    What did you see him do in front of you?

A    I saw him standing and watching with the phone and looking at the customer she was who was using the phone.

2558

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

And just -- after like a minute, he get the number in his memory.

Q    Once he would memorize the number, what would he do with the number?

A    He either use it or give it to other people to use it or tell it or collect more numbers and after other people overseas using the code, to give them those numbers.

Q    Did the Defendant El Mardoudi ever tell you, personally, how he used the funds that he acquired from this phone card scam?

A    As I told you, he used funds which he need from the calling card scam to bring more people into the United States and to help other operation.

Q    Defendant El Mardoudi told you that directly?

A    Yes, sir.

Q    Had you ever had a conversation with Defendant El Mardoudi, Mr. Hmimssa, about other airports in the United States, other than other than O'Hare and DTW or Detroit Wayne County Airport?

A    Yes.

Q    When was that?

A    When we were Cedar Rapids, Iowa.

Q    What did Defendant El Mardoudi tell you about other airports in the United States, sir?

A    He told me that he likes Midwest, because they have low

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

security.

THE COURT:  I'm sorry.  Which airport?

THE WITNESS:  Midwest.

THE COURT:  Midwest?

THE WITNESS:  Yes.  Like Iowa, North Dakota, Utah.

BY MR. CONVERTINO:

Q    Why was low security a concern for Defendant El Mardoudi?

A    Because he liked to bring brothers over there that way.

Q    How could a brother pass in those airports easier then a larger airport?

A    He told me that New York and Chicago and other larger airport, there they have so many frauds and so many cases which people who get caught with fake passport and fake documents and those airports get used to that so --

Q    Did Defendant El Mardoudi ever tell you about contact he had with brothers overseas?

A    Yes.

Q    What did he say about his contact in connection with brothers overseas?

A    He told me that he have so many contacts throughout Europe and Middle East.  And he can get passport.  He can even get European passport.

Q    Did you tell you about any terrorist operations in connection with brothers overseas?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    He told me he has brothers in Amsterdam.

Q    That were involved in what?

    **MR. THOMAS:**  Objection.

    **THE WITNESS:**  Brothers --

    **THE COURT:**  Basis?

    **MR. THOMAS:**  He's leading.

    **MR. CONVERTINO:**  The question was, that were involved in what.

    **THE COURT:**  Overrule the objection.

    **THE WITNESS:**  As I told you before, brothers.

    It's mean they're activity with him, involved in terrorist activity.

BY MR. CONVERTINO:

Q    Can you repeat that, sir?

A    Brothers.  He met with people who are involved with him in terrorism activity.

Q    Sir, did Defendant El Mardoudi ever discuss with you sending or receiving money to brothers overseas?

A    Yes.

Q    What did he say about that?

A    He get the fund wired to United States and he use so many names to get funds.

Q    Did you tell what he did with funds when they were received by him in the United States under different names?

A    He use it in United States here.

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q      For what?  Do you know?

A      Yeah, to help the terrorism activity.

Q      Let me ask you, sir.

Did Defendant El Mardoudi ever ask you to create false airport identification?

A      Yes, he did.

Q      Tell us about that, sir.

A      When I was with him in Chicago.

Q      What did he want?

A      He showed me O'Hare Airport identification card or -- I mean, badge.

His roommate was working at O'Hare Airport. And he told me whether I could make that badge.

Q      He wanted you to replicate the O'Hare identification badge?

A      Yes.

Q      Do you know, do you remember what access the person whose badge he wanted you to copy had?

A      That person was working inside the airport and with luggage.

Q      Luggage?

A      Yes.

Q      When were you in Chicago with Defendant El Mardoudi, sir?

A      July.

USA V Koubriti, et al 01-80778

2562

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    Of what year?

A    2001.

Q    And that's when this conversation occurred?

A    Yes.

Q    Could you tell us about whether or not Defendant El Mardoudi wanted you to replicate any other forms of identification?

A    Ask me whether I could make FBI badge.

Q    An FBI badge?

A    I mean I.D. not --

Q    FBI identification?

A    Yes.

Q    Did he have a sample FBI identification card or badge that he showed you he wanted to replicate?

A    I told him if I get a sample, I would be able to do it. Then he told me he would bring me the sample.

Q    That he would give you a sample?

A    Yes.

Q    And how would you be able to do it if you were given a sample at that time what would you do?

A    I would scan it after the information and print it.

Q    We're going to talk about that in a minute. Did you ask Defendant El Mardoudi why he wanted you to get a fake -- make a fake FBI credential?

A    He said he want to use it at the airport, but he did

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

not -- he did not tell me what he's going to do with it.

Q    Did he tell you, Mr. Hmimssa, which airport he wanted to use the fake FBI credential?

A    He did not told me, but I knew he was operating at O'Hare Airport.

Q    Do you ever have a discussion with defendant Karim Koubriti, Mr. Hmimssa, when you lived with him in Detroit here, about creating false airport identification?

A    He showed me his own badge of Sky Chef.

Q    What did he say?

A    He told me he have other badges just like Sky Chef, but they are different.  Whether I could make those badges.

Q    Badges for what?

A    For Karim Koubriti, whether I could create with computer those badges.

Q    And what were the badges that he asked you if you could create?

A    He told me its, its -- will provide him with access to other places at the airport.

Q    What was your reaction, Mr. Hmimssa, when Defendant Koubriti asked you if you could make airport identification, fake airport identification badges for him?

A    I knew I was in so much trouble and I just have to keep my promise and keep saying yes, I will do that, for my own safety, after I move out from them.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    And you say "a promise." You had to keep your promise.

What promise did you make that you were talking about?

A    After I move out from the apartment, he say he going to bring me computer.  I would create identification for them.

Q    And in return for you creating identification for the defendants, what were you going to get in return?

A    At first, they were trying to recruit me when I do not, Ali-Haimoud, he did not like me at all.

But Ahmed Hannan and Karim Koubriti -- but Ahmed Hannan and Karim Koubriti went to struck a deal with me.

Q    What was the deal?

A    They would provide me with computer.  And, in return, I would make I.D.'s for them.

Q    They were going to buy you a computer?

A    Yes.

Q    Were they going to buy you a printer?

A    Yes, sir.

Q    Were they going to buy you a scanner?

A    Yes, sir.

Q    Who was it that was going to teach you how to create the false identification?

A    Well, I told them I'm going to do that.

Q    How were you going to learn how to do that?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Had anyone taught you up to that point how to do it?

A    At that time, no.

Q    How were you planning on keeping this your end of the bargain, a compute for false identification, if you didn't know how to make false I.D.?

A    Well, I knew once I get the equipment, I would be able to create identification.  But I just kept my promise with them.

Q    Why did you did you intend to make -- you said that you knew they were in to bad things.

And did you intend to make them false identifications, sir?

A    Absolutely not.

Q    Well, what were you doing then when you were telling them about this deal?

A    I was just scared and feared for my life and was trying to keep my promise and stay safe until I move out from them.

Q    Until the point when you could leave?

A    Yes, sir.

Q    Then there came a time when you moved out?

A    That's right.

Q    I want to ask you before we get to that point, about -- you remember yesterday you said that you, the first day you went to the Ambassador Bridge?

**USA V Koubriti, et al 01-80778**

2566

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    That's right.

Q    Was that -- did you go the Ambassador Bridge before or after you went to this, this storefront area?

A    Before.

Q    Before.

How long were you at the Ambassador Bridge?

A    I don't recall exact time, but I would say 15 minutes.

Q    You said that there was a conversation that you're excluded from?

A    Yes.

Q    And that you then came back and got in the car?

A    That's right.

Q    Did you ask what they were talking about at all?

A    No, sir.  I did not.

Q    Why not?

A    I feel that I was not invited into this conversation.

Q    Okay.  After you went to the storefront area, you said Ahmed Hannan, Farouk Ali-Haimoud, and Karim Koubriti, they went inside to this -- whatever it was.

A    Yes, sir.

Q    Did they tell you what went on inside this storefront area?

A    They met with brothers.

Q    You said they came out with, with a pan?

A    Yes.  They came out with a cooking pan and a notepad.

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    What was —

A    Ahmed Hannan told me that he had the cooking pan before, because they had another meeting before and they had dinner.

Q    You said that, later on, you said that you had gone to the coffee shop one day looking for them and that you waited until it closed.

And when it closed, you went home. And they came in and said they were at the coffee shop.

Do you remember that conversation with us yesterday?

A    Yes, I do. Yes, I did, sir.

Q    You said that they told you when they came in that, they were at the coffee shop. Right?

A    Sir, I went in the coffee shop and they were not there.

Q    They were not there.

When you told them that you were there and you knew they were not there, what did they say?

A    They said I should mind my own business.

Q    Did they tell you whether or not they were at a meeting with brothers that night?

**MR. MORGAN:** Object as to the leading, judge.

**THE COURT:** Sustain the objection. Rephrase.

**THE WITNESS:** Sir, they did not told me that, but I figure out. (sic)

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

BY MR. CONVERTINO:

Q    They were -- what was their state of mind?

MR. THOMAS:  Objection.

THE COURT:  Yeah.  You're going to have to lay a foundation for that testimony that he figured it out.

BY MR. CONVERTINO:

Q    How did you figure that out, sir?

A    Because they were very nervous and they were hyper and they start talking about Sheikh Omar Rahman.

Q    Is that the conversation that also included the fatwas?

A    Yes, sir.

Q    Did they speak about Osama bin Laden and his fatwas that night?

A    That's right, sir.

Q    Who was doing the talking that night, sir?

A    Mostly Ali-Haimoud.

Q    Was there any discussion about Jihad?

A    Yes, sir.

Q    Who was --

MR. THOMAS:  Judge, are we going over the testimony yesterday?

THE COURT:  Yeah.  We've had this testimony.

Is this foundational for something else?

MR. CONVERTINO:  Yes, sir.

THE COURT:  Overruled.

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

BY MR. CONVERTINO:

Q    Who was discussing Jihad?

A    Ali-Haimoud.

Q    And what was Ali-Haimoud's discussion about Jihad, how that related to what these defendants should do; how they should act?

A    He was talking about fatwa of Osama bin Laden and Sheikh Omar Rahman and about both of them, they were calling for Jihad, which is mean holy war against Jews --

BY MR. CONVERTINO:

Q    You need to speak up --

         **THE WITNESS:**  He was talking -- I didn't have to be told.

Q    You said that you didn't have to hear what -- you didn't have to be told what Jihad meant.  Why?

A    Because when they speak Arabic, I know what it mean.

Q    Does Jihad mean different things to different people?

A    It does.

Q    Well, what I'm asking you is, did they explain to you what Jihad meant to them?

         How they were describing Jihad to them?(sic)

A    To them, it means holy war against Jew and Christian.

Q    Who said that to you?

A    Ali-Haimoud.

Q    Did defendant Ali-Haimoud say how?

**USA V Koubriti, et al 01-80778**

2570

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

**THE INTERPRETER:**  Ali-Haimoud M-o-u-r and not D. He say Ali Haimour not Ali Haimoud.

**THE COURT:**  Wait a minute.  Let the witness clarify that, sir.

**THE WITNESS:**  I said Ali-Haimoud with D in America I knew as Khalid.

**MR. CONVERTINO:**  Khalid.

BY MR. CONVERTINO:

Q    Did Defendant, Ali-Haimoud, tell you how they intended to carry out Jihad?  In what form?

A    The form is to bring more brothers into United States illegally.

Q    Brothers into the United States.

A    Illegally.

Q    Was there any discussion about --

A    And I did not finish.

Q    Pardon me?

A    I did not finish.

To bring brothers to United States illegally and to buy and ship weapons overseas and to raise money.

Q    Was there ever a discussion about carrying out Jihad with your hands?

A    Yes, it was another time that --

Q    Who was involved in this discussion you're going to tell us about?

2571

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    Karim Koubriti and Ahmed Hannan and Khalid.

Q    Khalid, that's defendant Ali-Haimoud?

A    Yes.

Q    When was this discussion?

A    It was in June.

Q    The same time period when you lived with them?

A    Yes, sir.

Q    What was discussed about carrying out Jihad with your hands?

A    It was the last time they would talk to me.

After this, they give up about recruiting me.

Q    Why?

A    Because I was against it.

Q    What did they say to you?

A    Ali-Haimoud, he said this hadith.

Q    Hadith?

A    Hadith.

Q    Spelled h-a-d-i-t-h?

A    Yes.

Q    What did defendant Ali-Haimoud tell you about the hadith?

A    Hadith says that he should change the sins, either with his hand, with his mouth, or keep it in his heart.

Q    Change the sin?

A    Sins.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    Change the sin with your hand, your heart or your mouth; is that what you said?

A    Change the sins either with your hands, with your mouth, or keep it in your heart.

Q    And did he explain -- Defendant Ali-Haimoud explain to you what hadith meant to him?

A    Change the sin with the hand is carry out attack, to fight.

Q    What about with the heart?

A    Just change it in your heart.  Don't do anything.

Q    What about -- what was the third one?

A    Your mouth.

Q    With your mouth.  What did that mean?

A    Talk to the people about it.

Q    Did Defendant Ali-Haimoud tell you which of those three options he chose?

A    He said he chose the first one, because he's young and he can use his hand.

Q    The did Defendant Koubriti tell you whether or not he chose one of those three options?

A    Ali-Haimoud was talking, so the others, they were just listening.

Q    Did they any of the defendants tell you how they intended to change the sin with their hands?

A    At another time.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    Before we get to that, can you tell us, did they explain to you what the sin was that they wanted to change?

A    Well, we all knew what sins are.

Q    Did they tell you how they viewed the United States that day?

          MR. MORGAN:  I'm sorry.  I didn't hear the answer.

          THE COURT:  Which answer?  The witness's last answer?

          MR. MORGAN:  Yes.  What the sins meant.

          THE WITNESS:  Sins mean something that's Muslims extremists do not agree with.

BY MR. CONVERTINO:

Q    Can you repeat that?

A    Muslim extremists do not agree with.

Q    Do not agree with?

A    Yeah.

Q    What, what do Muslim extremists do not agree with?

A    There's a lot of things.  I can't just --

Q    Okay.  Here's my question to you, Mr. Hmimssa.

          During that conversation, did they explain what was meant by change the sins?

A    Is to carry out a fight.

Q    Fight who?

A    Fight the infidel who are in the states, of sins.

Q    How did they explain how an infidel could get into a

**USA V Koubriti, et al 01-80778**

2574

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

state of sin, from their view point?

Did they explain that to you?

**MR. THOMAS:**  No, judge.  We've heard consistently one person was talking or maybe more were talking when he asked the question "they".

**THE COURT:**  Mr. Thomas, I've got it.

Mr. Convertino, if you could ask the witness to focus on who it was that was speaking.

**MR. CONVERTINO:**  I will.  Pardon me, judge.  I'm sorry.

BY MR. CONVERTINO:

Q    Did Defendant Ali-Haimoud tell you what sins he perceived needed to be changed?

A    He didn't have to tell me what sins he wanted to be changed according to Muslim extremist.

I knew.  All Muslims know.

Q    Are you saying you believed them to be Muslim extremists?

A    Yes.

Q    You were telling us then there was another conversation when they were more specific about how they would change the sins.

Do you remember that?

A    Yes, I do.

Q    When did that conversation occur?

**USA V Koubriti, et al 01-80778**

2575

## Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

A     In June 2001.

Q     Who was present at that conversation?

A     Karim Koubriti.

Q     Where was the conversation?

A     At Riverside apartments.

Q     Just you and Defendant Karim Koubriti?

A     There was I -- was I, Karim Koubriti, and I -- I didn't know where Ali Haimoud was at the time.

Q     What was the conversation about, Mr. Hmimssa?

A     Karim Koubriti was the last one to give up on me.

Q     What was the conversation about, Mr. Hmimssa?

A     It was about trying to get the stinger missiles.

Q     Defendant Koubriti was discussing with you attempting to get stinger missiles?

A     Yes.

Q     Did he explain what a stinger missile was?

A     He told me it's to be used to shoot airplane.

Q     Did he tell you how big the stinger missiles was?

A     He told me he can use it and cause so much damage with it, that he can even pack it in a bag or in a trunk of his car.

          MS. RABEN:  He needs to speak up.

          THE COURT:  Try to speak up, please.  If you could speak right into that microphone.

          THE WITNESS:  Okay.

**USA V Koubriti, et al 01-80778**

2576

### Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

BY MR. CONVERTINO:

Q    You were telling us that Defendant Koubriti said the stinger missiles could fit into a small bag or a bag?

A    That's right.

Q    And why did he want to put a stinger missile in a bag?

A    So he could go and shoot airplane.

Q    Did he tell you that that's what he intended to do with a stinger missile?

A    Yes.

Q    Did he tell you whether or not he had a stinger missile?

A    He did not tell me.

Q    Did he tell you whether or not, Mr. Hmimssa, that he was attempting to acquire a stinger missile?

A    He did.

Q    Did he tell you how much a stinger missile was?

A    He did not tell me how much.

Q    Did he say whether or not --

        **MR. SWOR:**  Objection, leading.

        **MR. CONVERTINO:**  Leading questions suggests an answer.

        If you wait to the end of the question, you may be able to make the objection.

        But at this point --

        **MR. SWOR:**  It's a pattern.  We don't have to wait

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

until the end of the question.  He's been doing it right along.

THE COURT:  Mr. Convertino, if you would phrase your questions in an open-ended way so it does not suggest the answer.

MR. CONVERTINO:  Yes, sir.

BY MR. CONVERTINO:

Q    Sir, were any of the -- did any of the other defendants discuss stinger missiles with you?

A    No.

Q    Did you have any discussion about stinger missiles at any other time with Mr. Koubriti?

A    At the time Karim Koubriti he give up Ali-Haimoud would not talk to me after that about terrorism activity or about Islam.

Q    Did Defendant Koubriti tell you where he was going to use the stinger missile?

A    He said he can use it to shoot airplane commercial air main from the airplane.

Q    Sir, I want to draw your attention to a conversation in June did you have a conversation with any of the defendants about the country of Jordan?

A    Yes, I did.

Q    Which defendants did you have a conversation with, specifically, about the country of Jordan?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    Ahmed Hannan.

Q    Was anyone else present at the time you had the conversation about Jordan with Ahmed Hannan?

A    Yes.

Q    Who?

A    Khalid and Karim Koubriti.

Q    Defendant Ali-Haimoud and Defendant Koubriti?

A    Yes.

Q    Where were you?

A    I was at Riverside apartments.

Q    Could you tell us what was -- what did defendant Ahmed Hannan say about Jordan?

A    He told me that Jordan is used by United States Abdella King Huessin's son, is working for the Central Intelligence Agency, just like his father.

Q    King who?

A    King Abdella.

Q    King Abdella of Jordan?

A    Yes.

Q    Was working for who, sir?

A    For the Central Intelligence Agency.

Q    What else did Defendant Hannan say?

A    And he told me that the American Embassy is in Jordan is the largest embassy in the world.

And from far away, it looked like a

**USA V Koubriti, et al 01-80778**

2579

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

telecommunication company with all those satellite, it's the center of the Central Intelligence Agency.

Q     From far away, it looked like a telecommunication satellite?

A     From far away it look like telecommunication company, because there was so many satellites in it.

Q     Satellite dishes?

A     Yes.

Q     How else did he describe the embassy?

A     He described the embassy as huge and is located in Amman, Jordan.

Q     Pardon me, sir?

A     He described it as a big embassy, the largest embassy in the world.

Q     Was there any discussions about brothers in Jordan?

A     Yes.

Q     What the conversation who was talking to you?

A     Ahmed Hannan.

Q     What was said about brothers in Jordan?

A     Ahmed Hannan.

He said that the brothers were like King Abdella, because he does not speak fluent Arabic and he's not Islamist, like his cousin.

Q     Why was that important to Defendant Hannan, if you know?

USA V Koubriti, et al 01-80778

2580

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

MR. THOMAS: Objection, foundation.

THE COURT: He said if he knows. Ask him.

MR. CONVERTINO: I'm sorry.

THE COURT: Ask him to lay a foundation as to how he would know, if he knows.

BY MR. CONVERTINO:

Q    Did you said that he, the king, was not an Islamic, like his cousin, that was told to you by Defendant Hannan?

A    Yes.

Q    The current king.

A    Yes.

Q    Did he say how the Defendant Hannan tell you how he knew that how he arrived that?

A    He told me that after the King Hussein it was supposed to be his brother to take over but the United States Government need the king to go back to Jordan and change the law before going to the hospital and for operation.

Q    Okay. King Hussein, you're talking about now?

A    Yes.

Q    King Hussein before he died, how was the line of succession explained to you by Ahmed Hannan?

A    It was to be the brother of King Hussein to be the king.

Q    Not the son of King?

A    Not the son. After his death.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
And since King Hussein, he has cancer.  And it was a chance that he may die, then he needed to go back and change the law, so his son can take over.

Q    And Ahmed Hannan told you the Government, American Government, made the Government of Jordan change its law so King Hussein's son would take over --

A    Yes.

Q    -- instead of the brother, which was at that time the law.

A    Yes.

Q    Did DefendantDefendant Hannan tell you why he thought the government of Jordan change the law so that King Hussein's son would become King instead of his uncle?

A    Because the Government of the United States does not agree with the way the King brother's --because he's Islamist.

Q    What did Defendant Hannan say about that?

What was his reaction to this information?

A    He told me that the brothers are going to take care of King Abdella.

Q    Did he tell you how the brothers we're going to take care of King Abdella?

A    To assassinate him.

Q    Did Defendant Koubriti say anything during this conversation?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    No.   It just was Ahmed Hannan was talking to me.

Q    And Defendant Koubriti and Defendant Ali-Haimoud were there?

A    They was just listening.

Q    What was your reaction?

A    I did not say anything, just was listening to them.

Q    When they would talk about these various things what would you do?

How would you respond?

A    Most of the time, I opposed them.   And that's when they call me -- I'm brainwashed, by the American culture.   And I'm Americanized.

And I've been in this country for so long that they brainwashed me with their ideology.

Q    Are you Muslim, sir?

A    Yes.

Q    Did they ever ask you about your religious convictions?

A    What do you mean by that?

Q    Well, did they ask you whether or not you pray or did they ask yo,u if you were a good Muslim?

A    Yes, they did.

Q    Who asked you that?

A    Ahmed Hannan.   He asked me whether I go and pray.

Q    What did you tell him?

A    I told him I don't.

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    What was his reaction to that?

A    He told me that I should.

Q    Did they ever accuse you of being Kafir?

A    Yes.

Q    How do you spell that word?

A    K a, is apple, f-i-r.

Q    What does that word mean?

A    It mean infidel.

Q    What was your reaction when you, as a Muslim, were called infidel by another Muslim?

A    It was really bad.

Q    Let me ask you, sir, whether or not you had a conversation with any of the defendants about the country of Turkey?

A    Yes.

Q    Tell us when the first discussion was.

A    Since I was living with the defendants and I was with them all the time, the defendant knew that I went to Romania through Turkey. So I knew that. So they knew I was in Turkey around the year 1992.

Karim Koubriti was asking me about Turkey and how it is like over there and how much if he go there he would pay for the hotel and what is the spoken language over there. And whether he could find someone who could speak Arabic.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
I told them they do not speak Arabic. He said he knows they speak Arabic in South Turkey.

Q    Did Defendant Koubriti say anything about American forces in Turkey or overseas?

A    He told me about American base in Turkey, that he was unhappy about it because U.S. airplane go and strike targets in Iraq.

Q    Who else was there during this conversation?

A    Ahmed Hannan.

Q    What did -- what, if anything, did Ahmed Hannan say about this conversation?

A    He did not say anything.

Q    Do you ever have a conversation with any of the defendants about Saudi Arabia?

A    They were also unhappy about the American air base in Saudi Arabia.

Q    Who do you talk about Saudi Arabia?

A    We had a conversation, all of us talking about Saudi Arabia, about the Arab states.

And we were talking about Libya, all of our countries and they do not like Saudi Arabia Government and they do not like American air base in Turkey, in Amman.

Q    Didn't like the American air base in Saudi Arabia?

A    Saudi Arabia and Kuwait and Persian Gulf.

Q    Did they say where the American air base in Saudi

**USA V Koubriti, et al 01-80778**

2585

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Arabia was?

A      No, sir.  They did not tell me where.

Q      Sir, did there come a time when you had a discussion with any of the defendants about the City of Las Vegas?

A      Yes.

Q      When was that?

A      It was in June 2001.

Q      Same time you lived with them?

A      Yes.

Q      Who was it you had a discussion with about Las Vegas?

A      Ahmed Hannan.

Q      Who else was there during this discussion?

A      Was Karim Koubriti.

Q      What did Ahmed Hannan say about Las Vegas to you?

A      He was telling me there were so many casinos.

Q      So many what?

A      Casinos, gambling casinos.

Q      Casinos.  So many casinos?

A      Yes.

Q      Did he describe Las Vegas for you?

A      He told me it was Arabs from Kuwait and Saudi Arabia, they come over to Las Vegas to put their money over there for gambling and woman and alcohol.

           And this money is coming, the revenue from oil, what they described as treasure of all Muslims.

**USA V Koubriti, et al 01-80778**

2586

## Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

Q     The revenue of oil was described as the treasure of all Muslims?

A     Unhappy about Las Vegas and unhappy about those Muslims who come to Las Vegas, they want to be destroyed with the Monte Carlo.

Q     Did Ahmed Hannan describe what Las Vegas looked like?

A     They were so many casinos out.  See, the casinos, sometimes you find kids there playing outside the casinos and their parents are gambling.

Q     Did defendant Ahmed Hannan have a name for Las Vegas, other than the City of Las Vegas, did he call it something else?

A     He called it the City of Satan.

Q     City of Satan.

          What did they say about the Monte Carlo?  You mentioned that.

A     They just mentioned Monte Carlo.

Q     And what in what vein, sir?

A     He said -- Ahmed Hannan, he said he want it to be destroyed Las Vegas, along with Monte Carlo.

Q     Did defendant Ahmed Hannan tell you, sir, how he thought Las Vegas or Monte Carlo should be destroyed?

A     No, sir, he did not tell me.

Q     Did they say anything specific about Las Vegas or Monte Carlo?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    No, sir.

Q    Just what you told us.  Is that right, sir?

A    That's right.

Q    Sir, did there come a time when you actually moved out of the apartment at Riverside?

A    That's right.

Q    Okay.  Explain for us how that came about.

A    It came when Karim Koubriti and Ahmed Hannan, they give up on recruiting me.

It was another person named Sharif Mohammed who I did not mention before,

Q    Sharif Mohammed?

A    Yes.

Q    How do you spell?

A    C-h-r-i-a-f, space Mohammed m-o-h-a-m-a-d.(sic)

Q    Okay.  Who was Sharif Mohammed?

A    He was Tunisian.

Q    How do you know Sharif Mohammed?

A    He was living with them.  But most of the time, he doesn't spend the night there or spend the time with them.

Q    How did you know him, sir?

How did you come to know Sharif Mohammed?

A    I met him same day when I met Karim Koubriti and Ahmed Hannan and Khalid.

Q    You met them the same day in the coffee shop?

**USA V Koubriti, et al 01-80778**

2588

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A    Yes.

Q    Just want to remind you, again, to speak up, if you could.

A    Thank you.

Q    Everybody has to hear you way in the back here, too okay?

A    Okay.

Q    Thank you, sir.

Sheriff Mohammed you met the same day you met the first day you met the other defendants?

A    Yes, sir.

Q    And what was it about Sharif Mohammed you were just telling us?

A    There's a time, that's I went out with Sharif Mohammed and he showed me a letter that he gets at another address.

And in Detroit where he keep -- where they keep his passport and his stuff. And, sometimes, he spend the night over there.

He told me that he was invited to register at university in Canada. I did not say the name of the university. I said from at this time.

MR. SOLES:   Your Honor, this is hearsay, isn't it?

THE COURT:   I'm not sure the purpose it's being offered for.

But I didn't hear what the witness said.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
Okay. You said --

THE WITNESS: Franco. It's French university francophone university. (sic)

THE COURT: A French university?

THE WITNESS: Yes.

THE COURT: What's the purpose you're offering this testimony?

MR. CONVERTINO: He's giving background information on how he knew Sharif Mohammed.

MR. SOLES: It's still hearsay, Your Honor.

THE COURT: No, it's to provide context for the foundation for something else as to why this witness did something or perceived something.

It's not hearsay for that purpose. But I'll take additional testimony and see.

BY MR. CONVERTINO:

Q    Thank you.

Once you had that information he was going to university, what did you do?

A    He was young. He was only 21 years old. And he want advice.

He told me whether he should go back to Tunisia and get student visa and come to Canada and study or whether he should stay in United States and live on tourist visa.

**USA V Koubriti, et al 01-80778**

## Youssef Hmimssa

Direct Exam/Mr. Convertino-Cont.

Q      Did he move out from living with the defendants?

A      Yes, sir.

Q      When did Sharif Mohammed move out of the apartments with the defendant?

A      In June 2001.

Q      When he moved out, did you move in when Sharif --

A      A week later I move out, to a week or at least later, I moved out from this apartment, too.

Q      Okay.  Did you keep in contact with Sharif Mohammed?

A      I, I have Sharif Mohammed to buy airline ticket and travel by Lufthansa.

        And he would not -- he told me not to talk with defendant, that he's leaving the country.

        I asked him why.  He would not told me why.(sic)

                MR. SOLES:  Your Honor --

                MR. SWOR:  Objection.

                THE COURT:  They're two layers of hearsay here. What's the purpose this is being offered for?

                MR. CONVERTINO:  It goes directly to why the defendant left the apartment in the manner in which he did.

                MR. SOLES:  It's still hearsay, Your Honor.

                THE COURT:  No, not if it is offered to prove the affect on the listener, meaning to prove why Mr. Hmimssa took the actions that he did and not for the truth let me

### USA V Koubriti, et al 01-80778