## Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

give the jury an instruction.

Ladies and gentlemen, you may consider this testimony only as it bears upon any actions taken by Mr. Hmimssa in response to what he was told by Sharif Mohammed, not for the truth of what Sharif Mohammed told him, okay?

Go ahead.

BY MR. CONVERTINO:

Q    Okay.  Mr. Hmimssa --

A    Sharif Mohammed told me I should be very careful and the defendants, they are really dangerous and that I should stay away from them.

Q    When you moved out -- eventually moved out, sir --

A    Yes.

Q    -- did you recall that conversation when you were moving out?

Do you recall that previous conversation with Sharif Mohammed when you were moving out?

A    Yes.

Q    When you decided to move out of Riverside, how did you move out?

A    After Sharif moved out, I went and I, in Dearborn, I found a studio apartment I rented.

Q    Where was the studio apartment you found?

A    On Tuxedo.

Q    Tuxedo in Dearborn?

USA V Koubriti, et al 01-80778

## Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

A     Yes.

Q     How far is the apartment, the studio apartment on Tuxedo, from the Riverside address, sir?

A     I'm not sure.  Blocks.

Q     Is it in the same neighborhood?

A     It's in the same neighborhood.

Q     Did you tell the defendants you had found an apartment on Tuxedo?

A     No.

Q     What did you do?  How did you move out of your apartment on Riverside?

A     I went and I rented apartment and I start moving my stuff one by one.

Q     When you say "one by one" what do you mean?

A     Bag by bag, so they would not figure out that I found apartment.

Q     How long did it take you to move out bag by bag so they wouldn't figure out you found a new apartment?

A     About three nights.

Q     Then what happened, sir?

A     Then I just disappear and I start parking the car far away from the apartment where I used to lived on Tuxedo and take a walk for, some times, over three blocks.

Q     What car did you have?

A     I had Sharif Mohammed car.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    How did you get Sharif Mohammed car?

A    I give him my watch.

Q    You traded your watch for a car?

A    Yes.

Q    Why did you park your car so far away from the apartment you lived?

A    So the defendants, they would not figure out where I live.

Q    Why was that important to you?

A    Because I knew they very dangerous and I want to stay away from them.

Q    How long did you continue to park your car fare away from where you lived so they wouldn't find out which apartment you lived in?

A    For two weeks, until I feel safe.

        And one day I park it in the parking lot of the apartment building and they figure out that I live there.

Q    During this time when you had moved out into the new apartment, had you been keeping in conversation with Defendant El Mardoudi?

A    Yes.

Q    How was that?

A    I had his pager and I also get a phone line hooked up into my apartment.  I page him and he called me back.

Q    Did you have a phone when you moved into Riverside

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

1335?

Was there a phone there when you moved in?

A       When I moved in, they have no phone.

But, later, I asked Karim Koubriti to use a phone, but he would not.

He said he rather I use a pay phone. When I insist, he did.

Q       You remember the phone number?

A       It start with -- it's 554-0764.

Q       Did you carry that same number to Tuxedo or did you get a different phone number?

A       I believe I had it in my book or somewhere.

Q       Well, you said set up a phone in your apartment on Tuxedo?

A       Yes.

Q       That's how you communicated with El Mardoudi?

A       Yes.

Q       Why were you keeping in contact with Defendant El Mardoudi when you moved from Riverside to Tuxedo?

A       El Mardoudi told me that he would help me get a French passport.

Q       Why now at this time when you lived in -- first moved into Tuxedo, you said you struck a deal that the defendants were going to give you a computer, you were going to create false documents.

**USA V Koubriti, et al 01-80778**

2595

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
Do you remember that?

A     That's right.

Q     When you moved out, did they give you a computer?

A     No, sir.

Q     Did they even know you moved out?

A     They knew that I moved out, but didn't know where I was living.

Q     Did you have a computer when you first moved into Tuxedo?

A     No, sir.

Q     When you first moved into Tuxedo, were you aware of how to create false documents?

A     Yes.  I had an idea.

Q     Okay.  But had you done it at that point?

A     Yes, I did.

Q     You created false documents yourself when you first moved into Tuxedo?

A     Yes.

Q     When did you first start to create false documents?

A     After I bought a computer, printer and scanner.

Q     When did you buy the computer, printer and scanner at Tuxedo?

A     When I moved in.

Q     Right away or did it take awhile?

A     It did not take awhile.

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q     Where did you get the money, Mr. Hmimssa, to purchase the items?

A     When I lived Chicago -- I mean, I left Chicago.  I was checking into my stuff and I found a disk, that Secret Service did not pick it up.

And I checked that disk and it had other credit card number and a software that I can use for credit card fraud.

Q     On the disk?

A     Yes.

Q     What did you do with the disk at Tuxedo?

A     I bought another machine and I created one credit card and I bought computer with a scanner and printer.

Q     How did you get the machine that you used to create the credit card?

A     I order from AMC, American Magnetic Corporation.

Q     It's the same type of machine you had in Chicago?

A     Yes.

Q     What did you do with the machine when you were on Tuxedo?

A     I created a credit card and went to the store and bought those items.

Q     So you bought the items with another stolen credit card number?

A     Yes.

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Q    That's how you got your first computer on Tuxedo?

A    Yes.

Q    Do you know, sir, did you have the Website of American Magnetic written down in your documents when you lived on Riverside?

A    Yes.  I used to go to Dearborn library and go on-line and check for some information about AMC.

Q    Did you ever do that with any of the defendants, go to the library, that is?

A    I went with them to the library and I was on the computer.

And, suddenly, I found Karim Koubriti over my shoulder, looking what I was doing.

Q    Did you talk to the defendants about your capabilities while you were at the library?

Did you explain you could go on these websites while you're at the library?

A    I did not tell them the public library, but they knew it because I talk to them about it when I was with them at the Riverside apartment.

Q    Did you tell them when you lived at the Riverside apartment about American Magnetic?

A    No, sir.

Q    Did you have the website for American Magnetic written down in your documents at all?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

A     Yes, sir.

Q     Did you have the Website for the Social Security Administration written down in your documents at all?

A     Yes, sir.

Q     United States Secret Service --

A     Yes, sir.

Q     -- website?

Do you know if they attempted to copy any of those websites out of your belongings?

A     Yes, sir.

**THE COURT:**  I'm sorry.  Yes, you know it or yes they did or?

**THE WITNESS:**  Yes, I know that they were attempting to copy the Website.

**THE COURT:**  How do you know that.

**THE WITNESS:**  There was one time I was in a public library.

**MR. CONVERTINO:**  Can you speak up, sir?

**THE WITNESS:**  There's one time I was in a public library.  I caught Karim Koubriti looking over my shoulder to know what I was doing on the Website.

**MR. SWOR:**  Excuse me, Your Honor.  Excuse me.

**THE COURT:**  What's the problem?

(A discussion was held off the record)

**THE COURT:**  7It's okay.  Thank you.

**USA V Koubriti, et al 01-80778**

2599

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

BY MR. CONVERTINO:

Q    Did you ever become aware of whether any of the defendants went through your belongings while you were not in the apartment?

A    I'm not sure.

Q    Okay.  What's the -- what's the Website for U.S. Secret Service, if you know?

A    U.S.S. dot g o v stand for government.

Q    What's the website for the Social Security Administration, if you know?

A    S.S.A, is apple, dot gov.

Q    What's the website for American Magnetic, if you know?

A    AMC dot com.

Q    Dot com?

A    Yes.

        **MR. CONVERTINO:**  May I approach, judge?

        **THE COURT:**  You may.

BY MR. CONVERTINO:

Q    How proficient would you say you are in the use of computers, Mr. Hmimssa?

A    I don't know.  I'm just like I'm -- as I told you.

            I have a good computers case and I know about it work.  So I'm certified by Microsoft to be a system engineering.

Q    Sir, when you first started to -- when you first got

**USA V Koubriti, et al 01-80778**

2600

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

your computer set up on Tuxedo, what were you going to do with a computer scanner and printer?

A     I start doing some practices creating I.D.'s.

Q     How do you practice creating I.D.'s?

A     For example, I took my Patrick Vuillaume's I.D. I made new driver's license. I scanned it.

Q     You took your Patrick Vuillaume Illinois driver's license and you scanned it?

A     Yes.

Q     Then what did you do?

A     I changed some information, like the name and the number and the birthdate.

Q     How did they come out when you were practicing?

A     They come out, like, fuzzy. Looked bad.

Q     Show you what's been marked for identification Government Exhibits 27A and B.

You have before you what's been marked for identification Government's Exhibit 27A.

Do you see that, sir?

A     Yes.

Q     And do you see what's been marked for identification as Government Exhibit B?

A     Yes, sir.

Q     Could you tell us what those are?

A     It's a Illinois Driver's License with my picture on it,

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

the same picture that I had on Patrick Vuillaume's driver's license.

Q    Were those the -- how about B.  27B.  I'm sorry.

A    It's the same.

BY MR. CONVERTINO:

Q    Were those two of the I.D.'s that you were practicing with?

A    Yes, sir.

Q    Did you ever use those I.D.'s?

A    No.

        **MR. CONVERTINO:**  Judge, I move into evidence what's been previously marked for identification Government Exhibits 27A and 27B.

        **THE COURT:**  Any objection to 27A and 27B?

        Without objection.

BY MR. CONVERTINO:

Q    I'm going to show you something on the projector here it's a page of what appears to be websites do you see those W. W. W. dot do you see those websites there Mr. Hmimssa that's Government Exhibit 2A 66?

A    Yes, sir.

Q    Is that your handwriting?

A    No, sir.

Q    It says -- you explained a moment ago a Social Security Administration site.

**USA V Koubriti, et al 01-80778**

2602

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
You said S.S.A. dot gov?

A     Yes, sir.

Q     This says S.S.A. dot org?

A     Yes.

Q     Then you explained the Secret Service site as U.S.S. dot gov?

A     Yes.

Q     This says dot org.

A     Yes.

Q     Then you talked about American Magnetic Corporation.

That's the corporation that you said you received those -- that merchandise that would allow you to scan in credit cards.

Do you remember that?

A     Yes.  When I was in Dearborn.

Q     Are these cites correct?

A     No, sir.

Q     Would you make that mistake?

A     I would never make that mistake.

Q     This appears to be g-o-o-g-l-e dot com.

While you were at that library, did you ever see Google?

A     Yes.  That was my search engine.

Q     Do you know if anyone was going through your things and coping any of your websites?

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.
Do you know -- do you know if that occurred?

**MR. SWOR:** Objection, asked and answered.

**THE COURT:** Overruled.

BY MR. CONVERTINO:

Q    Do you know if that occurred?

A    I know there's one time Karim Koubriti told me why I have new clothes in my suitcases.

**THE COURT:** I'm sorry. I didn't get that.

**THE WITNESS:** There's one time Karim Koubriti told me why do I have all those clothes, all those new clothes and my suitcases. They were all new.

Q    Was your suitcase closed?

A    Yes, sir.

Q    Do you know how he knew you had new clothes inside your suitcase?

A    Because he went over there looking into my stuff.

Q    Sir, you said you were keeping in contact with Abdella when you moved to Tuxedo.

A    Yes, sir.

Q    Did you tell Defendant El Mardoudi that you had purchased a new computer?

A    Yes, I did.

Q    Did Defendant El Mardoudi know your new location?

A    No, I did not tell him my location.

Q    Do you know if Defendant El Mardoudi at the time was

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

still in contact with defendants Koubriti and Hannan?

A    I don't know.

Q    Did Defendant El Mardoudi ask you to create any false identification after you told him you had the new computer and scanner and printer?

A    I talked to him and I told him I was trying to get a new identity when I was on Riverside.

              And he told me he has someone in Chicago by the name Brian see Dee (Mark).

Q    Why were you trying to get a new identity now?

A    When I was in Dearborn, Michigan, after I just came from Chicago, I was trying to change my identity.

Q    Up until that point, had you changed your identity?

A    No, sir.

Q    What did defendant Abdella or El Mardoudi say about this person a Rahim Sidi?

A    He told me he can provide me with a Social Security card.

Q    Why did you want a Social Security Card?

A    So I could use it to get a driver license.

Q    How would you do that?

A    I still have to get a passport along with the Social Security Card.

Q    How were you going to get a passport?

A    I talked to Rahim Sidi, through Abdella, because Rahim

USA V Koubriti, et al 01-80778

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

Sidi was working for Abdella.

And he was the one who was in charge with for social security and visa.

Q    You wanted a passport?

A    Yes.

Q    What kind of passport did you want?

A    I told him I just need a passport so I could get a visa.

I went to see Rahim. He told me in order to get Social Security Card, you have to have a passport.

And when you get passport, he's going to put a visa in it and take me somewhere to apply for Social Security Card.

And after two weeks, I would get the Social Security Card in the mail. Then I will go to Secretary of State and get the driver's license.

I told Rahim Sidi and Abdella that I do not have a passport.

And I asked Abdella and Rahim Sidi whether that visa we going to put in a passport is it fake or real.

He said it's a fake.

I told them if I get computer, I will be able to do it.

Then Rahim Sidi, he told me that there's a person who make visa for him and his is far away.

**USA V Koubriti, et al 01-80778**

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

And he get visa from him by mail and he want to come with me.

Q     Defendant El Mardoudi and about a ham seed Dee you said worked for Defendant El Mardoudi?

A     Yes.

Q     And they wanted you to help them create false visas?

A     Yes.

Q     What happened after that conversation?

A     I told them after I moved to Tuxedo, that I need samples.

Q     You need samples?

A     Samples of visa, of I-94, and of Illinois temporary driver's license.

Q     What's an I-94?

A     It's a card that you get once you are come into United States from INS.

Q     What's the importance of having the I-94 form, if you know?

A     I'm not sure what is the purpose of it.

Q     What did they say?  What did Defendant El Mardoudi say after that?

A     He said that they really want to come over here to Michigan and meet me in person and talk to me about this.

Q     Up until this point in time, how many times have you had conversations over the telephone with Defendant El

**USA V Koubriti, et al 01-80778**

2607

## Youssef Hmimssa
Direct Exam/Mr. Convertino-Cont.

Mardoudi from the time you moved in with the Defendants Hannan and Koubriti, in June, until the time you got your computer, now in July, on Tuxedo?

How many times had you spoke when with El Mardoudi on the phone?

A     Few times.

THE COURT:  Had you -- at this point, had you personally met Defendant El Mardoudi?

THE WITNESS:  No.  After I moved to Tuxedo.

THE COURT:  Not until you moved to Tuxedo?

THE WITNESS:  Yes, Your Honor.

THE COURT:  I'm sorry. Can the jurors make it about another 15, 20 minutes?

JUROR #16:  I can't.

THE COURT:  You can't make it another 20 minutes?

MR. SOLES:  Thank you.  Thank you.

THE COURT:  All right.  Let me ask a question.

How much longer do you have on direct do you imagine, half an hour?

MR. CONVERTINO:  A little bit more.

THE COURT:  More than a half-hour?

MR. CONVERTINO:  Little bit, judge.

THE COURT:  All right.  We'll break for lunch. We'll resume at about 1:30, quarter of two.  I have a luncheon engagement at 12:30 I was hoping we'd get little

USA V Koubriti, et al 01-80778

2608

**Youssef Hmimssa**
Direct Exam/Mr. Convertino-Cont.

further.

Quarter of two before we start back, okay?  Don't discuss the case.

**MR. CONVERTINO:**  Quarter to two?

**THE COURT:**  One-thirty, quarter of two.

Don't discuss the case, don't let anyone discuss the case with you.  Keep an open mind.  Leave your notebooks on your chairs and close them.


(Whereupon the jury was excused

at 11:50 a.m.)

USA V Koubriti, et al 01-80778

2609

(Proceedings with jury at 1:58 p.m.)

THE COURT:   Counsel satisfied that the jury is in place?

MR. SWOR:   Yes, sir.

MR. CONVERTINO:   Yes.

May I proceed?

THE COURT:   You may.

BY MR. CONVERTINO:

Q.      Good afternoon.

A.      Good afternoon.

Q.      I want to remind you again to make sure you speak directly in the microphone, and speak up so everybody can hear you.

A.      I will.

Q.      I will show you what's been admitted into evidence as Government Exhibit 49.   It was the receipt that you said was from the book.   That is the receipt from the book "Hide Your Assets And Disappear"?

A.      Yes, sir.

Q.      Where did you purchase the book from?

A.      I bought the book from a book store.

Q.      In the area Detroit area?

A.      Yes, sir.

USA V KOUBRITI, et al   01-80778

2610

Q.      When we -- when we left and broke for the lunch hour, you were telling us about having acquired a computer, printer and a scanner and that you had those in your apartment on Tuxedo, right?

A.      Yes, sir.

Q.      Can you describe the apartment complex on Tuxedo?

A.      It's a studio apartment.  It's one bedroom and a kitchen, and it did not have a stove.  It did not have a bathroom.  The kitchen and bathroom was used by the whole floor.

Q.      And so you shared the kitchen and the bathroom?

A.      Yes.

Q.      How did you get into the building?  Was it locked or open?

A.      It was locked.

Q.      The front door was locked?

A.      Front door was locked with a key.  You get in with a key.

Q.      How many keys did you have in order to get into your apartment?  How many keys would you need?

A.      Two keys.

Q.      One to get in the front door?

A.      And one to my apartment.

Q.      Did you need a key to the bathroom?

A.      No.

USA V KOUBRITI, et al   01-80778

2611

Q.    How long did you live on Tuxedo?

A.    One month.

Q.    That would be July?

A.    Yes, sir.

Q.    How long approximately after you moved in did you acquire the computer and the printer and the scanner?

A.    It was the first week.

Q.    And you said that you started to practice yourself?

A.    Yes, sir.

Q.    Did there come a time when defendant El Mardoudi came to Michigan to visit you?

A.    Yes, sir.

Q.    And approximately when was that?

A.    It was in the beginning of July.  I would say the second week of July.

Q.    And the purpose of his visit was what?

A.    Is to figure out what I would be able to do with the computer.

Q.    Up to that point when defendant El Mardoudi came to visit you, had you had any further -- further contact with defendant Koubriti?

A.    No, sir.  I was hiding myself from him.

Q.    Any further contact with defendant Ali-Haimoud?

A.    No, sir.

Q.    Or further contact with defendant Hannan?

USA V KOUBRITI, et al   01-80778

2612

A.    No.

Q.    I'm talking about when defendant El Mardoudi came to see you for the first time.

A.    No.  I had no contact.

Q.    When El Mardoudi defendant came to -- came to see you, where did he come from?

A.    Chicago.

Q.    How long did he stay?

A.    Overnight.

Q.    Just one night?

A.    Just one night.

Q.    How did he contact you when he got into town, sir?

A.    Can you repeat the question?

Q.    How did you arrange for him to come here?  How was that arranged?

A.    Over the phone.  He said he's coming to Michigan with Brahim Sidi.

Q.    What was the purpose?

A.    To figure out what I would be able to do with the computer.

Q.    Had he seen the computer prior to that time?

A.    No, sir.

Q.    And when he came into town, how did you make the connection with him?

A.    He called me from a pay phone on Wyoming.

2613

Q.      Wyoming Avenue?

A.      Yes, Wyoming and I believe Fort Street.  There is a gas station or another street that is parallel to Fort Street.

Q.      Parallel to Fort Street?

A.      Yes.  I went over there and met him.  I found him with Brahim Sidi.  I knew before him in Chicago.  I met him just once in Chicago and another person.

Q.      Brahim Sidi came and another person that you didn't know came?

A.      Yes.

Q.      El Mardoudi came?

A.      That's right.

Q.      The first time they came to visit you?

A.      That was the first time.

Q.      Where did all the people stay?

A.      Stayed in the apartment.

Q.      Four people in the one bedroom?

A.      That's right.

Q.      And you had your computer set up?

A.      That's right sir.

Q.      And what happened when they came to visit you?

A.      He told me that somehow he didn't have the document that he suppose to show me, and only had I-94.

Q.      Who brought the I-94?

A.      El Mardoudi.

Case 2:01-cr-80778-GER   ECF No. 468-2, PageID.1830   Filed 12/18/03   Page 24 of 50

2614

Q.      And you said earlier that you weren't sure what an I-94 was used for?

A.      I know I-94.

Q.      Why did they bring I-94 cards for you?

A.      They were suppose to bring me I-94, Illinois driver's license, United States visa, and when I met him, he had the I-94 and Illinois temporary driver's license and American birth certificate.

Q.      The Illinois driver's license that you used to scan in your computer was the additional information, the ones that I showed you earlier?

A.      No.  Illinois temporary driver's license is just a piece of paper.

Q.      It's not an actual physical license?

A.      No.

Q.      Brought you the temporary license?

A.      I-94.

Q.      I-94?

A.      American birth certificate.

Q.      Was the American birth certificate blank?

A.      No, sir.

Q.      What was the name on the American birth certificate?

A.      It was under the name of Maurice Castillo.

Q.      Maurice Castillo.  Maurice is spelled, M-a-u-r-i-c-e, and last name Castillo is spelled C-a-s-t-i-l-l-o?

2615

A.       That's right.

Q.       I am going to show you what's been marked for identification as Government Exhibit 27h, 28 and 27.

Sir, you have marked before you, marked for identification as Government Exhibits 27, 27h.  You have see those two?

A.       Yes, sir.

Q.       And what's the number on the third document?

A.       28.

Q.       28.  Can you identify 27 for us?

A.       Twenty-seven is Illinois driver's license under the name of Maurice Castillo.  It appears to be made a real driver's license.  The one that I scanned had Patrick Vuillaume, and I changed the name and the number.

Q.       27h?

A.       27h is a birth certificate under name of Maurice Castillo.

Q.       28?

A.       A copy of the birth certificate.

Q.       Is that the birth certificate that you copied, that defendant El Mardoudi brought to you from Chicago in July 2001?

A.       Yes, sir.

MR. CONVERTINO:  I move for what has been previously marked for identification Government Exhibits 27, 27h, 28.

USA V KOUBRITI, et al   01-80778

2616

THE COURT:  Any objection?

Without objection, 27, 27h and 28 are admitted.

BY MR. CONVERTINO:

Q.     What did you do with that information when they brought it to you, sir?

A.     I'm sorry.  Which information?

Q.     What they brought?

A.     This one?

Q.     Yes, the birth certificate, 27h and 28.  What did you do with that?

A.     They told me that I could use it in the future to get passport or a driver's licenses.

Q.     Did they tell you where they acquired it from?

A.     They told me they found it in the mail box.  Someone sent it to them.

Q.     Did defendant El Mardoudi tell you who sent it?

A.     He did not tell me.

Q.     Did El Mardoudi give you any indication how to create false documents?

A.     He did not give me instructions how to create a document.  He give me some information about the law of immigration, what kind of visa, what type of visa.  I knew how to create the documents.  He just was showing me how -- how the law with INS is.

USA V KOUBRITI, et al   01-80778

2617

Q.      He gave you the specific information that you needed to create an accurate looking document?

A.      That's right.

Q.      And the I-94 forms.  Did they also give you instructions how to create or how to get information that was needed to put in the I-94 forms?

A.      Yes, sir.

Q.      Showing you what has been marked for identification as Government Exhibits 32e1 through 32t1, 32y1 through 32z1, 32a2 through 32h2, 32, 32(1), 32(2), 32a1, 32b1 and 32c1.

You have before you three piles of documents, three groupings of documents.

A.      Yes.

Q.      Can you tell us -- can you check for us the exhibit stickers on the front and read them.

A.      Government Exhibit Number 32.

Q.      Next one?

A.      32e as in Edward 1.

Q.      Next one?

A.      Exhibit 32u number 1.

Q.      There several documents underneath that document?

A.      Yes.

Q.      Tell us what those documents are?

A.      This is I-94.

Q.      And who gave you those?  Have you seen them before?

USA V KOUBRITI, et al   01-80778

2618

THE COURT:  I'm sorry.  32u --

THE WITNESS:  1.

THE COURT:  Or 32y?

MR. CONVERTINO:  32y.

THE COURT:  That's 32y.

Mr. Hmimssa, read the number that you just read.  Is it 32y2?

THE WITNESS:  No, 32u1.  That's what I see.

THE COURT:  Looks like 32y1.  Would you check it?

MR. CONVERTINO:  Yes.  It looks like the bottom is -- I'm not quite sure how to read the bottom of the exhibit sticker.  It was cutoff by the printer.

THE COURT:  Is it 32u1?

MR. CONVERTINO:  Yes, I believe it is u1.

Do you have the documents in front of you?

A.     Yes.

BY MR. CONVERTINO:

Q.     Can you identify those for us, please?

A.     32u1.

Q.     The groupings of documents are in sequential order.  Are they the same in appearance?

A.     They are the same document, but different numbers on them.

2619

Q.    But how are they similar documents?

A.    They are all I-94.

Q.    All I-94?

A.    Yes.

Q.    Are they blank or filled in?

A.    Blank with immigration stamp on them.

Q.    Do you know how the U.S. Immigration stamp was placed on the blank documents?

A.    Yes.

Q.    How?

A.    It's a stamp that you stamp it.

Q.    Was it placed on the documents by U.S. Immigration Service?

A.    No.

Q.    Who placed the stamps on the documents?

A.    It was me.

Q.    Who instructed you to do that?

A.    El Mardoudi.

Q.    Why did you stamp those documents with the INS stamp?

A.    So it can be used for future use.

        MR. CONVERTINO:  I move for what has been previously marked for identification purposes as Government Exhibits 32u1 through 32z1, 32a2 through 32h2, 32, 32(1) and 32(2).

        THE COURT:  One second.  Thirty-two?  Thirty-two

USA V KOUBRITI, et al   01-80778

2620

proper?

MR. CONVERTINO:  Yes.

THE COURT:  That's I-94.

MR. CONVERTINO:  Blank I-94 forms.

THE COURT:  Okay.

MR. CONVERTINO:  32(1), 32(2).

THE COURT:  I don't see 32(1) at all on your list.  You sure it is not 32i2 or 32l?

MR. CONVERTINO:  It is 32 through 32z as in zip.

THE COURT:  That would include 32a?

MR. CONVERTINO:  Yes.

THE COURT:  32b through z, correct?

MR. CONVERTINO:  32a1, 32b1, 32c1, 32d.

THE COURT:  32a1, 32b --

MR. CONVERTINO:  B1.

THE COURT:  Mr. Convertino, you're numbering system on this list continues to leave me puzzled.

MR. CONVERTINO:  No more puzzled than I.

THE COURT:  32b, c, d, e, f, right?

MR. CONVERTINO:  Yes.

THE COURT:  32g.

MR. CONVERTINO:  E1, as in echo 1.

THE COURT:  I don't have that on my list.  I have 32e2.

MR. CONVERTINO:  I'll put those documents aside.

2621

THE COURT:  Put them aside and sort it out, and I will ask defense counsel who have copies, to see if there is any objection.  I don't have on my list --

MR. CONVERTINO:  They are both packages, blank I-94 forms, and I will square the numbers away.

THE COURT:  All right.

MR. CONVERTINO:  And I move for admission contingent --

THE COURT:  Of the sequence.

MR. THOMAS:  There is no record of what documents he is moving to put in.  I mean, I don't have any objection to them, but I'll let you know.

THE COURT:  For the record, we'll have to -- for the record we'll have to make this clear later, but describe them generically.

THE COURT:  They are all blank I-94 statements?

MR. CONVERTINO:  Yes, all blank I-94 statements in different sequence numbers with different stamping, and grouped according to the stamps on the I-94 forms from INS.

THE COURT:  We'll sort that out later.  I'll admit them conditionally upon the government being able to put them in some assemblage of order to follow.

MR. CONVERTINO:  We will do that.

Thank you, Judge, and excuse the inconvenience.

THE COURT:  All right.

USA V KOUBRITI, et al   01-80778

2622

BY MR. CONVERTINO:

Q.      Mr. Hmimssa, what did you do with the I-94 forms when delivered to you?

A.      First time?

Q.      Yes.

A.      I just worked on them.

Q.      How did you work on them?

A.      I scanned one on the computer and erased the information.

Q.      You need to speak up.  Speak into the mike.

A.      I scan the I-94 into the computer and erased of information.

Q.      Erased the information?

A.      Erase the original information on the I-94.

Q.      How did you erase the information?

A.      I used the software package.

Q.      You used what?

A.      Software package.

Q.      Software package to erase the information?

A.      Yes.

Q.      What type of software package did you use to erase the information?

A.      Called Adophe Photo Shop.

Q.      How did you erase the information?

A.      I erased the information with the software.

2623

Q.      Was it easy to do, difficult to do?

A.      It was easy.

Q.      When you erased the information, what did you do?

A.      I started printing I-94.

Q.      And is that the result of the printing, or were the forms delivered to you?

A.      Yes, sir.

Q.      Which one was delivered to you or did you print those forms?

A.      This one with the original immigration stamp I did not erase because at that time I did not have the INS stamp.  I erased first name, citizenship, birth date, and keep the stamp, and I print some of them.

Q.      What's the stamp on that, the one you're looking at?

A.      Immigration in New York, NY 2948.

Q.      What is the numbers?  New York what?

A.      NY 2948.

Q.      2948.  Do you know what that represents?

A.      I don't know.

                MR. SWOR:  This is what exhibit number?

                THE COURT:  Is there an exhibit number on 2948? I don't see it on the list.


BY MR. CONVERTINO:

Q.      That is the stamp.  What is the front exhibit number?

2624

A.      E1.

Q.      Echo 1?

A.      Yes.

THE COURT:  32e1?

MR. CONVERTINO:  Yes.

THE COURT:  Exhibit list says it is a blank I-94 with a New York stamp 2946.

BY MR. CONVERTINO:

Q.      Is that 2948?

A.      I'm sorry.  It is 2946.

THE COURT:  Could I see it, please to make sure it is 2946?

BY MR. CONVERTINO:

Q.      How many of those cards are there in that package?

A.      I count 14.

Q.      Okay.  And those are the cards that you deleted the information from on the computer, those cards that you listed with the New York stamp?

A.      Yes.

Q.      And the other cards -- which cards were given to you by defendant El Mardoudi?

A.      This card.

Q.      Which card?

2625

A.      This one.

Q.      The one in your hand, what is the exhibit sticker on the front of that?

A.      32e1.

Q.      32a1?

A.      Yes.

                MR. SWOR:  E1.

                THE WITNESS:  Echo.


BY MR. CONVERTINO:

Q.      32e1 is a blank I-94 with New York stamp 2946 on it?

A.      Yes, sir.

Q.      And there is a series of those blank I-94's with the New York stamp with 2946 on them, right?

A.      Yes.

Q.      All of those stamps were given to you by defendant El Mardoudi?

A.      That's right.

Q.      And the other stamps -- the other I-94 forms on the edge of the podium, can you take those, read the front sticker, and tell us where they came from?

A.      32?

Q.      32.  Where did the -- starting with Government Exhibit 32, where did it come from?

A.      Came from El Mardoudi.

2626

Q. And those are blank I-94 forms, a series of them all being blank?

A. All blank. No stamps.

Q. Next pile of cards, next pile in front of you.

A. 32u1.

Q. 32u1?

A. Yes.

Q. 32u1, tell us where those cards came from?

A. INS stamp.

Q. They have the INS stamp?

A. Yes.

Q. New York stamp 2757?

A. That's right.

Q. And there are a series of those in a pile all marked New York stamp 2757?

A. That's right.

Q. Where did you get those stamps, those cards from?

A. From El Mardoudi.

Q. All the cards came from defendant El Mardoudi?

A. I told you that I did. I print the cards from the computer.

Q. What did you do with the cards when you printed them from the computer?

A. I show them to El Mardoudi, and he was telling me what to do, and what kind of stamp to put on the I-94.

Q.    He told you how to fill them in?

A.    Yes.

Q.    And what did he tell you how the information that he needed to go on those cards?

A.    Like, like the date of the entrance into the United States and date expired, how it work, what type of visa should write on the I-94.

Q.    That information, the first time you were made aware of the information that you needed to put on those cards was on that day?

A.    Yes, it was first time.

Q.    Let me ask you sir, regarding the visa, were you instructed how to prepare a false visa on that visit?

A.    No.

Q.    Nor a false passport on that visit?

A.    No.

Q.    Did there come a time when defendant El Mardoudi gave the instruction how to prepare a false visa?

A.    Yes.

Q.    Was there a time when defendant El Mardoudi gave you instructions how to prepare a false passport?

A.    Yes.

Q.    When was that?

A.    It was the second time when El Mardoudi and Brahim Sidi came to stay and stayed for five days.

2628

Q.      How long after the first visit until the second visit was it when defendant El Mardoudi and Brahim Sidi came to see you again?

A.      For a week.

Q.      A week difference?

A.      Yes.

Q.      A week in-between.  What did you do during the week period in-between?

A.      I was working on the I-94 that he gave to me, and driver's license he gave me.

Q.      He gave you two samples?

A.      Yes.

Q.      I-94 sample and temporary driver's license sample?

A.      Yes.

Q.      What did he instruct you to do with those?

A.      To work on them.

Q.      What way?

A.      To print new blank I-94 and stamp, and could go to Office Max to buy a stamp with the English alphabet and arrange the alphabet to make a stamp.

Q.      Try to speak into the other microphone.  Okay?

A.      Yes.

Q.      He instructed you in placing stamps on those I-94 forms?

A.      That's right.

Q.      Did he tell you where to get the stamps to place on the

2629

I-94?

A.    Yes.

Q.    Where?

A.    Office Max.

Q.    Did you go and purchase the supplies that you needed to place the stamps on the I-94?

A.    No.

Q.    Why not?

A.    I didn't have any money.

Q.    Did there come a time when you went to Office Max to buy office supplies to make false documents for El Mardoudi?

A.    Yes.

Q.    When was that?

A.    Second time when he came to Michigan.

Q.    Second time when he came with Brahim Sidi?

A.    Yes.

Q.    How often were you in contact with El Mardoudi between the first and second visit?

A.    Every once in awhile.

Q.    During the first visit that the defendant El Mardoudi came to see you, did he -- did he ever stay?  Did he stay in the apartment the whole time?

A.    I have to know that before he came to visit me.  He sent me all the stamps that I need.  I did not have --

Q.    He sent them in the mail?

USA V KOUBRITI, et al   01-80778

2630

A.      Yes.

Q.      What did he send you in the mail?

A.      Sent me a visa and another I-94 original New York, and a Mexican birth certificate.

Q.      What did he instruct you to do with the things that he sent you?

A.      Work on them.

Q.      What were you to -- how were you suppose to work on them?

A.      Create new I-94 and new visa.

Q.      When he came back to see you the second time, what did you do?

A.      I told him on the phone that I worked on the documents, and I found it is easy to print them and make a blank visa and a blank I-94, but not sure of the -- of the rules.  What type they put on the I-94 and visa.

Q.      What did he tell you?

A.      He told me -- he told me that he's coming to see me with Brahim.

Q.      For what purpose?

A.      To figure out what I did.

Q.      And that's the second visit?

A.      Yes, sir, that was second visit.

Q.      When he came to visit you the second time, what did he do?

2631

A.    He came over with Brahim Sidi and showed him what I did.

Q.    What was their reaction?

A.    He was very happy.

Q.    What did you do after you showed him what you created?

A.    I told him that I needed to buy supplies for, like, I need stamps that I need to buy for the I-94.

Q.    Did you estimate how much that would cost?

A.    Not really.  Also told him I need a better printer.

Q.    Better printer?

A.    Yes.

Q.    What was his reaction to that?

A.    He said that he would do it.

Q.    Was that done?

A.    Yes.

Q.    How was that done?

A.    We drove to Office Max in Dearborn, and we checked on the printer and other documents and other supplies for the stamp.

Q.    Did you come up with an estimate how much it would cost to buy that?

A.    It was over $300.00.

Q.    Did he give you the money to buy that?

A.    No, he did not have it.

Q.    Did he get the money?

A.    Yes.

USA V KOUBRITI, et al   01-80778

2632

Q.    How did he get the money to give to you to buy the supplies?

A.    He went to the next pay phone, and he made a call to Amsterdam.

Q.    How do you know that?

A.    He told me.

Q.    Who was in Amsterdam?

A.    A brother.

Q.    And did he identify the brother in Amsterdam?

A.    No, he did not.  He just said a brother in Amsterdam that he would call to get the money from.

Q.    What happened?

A.    He called, and he gets the money.  He gets the money.

Q.    How did you receive the money?

A.    Through wire.

Q.    How did you get the money?

A.    He -- after he gets the wire transfer number, we drove to Currency Exchange.

Q.    Where was that?

A.    Dearborn.

Q.    Then what happened when you got there?

A.    He took the fake green card.

Q.    What was the name on the fake green card?

A.    I remember the name, but not the last name.  Nassim.

Q.    First name was Nassim?

USA V KOUBRITI, et al   01-80778

2633

A.    Yes.

Q.    What did he do with the fake green card under the fake name of Nassim?

A.    He went inside the Currency Exchange and talked to the clerk and give him the number of wire transfer and get the money.

Q.    How much money did he get?

A.    I did not count the money.  However, he told me upwards of $1,500.

Q.    Once he got the money, what did you do?

A.    We went back to Office Max.

Q.    Did you buy the supplies?

A.    Yes, we did.

Q.    And after you bought the supplies, what happened, sir?

A.    I keep working with those supplies.  He show me how to make a stamp.

Q.    Can you create false documents at that time?

A.    Yes, I did.

Q.    Can you scan any documents into the computer and create false passports?

A.    Not at that time.

Q.    At a later date?

A.    Not that date.

Q.    Let me ask you, during the time that defendant El Mardoudi came to your apartment, would he stay in the apartment

2634

throughout the period of time that he was there?

A.    Yes, he did.

Q.    And would you stay in the apartment through the period of time that he was there?

A.    Yes.

Q.    Were there times when you were asked to leave the apartment?

A.    Yes.

Q.    Who asked you to leave the apartment?

A.    I was working on the computer, and pretty exhausted, and he said go out for a bite, and I told him that I will.  Then he told me to wait.  Set the time, and I would leave for two hours to eat, and come back or go to Office Max to buy other supplies.

Q.    Do you know if defendant El Mardoudi, when at your apartment, met with other people who came into the apartment that you didn't know?

A.    I don't know.

Q.    When you were asked to leave the apartment, how long was --

            MR. SWOR:  Mischaracterizing the witness' testimony.

            THE WITNESS:  Two hours.

            THE COURT:  Just a minute.  Rephrase.

            MR. CONVERTINO:  Were you ever asked to leave

2635

the apartment?

MR. SWOR:  Objection.  Asked and answered.

THE COURT:  Overruled.

MR. CONVERTINO:  Thank you.

Were you asked to leave the apartment by defendant El Mardoudi?

A.     Yes.


BY MR. CONVERTINO:

Q.     When you were asked to leave the apartment, how long were you gone?

A.     Two hours.  About two hours.

Q.     How often did defendant El Mardoudi ask you to leave the apartment when he stayed with you on Tuxedo?

A.     Almost every day I go out to eat.

Q.     Do you know if anyone came to your apartment during the time that you were out?

A.     No, sir.

Q.     I want to jump back in time to the time that you lived with the defendant Hannan and defendant Koubriti.

A.     Yes.

Q.     Did there come a time when either defendant asked your assistance with a CDL permit?

A.     Yes, they did.

Q.     What is CDL?

2636

A.      It's a truck driver's license.

Q.      Truck driver's license?

A.      Yes.

Q.      Who was it that asked you for assistance in getting a CDL?

A.      He wasn't asking me for assistance to get CDL.  He was asking me to explain to him some part on CDL, the study guide.

Q.      Who was that?

A.      Koubriti.

Q.      What did he ask you to explain?

A.      He had this study guide, and he wants to do the part talking about hazardous material.

Q.      What did they want you to explain about hazardous material?

A.      What it means.  I told him it means gas and other things.  I'm not sure what it was.  He said it means nuclear waste.

Q.      What else did you discuss on hazardous material?

A.      I said, how do you know you sure that it means nuclear waste, and told me the license means for nuclear waste.

Q.      Did Hannan ever discuss the CDL with you?

A.      Yes.

Q.      Ever discuss why they wanted a CDL?

A.      At the time they did not tell me.

Q.      Was there another time when you had discussion about

2637

hazardous material?

A.    Yes.

Q.    When was that?

A.    Another time when Karim Koubriti was really mad, and he said once there will be a day when he drives a truck to the people getting out from the stadium.

Q.    Did he tell you which stadium?

A.    He did not tell me which stadium.  I want to make him went back.

Q.    What does that mean?

A.    I remember one day he was driving over the stadium in Detroit.

Q.    Were you with him?

A.    I was with him just driving over there and pointing at the stadium.

Q.    Who was with you when you went to the stadium with Karim Koubriti?

A.    Ahmed Hannan, Karim Koubriti and Farouk.

Q.    Why did you go to the stadium with Karim Koubriti, Ahmed Hannan and Ali-Haimoud?

A.    We go after we finish the tour.  They came on a tour over the stadium.

Q.    What do you mean on a tour?

A.    I told them that I did not see much of the city, and if possible, to take me to downtown.

2638

Q.    Did they do that?

A.    Yes.

Q.    When you got to the stadium, what happened?

A.    We were looking at the stadium, looking at the entrance and exit.

Q.    Did you hear them discussing the entrance and exit of the stadium?

A.    They were talking in a code.

Q.    Talk what?

A.    A code.

          THE COURT:  What was that?

          THE WITNESS:  Code.

          THE COURT:  Code?

          THE WITNESS:  Yes.

BY MR. CONVERTINO:

Q.    Were they pointing or gesturing to any points?

A.    They were pointing at the exit and entrance of the stadium.

Q.    When they got back in the car, did they discuss what they were doing at the stadium?

A.    We were in the car.

Q.    Did you get out of the car?

A.    No, we were driving.

Q.    Okay.  And the conversation regarding driving the truck

2639

into the stadium, when was that made?

A.     It was in the later day.

THE COURT:  Which stadium was this?

THE WITNESS:  I don't recall the stadium, but I remember it was very close to the highway.

BY MR. CONVERTINO:

Q.     Do you remember anything outside the stadium?

A.     Some signs.

THE COURT:  Do you remember what kind of stadium it was?

THE WITNESS:  Stadium looked like Wrigley Field in Chicago.

THE COURT:  Wrigley Field in Chicago?

THE WITNESS:  Yes.

BY MR. CONVERTINO:

Q.     Ever been there to Wrigley Field?

A.     Yes, I use to live by there.

THE COURT:  Old stadium or new?

THE WITNESS:  New stadium.

BY MR. CONVERTINO:

Q.     Sir, did there come a time when you lived with defendants Hannan and Koubriti when you saw the note pad that

2640

you saw previously that was in the car, the first day that you went on the tour?

A.    Yes.

Q.    And before -- between the first day that you saw the note pad that the defendant Hannan had and the next time, how long was that?  How much time had gone by?

A.    I'm sorry.  Can you repeat the question, please?

Q.    The first time that you saw that, you went to the store front area?

A.    Yes.

Q.    When you saw the defendants come out of the store front area, what did defendant Hannan have?

A.    A note pad.

Q.    What did he do with it?

A.    He throw it on the dashboard of the car.

Q.    Can you describe the note pad for us?

A.    It's -- it's a white note pad the size of this birth certificate.

Q.    Read off the number of the exhibit there?

A.    28.

Q.    It was approximately the size of Exhibit 28?

A.    Yes.

Q.    What did he do with the note pad?

A.    I told you, he threw the note pad on the dashboard of the car.