2641

Q.      Did defendants Hannan, Koubriti or Ali-Haimoud go in the store front with a note pad?

A.      I don't recall.

Q.      When they came out?

A.      I remember when they came out.

Q.      When was the next time after that first time that you saw it that you saw it again?

A.      It was another day.

Q.      How long after?

A.      I remember it was the last week.

Q.      That you lived there?

A.      Yes.

Q.      Tell us what happened.

A.      I was watching TV, and it was Hannan and Karim Koubriti.

Q.      Where were you?

A.      Sitting on the couch.

Q.      What apartment?

A.      Riverside.

Q.      What happened?

A.      I was watching TV, and I saw a number or heard something on TV that I was looking for a piece of paper, and I saw the note pad laying on the table.  I took the note pad, and I was flipping through the pages.

Q.      Sir, did it appear to be the same note pad that you saw the first time when they came out of the store front area?

USA V KOUBRITI, et al   01-80778

2642

A.    Yes.

Q.    You saw the note pad on the table.  You wanted to write something.  What did you do?

A.    First page was full with the sketches, with arrows, handwriting in Arabic, and I was trying to find a page that was blank.  When I found a page that was half blank, I want to write something on it.  On top of the page was the name of the president of Yemen, Ali Abdenad Salid.

Q.    How do you remember that?

A.    It was written in Arabic and really clear.

Q.    How do you spell Ali Abdenad Salid?

A.    A-l-i, space, A-b-d-e-n-a-d, space, S-a-l-i-d.

Q.    When you saw the name of the president, Ali Abdenad Salid, what did you do?

A.    I figure out -- I mean, like, since I was in Yemen neighborhood, and I hear what the defendants was talking about, and what they were saying to me.

Q.    You said since you were in the Yemeni neighborhoods?

A.    Yes.

Q.    You heard what the defendants were saying to you?

A.    Yes.

Q.    What do you mean by that?

A.    They were extremists, Islamic extremists, and what they were talking about, planning to do and supporting terrorists.

Q.    What did you do when you saw that?

USA V KOUBRITI, et al   01-80778

2643

A.      I thought that the president of Yemen is a target.

Q.      What did you say to the defendants, if anything?

A.      I said what is the name of the president of Yemen doing here?

Q.      Then what happened?

A.      Karim Koubriti came from across the table and grabbed the note pad from me, and told me to mind my own business.

Q.      Was he upset?

A.      He was really upset.

Q.      What else is he say?

A.      I said there is no room in the note pad.  I can buy him a new one from the dollar store.  He told me, no.  He needed it because there is important information in the note pad, and I should mind my own business.

THE COURT:  I'm sorry.  Told you what?

THE WITNESS:  He told me that he needed the note pad because he got important information in the note pad.

THE COURT:  Important information?

THE WITNESS:  Yes, important information.

BY MR. CONVERTINO:

Q.      What happened next?

A.      He told me he's aware that's a Yemen neighborhood, that the village area, there are people who are working for the government, and he was aware of it, and he told me that he

2644

think that I may be one of them, and I'm just lying to him about how I can create documents and all of that stuff.

Q.      Defendant Koubriti accused you of working for the government?

A.      Yes.  He said if he finds out, that he would slit my throat.

Q.      Did he gesture to you, sir?

A.      Yes, he went with his hand like this.

Q.      Was defendant Hannan there?

A.      Yes.

Q.      What did defendant Hannan do?

A.      Nothing.

Q.      Did that scare you?

A.      Yes.

Q.      What did you do?

A.      Started from this day, I became very scared from the defendant.  I was going to go to the FBI.  Then I figure out I'm going to have to explain what happened in Chicago, and I forgot the whole thing.  I decided not to go.

Q.      What did you decide to do?

A.      As I told you, I go to call the FBI.

Q.      You decided to call the FBI.  Did you call the FBI?

A.      No, I did not.

Q.      Sir, I'll show you what's been marked as Government Exhibit 2.

2645

Is that the note pad with the diagrams in this and the president of Yemen's name in it that you saw in June of 2001?

A.    No, sir.

Q.    Take a minute, if you would, Mr. Hmimssa.

You read Arabic?

A.    Yes.

Q.    That is your native tongue?

A.    Yes.

Q.    Read it for a minute.  Flip through the pages, if you would, and see if Yemen's president Ali Abdenad Salid's name is in that book?

A.    No.

Q.    Have you gone through every page?

A.    I gone through every page.

Q.    Let me put it up on the screen, one of the pages in the book that you just saw, and ask you to look and see if you recall any of the diagrams of the drawings that you may have seen.

Are they similar to this in any way?

A.    Yes, something like that.

THE COURT:  For the record Mr. Convertino, if you could give the page number of that exhibit?  Can we refer to the exhibit which was identified by a number of witnesses as --

2646

MR. MORGAN: The large dead tree.

MR. CONVERTINO: Do we need to hear the editorial comments of the defense bar?

THE COURT: It is a description of the map Mr. Convertino, a description that was given by a number of witnesses.

BY MR. CONVERTINO:

Q.      Putting up on the screen what was admitted in Government Exhibit 2a27, you see that, sir?

A.      Yes.

Q.      Does that appear to be in any way any of the diagrams that you seen in the sketch that day in that book?

A.      Yes.

Q.      Had you looked for that book after that day?

A.      Yes, I did.

Q.      Why?

A.      I was nosy, and I wanted to look at it very badly.

THE COURT: You were nosy?

THE WITNESS: Yes.

THE COURT: What did you say after that?

THE WITNESS: I want to get the note pad and read every page of it.

BY MR. CONVERTINO:

2647

Q.    When did you look for that book?

A.    After the defendant took it from me.

Q.    Did you find it?

A.    No.

Q.    Let me ask you, going back to the -- to the time that you lived with the defendants, had you ever personally observed defendant Koubriti, defendant Hannan or defendant Ali-Haimoud placing a telephone switch that was described by El Mardoudi from switching place to switching place?

A.    Yes, I did.

Q.    Who was that?

A.    Karim Koubriti.

Q.    And when was that?

A.    It was in June 2001, and also in the last week.

Q.    Where was that from, the house phone?

A.    It was from a pay phone on the Dix Avenue in front of the restaurant.

Q.    Sir, how many documents did you create while you lived on Tuxedo as a result of the visit by defendant El Mardoudi --

A.    Second visit where he came over with Brahim Sidi?

Q.    -- on your computer?

A.    Yes, and for the visa.

Q.    How did you create the visa?  How would you do it?

A.    I have a sample of the visa that was sent to me by El Mardoudi, and I erased the information on the visa, and I

USA V KOUBRITI, et al   01-80778

2648

entered the new information and print it.

Q.      In a group of documents starting with Number 34, do you see Government Exhibit 34 marked for identification on front of that document, sir, the front document sir?

A.      Yes.

Q.      Labeled 34, 34a through 34z.  Do you have those documents in front of you?

A.      Yes.

Q.      Can you explain what those documents are?  That group in your hand right now, explain those documents, 34, 34a, 34b, 34c, d, e and f.

A.      Yes.

Q.      What are those documents?

A.      The first three documents are labels of first two pages of passport.

Q.      How did you create those documents?

A.      He give me French passport, scan it on the computer and erase information and made blank label.

Q.      Who gave you the passport?

A.      El Mardoudi.

Q.      That's 34a, 34b, 34c and d, is that right?

A.      Yes, other two are driver's license.

Q.      What numbers are those?

A.      34c and 34d.

                MR. CONVERTINO:  I move into evidence what has

2649

been previously marked for identification as Government Exhibits 34, 34a, 34b, 34c and 34d.

THE COURT:  Any objection?

MR. SWOR:  No.

THE COURT:  Since there is no objection, admit.

BY MR. CONVERTINO:

Q.    Putting up what has been admitted as Government Exhibit 34, which has been admitted into evidence, this is one of the documents that you scanned from the French passport?

A.    Yes.

Q.    Why is your picture on this?

A.    I put it as an example to show El Mardoudi.

Q.    And 34a and b also has your picture on them.

Did you ever use these documents to travel?

A.    No, sir.

Q.    What was the purpose of scanning these documents in with your picture?

A.    Just practicing.

Q.    34d is on the screen.  You describe this as what?

A.    French driver's license that belonged to El Mardoudi's sister.

Q.    Did you know defendant El Mardoudi's name during the time that you associated with him?

A.    No, sir.

2650

Q.    Did you ever ask him?

A.    He would not tell me.

Q.    What did he refer to himself as?

A.    It was a deal.  He would not tell me his name, and he would not ask for my name, and I would not ask for his name.

Q.    Part of the deal that you struck?

A.    Yes.

Q.    You knew him as only as Abdel?

A.    Yes.

Q.    You said that this was his sister, the person on the French driver's license.  How did you come to learn this was his sister?

A.    He believed he made a mistake, and he told me that his sister would send him a copy of a driver's license.

Q.    Why do you say that he believed that he made a mistake?

A.    Because he was trying -- he didn't want me to know his last name.

Q.    You said that he made a mistake?

A.    I think.

Q.    Did he tell you that his sister was going to send him a driver's license, is that right?

A.    That's right.

Q.    And then you saw this.  How did you equate this last name El Mardoudi with Abdel?

A.    It was sent with the other document.  Other document

2651

with the other name.  I figure out that's his sister.

Q.      Did you ask him if that's your sister?

A.      Yes.

Q.      What did he say?

A.      I told him your last name is El Mardoudi.  This last name is El Mardoudi too.  He said no.  Actually I was adopted.

Q.      The other documents that you had before you, Government Exhibits 34e, 34f, 34g, 34h and 34i were also documents that I have here.  The documents that you looked at were documents that were given to you by defendant El Mardoudi and you scanned into the computer?

A.      Yes.

MR. CONVERTINO:  I move into evidence what has been previously marked for identification as Government Exhibits 34e, f, g, h, and i.

THE COURT:  Any objection to 34e, f, g, h and i?

MR. SWOR:  No, sir.

THE COURT:  Without objection, admitted.

MR. CONVERTINO:  Thank you.


BY MR. CONVERTINO:

Q.      Again sir, your picture is on the document.  Why is that?

A.      As I told you, I was just practicing and printing.

Q.      The name Michael Saisa?

2652

A.    Yes.

Q.    Who is that?

A.    That's a name that I used with other documents.

Q.    Why did you use the name Michael Saisa?

A.    As I told you before, after I got from Chicago and fled from Chicago, I found the documents that the secret service left in my apartment, the information about Michael Saisa.  I picked up the documents and use it in Michigan.

Q.    Where did you create the documents, the identity documents under the name of Michael Saisa?  Where did you physically create those?

A.    Physically I did not.

Q.    Who did?

A.    I went and got fake green card, social security card.

Q.    These have been admitted into evidence as government exhibits.  They are 3a and 3c.  Are those documents false?

A.    Yes.

Q.    Did you cause those documents to be created?

A.    Not all of them, sir.

Q.    Did you start the process that ended up in the creation of those documents?

A.    As I told you, I was not living in Riverside Apartments and did not have a computer.  I was not on able to create I.D. I traveled to Chicago with Sharif Mohammed.

Q.    What was created?

2653

A.      Social security card and green card.

Q.      Then what did you do?

A.      I applied for passport.

Q.      Government Exhibit 3e, can you see that?

A.      Yes.

Q.      This is a false resident alien card?

A.      Yes.

Q.      In the name of Michael Saisa?

A.      Yes.

Q.      Did you show that those three cards to defendant Hannan, defendant Koubriti and defendant Farouk Ali-Haimoud?

A.      No.  I only show the social security card and green card.

Q.      To whom?

A.      Defendants.

Q.      Which defendants?

A.      Three of them.

Q.      You showed all three of them?

A.      Yes.

Q.      Did you tell them that they were fake?

A.      Yes, they knew it, and knew that I traveled with Mohammed to Chicago.

Q.      Did they want to acquire that type of identification themselves?

A.      Yes.

2654

Q.      Did there come a time when defendant Koubriti wanted to get ahold of your false document in name of Michael Saisa?

A.      Yes.

Q.      What was the name of that?

A.      There was a day that he was using the pay phone and was talking to someone.

Q.      Where was the person, if you know, that he was talking to?  Where were they located?

A.      I'm sure it was overseas because he told me that.

Q.      And what part of the conversation did you hear?

A.      I heard the last sentence of that conversation.  I was suppose to use the phone after him to call El Mardoudi.

Q.      And what did you hear?

A.      I hear -- I heard, please put it in a shoe, seal it off and send it, and it will get here, and don't worry.

Q.      Do you know what it was that defendant El Mardoudi was put in the shoe and send here?

A.      No, I did not.

Q.      Where was the item in the shoe suppose to be sent to?

A.      Sorry, repeat the question.

Q.      You said that you overheard defendant Koubriti say put it in the shoe, glue it, seal it and send it?

A.      Yes.

Q.      Where was it going to be sent to?

A.      It was going to be sent to Karim Koubriti, and he did

2655

not have the address yet.

Q.      How did -- what did he ask of you?

A.      Later when we came back to the apartment, he asked me whether he could use Michael Saisa's green card, social security card to get a mail box.

Q.      Get a mail box under Michael Saisa's name?

A.      Yes.

Q.      What did you say?

A.      I said no, too risky.  He said, well, it's a fake.  I said, it's a fake.

Q.      Why did you say it was too risky?

A.      Because I hear what he was saying to this person, and knew he was bringing something from overseas.

Q.      Let me ask you sir, during the time that you lived at Tuxedo, did there come a time when you had contact with defendant Hannan and defendant Koubriti when you lived on Tuxedo?

A.      How many times?

Q.      No -- well, how many times did you have contact with defendants Koubriti and Hannan when you lived on Tuxedo?

A.      Almost every day.

Q.      On Tuxedo?

A.      On Tuxedo, no.  Riverside.

Q.      On Tuxedo when you moved out?

A.      When I moved out?

2656

Q.      Yes.

A.      It was -- it was two times.

Q.      What were the two times?

A.      It was a time when I -- they were looking for me.  I told you before I use to park my car three blocks from my apartment so they not know where I live and walk to the building.  After two weeks I feel safe and started parking the car in the apartment building parking lot.  They knew the car and knew the license plate number because it use to belong to Sharif Mohammed who leave the country, and he knew it was Sharif's.  He sold me the car.  So he came to a person named Arthur who was my neighbor who knew me, and he told him he looking for a guy that was Morocco --

MR. THOMAS:  Objection.  Hearsay.

THE COURT:  What's the purpose of this?

MR. CONVERTINO:  It's admissible by the -- by the defendant -- the defendant is saying that he looking for --

THE COURT:  I was not clear.

MR. THOMAS:  I thought he was talking to another party.

THE COURT:  Repeat what you said.

THE WITNESS:  They ask Arthur to open the door for them.

THE COURT:  Who is they?

THE WITNESS:  Ahmed Hannan and Karim Koubriti.

2657

MR. THOMAS: I object, unless a foundation is laid, and the foundation he got it from is a third party.

THE COURT: If you can lay a foundation.

MR. CONVERTINO: Yes, sir.

BY MR. CONVERTINO:

Q. Who told you this that they were looking for you?

A. Mr. Arthur, after he opened the door for them.

Q. Did he?

THE COURT: I'll permit it.

MR. THOMAS: Judge, I ask for an instruction that it only goes to his state of mind.

THE COURT: It goes to his state of mind why he reacted the way he did.

Mr. Hmimssa, go ahead.

MR. CONVERTINO: Continue, sir.

A. I learned there was conversation from Mr. Arthur later, that Mr. Arthur told the defendants, yes, there is a person upstairs named Mike, Michael who is new, and using the name of Michael Saisa and renting the apartment under Michael Saisa, and open the door for them, and told them Apartment Number 16.

At that time I was in the apartment. I was doing something on the computer. I heard the door, someone knocking on the door. I did not have a peephole on my door, and since the TV was on, and I figure out whoever is outside

2658

already know I am in the apartment.  I only knew Mr. Arthur and the manager.

BY MR. CONVERTINO:

Q.    Who was the manager's name?

A.    Marjuan.

Q.    Did you open the door?

A.    Yes, I did.

Q.    Why did you open the door?

A.    Because I knew only Marjuan and Arthur who can come over there.

Q.    What happened when you opened the door?

A.    I saw Karim Koubriti and Ahmed Hannan.  I tried to shut the door, and they force their entry into the apartment.

Q.    What happened then?

A.    They said that I was a trader, broke promises, they were going to kill me and calling me all kinds of names.

Q.    Were you scared?

A.    Yes, I was.

Q.    What did you do?

A.    I get out from the apartment and went to look for Marjuan.

Q.    Why did you look for Marjuan?

A.    To kick them out of the apartment.

Q.    What happened next?

2659

A.      I found the owner of the building.

Q.      Who was owner?

A.      A Yemeni.

Q.      What was his name?

A.      I don't recall his name, but after the incident, he gave me his business card.

Q.      What did the owner do?

A.      He went and kicked them out from the building.  He said that he would call the cops, and told them this is -- this is trespass.

Q.      Did you see them after that, defendants Koubriti and Hannan?

A.      I came -- when he was talking to them, Karim Koubriti, he threatened me in front of the owner of the building.

Q.      What did he say?

A.      He would kill me.

Q.      And then what happened?

A.      I left, and he keep talking to the owner.

Q.      Who left?

A.      I left because the owner of the apartment told me to stay away.

Q.      Where did you go?

A.      I just went to the side of building and stayed downstairs.

Q.      Then what happened?

2660

A.   After a half hour he kicked them out.

Q.   Did there come a time when they came back again?

A.   Yes.

Q.   When was that?

A.   It was in the last day.

Q.   Last day?

A.   July, first.  On Friday.

Q.   Last day of July?

A.   Either July, 1st or 2nd.  I'm not sure.  I'm sure it was Friday.

Q.   Last of July?

            MR. THOMAS:  That's not what he said.

            THE WITNESS:  It was last.

            THE COURT:  Just a moment.

            Mr. Convertino, let the witness testify as to the day.

            MR. CONVERTINO:  Yes, sir.

            What part of July was it?

A.   It was last.  I cannot say the date, but I'm sure it was Friday.  It was -- the next day was Saturday, and 1st or 2nd.


BY MR. CONVERTINO:

Q.   Second of what, July?

A.   No, 2nd of August.

Q.   Where did you go when you left the Tuxedo apartment?

2661

Where did you go to live?

A.      Went to Cedar Rapids, Iowa.

Q.      What made you leave your apartment?

A.      Those documents were stolen from my apartment.

Q.      Which documents were stolen from your apartment?

A.      Five Indian passports and one passport from the Czech Republic.

Q.      Five Indian passports and one passport from the Czech Republic?

A.      Yes.

Q.      Who brought them?

A.      Abdel.

Q.      Why did Abdel bring them?

A.      Did he not bring them.  He get them from Abdel in Chicago.

Q.      Why did you have the passport?

A.      To create visa for the passports.

Q.      Were you going to get paid for that?

A.      As I said, five Indian passports, one passport from Czech Republic, and Mike Saisa's passport, green card and social security card.

Q.      Michael Saisa's passport, that green card on the screen and the social security card was stolen from the apartment?

A.      Yes.

Q.      Where did you have them?

2662

A.      Under a mattress of a sofa.

Q.      Who knew that you kept them there?

A.      Abdel.

Q.      How did Abdel know you keep them there?

A.      Abdel was talking to me on the phone that Friday.  I had a conflict with Abdel and Brahim Sidi.

Q.      What was the conflict?

A.      I don't want to keep doing this, and because they promise they would bring me a French passport and had the passport, but he keeping the passport he could use me for.

Q.      They had a French passport that they were going to give you?

A.      Yes, French passport just get from Europe.

Q.      Why was that important to get a French passport?

A.      To use it, and since I have visa, social security card, I.D., driver's license, that way I can change identity.

Q.      What were you going to do after change your identity after you got the French passport?

A.      I was going ditch Abdel.

Q.      You had a conflict.  They would not give you the passport?

A.      Yes.

Q.      What did they want you to do before they gave you the passport?

A.      Want me to work for them, even told me to move to

2663

Chicago and stay with them over there.

Q.      You said that the documents were stolen out of your apartment from under the couch?

A.      Under the mattress.

Q.      Sofa or bed?

A.      Just a mattress.

Q.      On the floor?

A.      On the floor.

Q.      What did you do when you came home and discovered that the passports were gone?

A.      I figure out it was stolen by Karim Koubriti and Ahmed Hannan.

Q.      What did you do when you figured it was stolen by Ahmed Hannan and Karim Koubriti?

A.      I call Abdel and Brahim Sidi, and talk to Marjuan.

Q.      Why did you talk to Marjuan?

A.      He is the manager of the building.

Q.      What did you tell him?

A.      I told him what he saw.  He can help me get the documents.  I was scared.  No security in this building.  I think that I'm going to leave.

Q.      Did you tell him anything about the people that you thought took the passport?

A.      Yes.

Q.      What did you say?

2664

A.      Those people, I got to leave.  I have to leave from this building because those people have the documents.  Very dangerous, and can they get me.  They can't get me.

Q.      You told the manager apartment that?

A.      Yes.

Q.      After you told the manager of the apartment that, what did you do?

A.      I talked to Abdel and Brahim Sidi.

Q.      What did Abdel tell you?

A.      Abdel told me to just relax.

Q.      Did he tell you that he knew who it was that took the passport?

A.      He told me -- told me to relax.  I'll get the document for you.

Q.      What happened then?

A.      I also called the defendants.

Q.      Which defendants?

A.      Karim Koubriti and Ahmed Hannan.

Q.      Why do you call them?

A.      I told them about it, I knew that one of you that took the documents because you were following me prior when document was stolen from the apartment.

Q.      You saw them following you?

A.      Yes.

Q.      What did they tell you?

USA V KOUBRITI, et al   01-80778

2665

A.      They told me don't have documents, but told me why don't you come over here?

Q.      They invited you to Riverside?

A.      Yes.

Q.      Did you take them up on that invitation?

A.      No.

Q.      Did you find out where the documents were?

A.      Yes, I did later.

Q.      How did you find out where the documents were?

A.      I knew it from Abdel.

Q.      What did Abdel tell you who took your documents?

A.      It was Ahmed Hannan and Karim Koubriti.

Q.      Do you know how they got in your apartment?  Was the apartment door in your building broken open?

A.      No, it was no force entry.  It was only passport and the documents stolen.  Not even the computer, not the TV or VCR or other things more expensive.

Q.      Just the passports?

A.      Yes.

Q.      Which were under the bed -- under the mattress?

A.      Yes.

Q.      Do you know, did you ever give Karim Koubriti or Ahmed Hannan a key to your apartment?

A.      No.

Q.      Did you ever give Abdel a key to your apartment?

2666

A.     Yes, I give him when living with me. Use to say, I was working on the computer, and I go out for lunch, or drive with Brahim Sidi for like maybe hours. So I give him the key so he could come back, and when he come back, he could open the door of the building and come to the apartment.

Q.     Do you know if Abdel copied the key?

A.     He can.

Q.     Pardon me?

A.     He can.

Q.     Do you know if he did?

A.     I can --

MR. SWOR: Objection. Calls for speculation.

THE COURT: Who else had access to the key besides yourself?

THE WITNESS: Abdel and Brahim Sidi.

THE COURT: Anybody else?

THE WITNESS: No.

THE COURT: I'll permit it.

BY MR. CONVERTINO:

Q.     What did you do after you -- after the documents were stolen? Where did you go?

A.     I talked to Abdel and Brahim Sidi, and advised by Abdel to pack my stuff and go to Iowa City.

Q.     Why Iowa City?

2667

A.      Because we went over there before.

Q.      Pardon me?

A.      We drove to Iowa City before.

Q.      Who drove to Iowa City?

A.      Abdel, another person, an Indian and I.

Q.      Why did you go to Iowa City?

A.      Because that's where Abdel applied for those Indians to get social security cards.

Q.      Do you know why Abdel picked Iowa City for social security cards?

A.      There were other people after that.

Q.      Why was Iowa City selected by Abdel as the place to go?

A.      Because so many international students and different people from different countries.  It is a college town.

Q.      When Abdel told you to go Iowa City, did you go?

A.      Yes, I did.

Q.      Did you take the computer, printer and scanner?

A.      I took all of my stuff, and I drove to Iowa City.

Q.      Did you move to Iowa City?

A.      No.

Q.      Where did you move to?

A.      To Cedar Rapids.

Q.      Why did you choose Cedar Rapids?

A.      After I was in Iowa City, I can't find an apartment.  I called Abdel, told him I could not find a place, and he told me

2668

to go to Cedar Rapids and stay in the motel over there, and buy a newspaper and look for an apartment.

Q.      And did you find an apartment in Cedar Rapids, Iowa?

A.      Yes, I did.

Q.      How long did you live in Cedar Rapids, Iowa?

A.      For two months.

Q.      Two months?

A.      Yes.

Q.      When living in Cedar Rapids, Iowa was Abdel a visitor there?

A.      Yes.

Q.      During that time when you lived there, where was Abdel living?

A.      He was living in Chicago.

Q.      This would have been two months, August and September of 2001?

A.      Yes.

Q.      How often would Abdel come to see you in Cedar Rapids, Iowa?

A.      So often.

Q.      What does that mean?

A.      He came like three times.

Q.      Three times in the whole period of time?

A.      By himself three times.

Q.      Three times during the two month period?

2669

A.      He came by himself three times, but came also with Brahim Sidi.  He also came with me after I got the car.

Q.      How often did he come with Brahim Sidi?

A.      I don't recall.  Many times.

Q.      Many times?

A.      Yes, with Brahim Sidi.

Q.      What did you do when you moved to Cedar Rapids, Iowa?

A.      I called for apartments, and I found one.

Q.      Once you had your apartment, did you set up your computer, your printer and scanner?

A.      Yes.

Q.      Did you create false documents in Cedar Rapids, Iowa?

A.      Yes.

Q.      Whose instructions were you creating false statements?

A.      On behalf of Abdel.

Q.      How were you getting false documents that you were creating?

A.      Abdel bring me passport for other people.

Q.      How many passports did Abdel bring you when you lived in Cedar Rapids?

A.      I don't recall.  It was a number of people.  A big number.

Q.      Did you get passports on your own or were the passports solely from Abdel?

A.      I did not have access to passports.

USA V KOUBRITI, et al   01-80778

2670

Q.      Did you have access to the creation of the visas and I-94's?

A.      Yes.

Q.      And who taught you how to do that?

A.      Abdel.

MR. CONVERTINO:  I have a series of documents that I would like to admit into evidence, and I would like -- I think it would be easier if I am able to question Mr. Hmimssa from up at the witness stand.

THE COURT:  I'll tell you what.  We'll take our afternoon break, and go for another hour and 15 minutes or so. The court reporters want to switch.

So we will break now for about 15 minutes.

Please don't discuss the case.  Keep an open mind.

All rise.

(Recess taken at 3:28 p.m.)

USA V KOUBRITI, et al   01-80778

Youssef Hmimssa–Direct Exam/Mr. Convertino–Govt.

(Whereupon court was back in session at 3:55 p.m.

and the jury was brought out into the courtroom)

THE COURT: Counsel satisfied the jurors are in place?

MR. SWOR: We are, Your Honor.

MR. CONVERTINO: Yes.

May I proceed, judge.

THE COURT: You may.

BY MR. CONVERTINO:

Q    Mr. Hmimssa, once the passports were stolen from your apartment, were they recovered?

A    Yes.

Q    Passports that were taken from the Tuxedo residence.

A    I'm sorry. Can you repeat that?

Q    Passports that were stolen from your Tuxedo residence under your mattress, were they recovered?

A    Yes, sir.

Q    Do you know how they were recovered?

A    By Abdella.

Q    Do you know how Abdella or Defendant El Mardoudi, recovered the passports that were stolen from your residence on Tuxedo?

A    Yeah. When he went to Cedar Rapids, Iowa.

El Mardoudi and Rahim Sidi came over and they were saying I lost those passports and they are going to kill

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

me.

Q     How did they get the passports back?

A     They said they're going to bring the passports back and they met with the defendant.

Q     Which defendant?

MR. THOMAS:  Objection, Your Honor.  There is hearsay.

MR. CONVERTINO:  Talking about a co-conspirator statement.

THE COURT:  Yes.  Overruled.

MR. CONVERTINO:  May I proceed, Judge?

THE COURT:  Yes.

BY MR. CONVERTINO:

Q     What did the Defendant El Mardoudi tell you about the recovery of the passport?

A     He said that he went to Dearborn and met with Karim Koubriti and Ahmed Hannan and Khalid.

Q     Farouk Ali-Haimoud?

A     Yes.

Q     For what purpose did Defendant El Mardoudi travel from Cedar Rapids to Dearborn to meet with the defendants?

A     To get the passports back.

Q     How would the Defendant El Mardoudi get the passports back from the defendants here in Dearborn?

A     He paid them a thousand dollars for the five passports.

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    Did Defendant El Mardoudi tell you what connection the defendants here in Dearborn had to the stolen passports?

A    They went to apartment.  They went to the apartment and took the passports.

Q    Who told you that?

A    El Mardoudi.

Q    Who paid the thousand dollars to get the passports back?

A    Rahim Sidi and Abdella.

Q    Do you know who they paid, specifically?

A    El Mardoudi, he told me he did not have cash and Rahim Sidi wrote a check to defendants.

     I told him the defendant don't have a bank account.  He said no.  He wrote the check to Khalid.

Q    Khalid?

A    That's what he told me.

Q    Did you get the Michael Saisa Resident Alien Card, passport and Social Security Card returned to you after defendant Abdella paid the money to the defendants?

A    No, sir.

Q    Do you know why?

A    They want to keep the passports and Green Card and Social Security Card for many reasons.

Q    Who told you that?

A    Abdella.

Usa v Koubriti, et al 01-80778

## Youssef Hmimssa–Direct Exam/Mr. Convertino–Govt.

Q    What did Abdella tell you that the defendants wanted to keep the Michael Saisa documents for?

MR. SWOR:  Objection.  This is not a statement in furtherance of any conspiracy.

THE COURT:  Let's see what he says.  It could well be in furtherance.  In several ways, they could be in furtherance.

THE WITNESS:  He said my picture look like Karim Koubriti and he want to use the passport and Green Card and Social Security Card.

THE COURT:  That was just one of the possible reasons, Mr. Swor.

BY MR. CONVERTINO:

Q    He wanted to use them for what purpose?

A    To, to travel.

MR. CONVERTINO:  Judge, I have a series of documents that I would like to ask the witness about.

And I think, for the purpose of expediting the process, I'd like the Court's permission to question the witness at the stand.

THE COURT:  Anything that would expedite the process in introducing this process, Mr. Convertino, would have the Court's greatest appreciation.

MR. CONVERTINO:  Judge, I'm sorry for the tediousness.  It does have to be done.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

So with your permission, may I approach?

THE COURT:  Can you give us a little heads up on which documents these are?

MR. CONVERTINO:  I will.  I will go slowly, but not too slowly.

BY MR. CONVERTINO:

Q    Mr. Hmimssa, I have here series of documents going to show you Government Exhibit 33, 33A, 33 B, 33E, 33F, 33.

THE COURT:  Whoa, whoa, whoa.

MR. CONVERTINO:  Yes, sir.

THE COURT:  33, 33A, 33B, not 33C?

MR. CONVERTINO:  No, sir.

THE COURT:  Then skip to 33E.

MR. CONVERTINO:  Yes.  33E, 33F, 33G, 33I, 33J, 33K, 33L, 33H.

THE COURT:  33H.  Okay.

MR. CONVERTINO:  Yes, sir.

BY MR. CONVERTINO:

Q    Do you have those documents in front of you, sir?

A    Yes, sir.

Q    Do they all appear to be passports from various countries?

A    Yes.

Q    Do you recognize those passports?

A    Yes.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    How did you come to acquire those passports?

A    I get them from Abdella.

Q    For what purpose did the Defendant El Mardoudi give you these passports?

A    They're for identification purposes.

Q    Could you tell us -- take a number, Government Exhibit, tell us why that was given to you?

What you were to do.  33C slipped in, judge.

**THE COURT:**  We do have 33C?

**MR. CONVERTINO:**  We do.

**THE WITNESS:**  All the passports for clients of Abdella.

BY MR. CONVERTINO:

Q    Clients?  In what sense, sir?

A    Cause he need one of them.

Q    These people came to Abdella, gave them the passports.

And what were you going to do with the passports?

A    I was going to make visa and give it to Abdella and go to Social Security Administration, apply for Social Security Card and give to the customer and get paid.

Q    And when the customer got paid, were you going to get paid?

A    Yes.

Q    Had you gotten paid from Defendant El Mardoudi from any

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

documents you created for him?

A    Some.

    MR. CONVERTINO:  Judge, I move into evidence what's been previously marked for identification as Government Exhibit 33A through 33L.

    THE COURT:  Except we've already admitted 33D, that was the Caesar Medina passport earlier.

    But any objection to the others?  Without objection, we'll admit 33A through C, 33D through L.

BY MR. CONVERTINO:

Q    Ask you about the passport for Cesar Claude Medina.

    Can you tell me what Cesar Claude Medina, what that name is?

A    French name.

Q    And was that a name that you went by as an alias?

A    That's right.

Q    How did you come to find that name?

A    El Mardoudi called some, some of his friends and asked him to send the passports.  And I received two passports, Moroccan passport and French passport.

Q    What were you going to do with the name Cesar Claude Medina?

A    He give to me so I can use it for myself and for him.

Q    Did you ever use that identification for Cesar Claude Medina?

Usa v Koubriti, et al 01-80778

2678

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

A     Yes, I did.

Q     I'm going to show you document that was admitted 33E. Do you see the passport it appears to be Republic of France passport?

A     Yes.

Q     What is that?

A     It's a member of the El Mardoudi family passport.

Q     How do you know that?

A     Because it's the same last name, El Mardoudi.

Q     Did you know that at the time that was his sister or daughter or whomever?

A     Yeah.  I figure out.

Q     Did he tell you?

A     No, he did not.

Q     Like to show you what's been marked for identification Government's Exhibit 34S.

        Do you have that in front of you?

A     Yes.

Q     What is 34S.

A     It's Illinois temporary driver license.

Q     Is that the Illinois temporary driver's license that Defendant El Mardoudi brought to you when you were living on Tuxedo, for you to replicate?

A     Yes, sir.

Q     What other names did you go by when you were living in

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Cedar Rapids?

A    Cesar Claude Medina and Haboub Moustapha.

Q    Who was Haboub Moustapha?

A    That was a passport, Moroccan passport I get along with Cesar Claude Medina.

Q    Show you what's been marked for identification Government Exhibit 33P.

Do you have that in front of you?

A    Yes.

Q    What is that?

A    Iowa driver's license with the name of Haboub Moustapha.  And my picture on it.

Q    And Haboub Moustapha, H-a-b-o-u-b?

A    That's right.

Q    M-o-u-s-t-a-p-h-a.

A    That's right.

Q    Is that a real driver's license?

A    It's real.

Q    How did you acquire that?

A    Using this Moroccan passport.  I put my picture on it and I leave it with different information.

And I went to Social Security Administration and I applied for Social Security Card with El Mardoudi.

Q    Why did you want that name as well?

What as the purpose for acquiring another name?

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

A    Another name that I did.  He wasn't with me.

Q    Why did you do this name without being with Defendant El Mardoudi?

A    I did other name, Cesar Claude Medina.

Q    This name you did with El Mardoudi?

A    Yes.

Q    Why did you do Cesar Claude Medina without El Mardoudi going with you?

A    So I could get another Social Security Card, driver's license, and different -- El Mardoudi, he would not know Cesar Claude Medina.

Q    You were trying to hide your new identity from the defendant?

A    From the defendant.

Q    Why?

A    Because he was too dangerous.  I know he has connection with the other defendants in Dearborn.

MR. CONVERTINO:  Judge, move into evidence what's been previously marked for identification Government's Exhibit 34S, 33E.

THE COURT:  Without objection 34S, 33E admitted.

BY MR. CONVERTINO:

Q    Showing you what's been marked for identification Government Exhibits 31, 31A, 31B, 31C.

Do you have those in front of you?

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A    Yes, sir.

Q    Could you tell us what those are?

A    Three Indian passports and one Palestinian passport.

Q    How did you get those three Indian passports and Palestinian passport, sir?

A    From El Mardoudi.

Q    What was the purpose of you receiving those four passports from Defendant El Mardoudi, sir?

A    They were clients.  And purpose was to get visa, falsify the visa and those passports.  Yes.

        **MR. CONVERTINO:**  Judge, move into evidence what's been previously marked for identification Government Exhibits 31, 31A, 31B, 31C.

        **THE COURT:**  Any objection to 31, through -- 31A through C?

        **MS. RABEN:**  No, sir.

        **THE COURT:**  Without objection.

        **MR. CONVERTINO:**  Thank you, Judge.

BY MR. CONVERTINO:

Q    Showing you what's been marked for identification 33M, 33N, 33O.

        Do you have those documents in front of you?

A    Yes.

Q    Can you identify those documents?  Starting with 33M.

A    It's a label of main pages of the French passport.

2682

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

Q    Whose picture?

A    My picture with the name -- with the name.

Q    The name is spelled?

A    Youssef Nadifi.

Q    First name y-o-u-s-s-e-f, second name n-a-d-i-f-i.

What was the purpose of this, sir?

A    It was a practice.  It was a sample to show El Mardoudi.

Q    You showed that when you created it?

A    Yeah.

Q    Government's Exhibit for identification 33N and 33O. Appears to be United States visa.

Is that what they appear to be, sir?

A    Yes, sir.

Q    And how did you acquire those?

A    That's a sample that I showed to Abdella.  This one.

Q    The one you're handing me is Government Exhibit 33O in the name of, first name Diomand Diomand.  Last name V-a-s-s-i-a-f-a.

Is that correct, sir?

A    Yes, sir.

Q    Did you make this passport for yourself --

A    No, sir.

Q    -- or this visa?

A    No.  The second document appears to be United States

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Visa, Government Exhibit 33N.

The name Youssef, Y-o-u-s-s-e-f, t-a-g-a-n-i. Who is that?

A    A name I used to apply for Social Security Card with Abdella and also applied at the same time.

Since he knew about its name, I did not use it.

Q    Why were you so concerned about not using names Defendant El Mardoudi knew about that you had?

A    I was trying to use a name he doesn't know, so I would leave him.

MR. CONVERTINO:  Move into evidence what's been previously marked for identification Government's Exhibits 33M, N, O.

THE COURT:  Any objection to M, N, O?

MS. RABEN:  No, sir.

BY MR. CONVERTINO:

Q    Snow you what's been marked for identification Government Exhibits 33S through 33Z.  It appears to be passport size photographs.

Do you have those in front of you, sir?

A    Yes, sir.

Q    How did you want to come to those passport size photographs?

A    They were given to me by Abdella for visa.

Usa v Koubriti, et al 01-80778

2684

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    Put on visas?

A    Yes.

**MR. CONVERTINO:**  Judge, move into evidence what's been previously marked for identification Government Exhibits 33S through 33Z.

**THE COURT:**  Any objection to 33S, as in Sam, through 33Z?

**MS. RABEN:**  No, sir.

**THE COURT:**  Without objection, 33S through Z are admitted.

BY MR. CONVERTINO:

Q    Thank you, Judge.

Sir, showing you what's been marked for identification as Government Exhibit 30A.

Do you have before you what's marked for identification as Government Exhibit 30A.

A    Yes, sir.

Q    Could you tell us what that is?

A    It's Moroccan driver's license.

Q    Under what name?

A    Tagani, Youssef.

Q    Why did you have a Moroccan driver's license with your picture on it in the name Youssef Tagani?

A    I was using it to drive --

Q    Is this --

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

A     -- prior to making a real driver's license.

Q     Is this driver's license identified for as Government's Exhibit 30A, similar to the drivers -- Moroccan driver's license that Defendant Hannan gave you?

A     Yes.  It's the same one, except information on it is altered.

Q     Where did you get the driver's license that you created from this document?

A     Ahmed Hannan.

        MR. CONVERTINO:  Judge, I move into evidence what's been previously marked for identification as Government's Exhibit 30A.

        THE COURT:  Any objection?  Without objection.

BY MR. CONVERTINO:

Q     I want to show you what's been marked for identification Government Exhibits 32 through 32Z.

        Are those all blank I-94 Forms?

A     Yes, sir.

Q     And how did you acquire these blank I-94 Forms?

A     After I get a sample from Abdella, I printed sample.

        MR. CONVERTINO:  Judge, move into evidence what's been previously marked for identification Government Exhibits 32 through 32Z.

        THE COURT:  Any objection to 32 through 32Z?  Without objection.

                Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

BY MR. CONVERTINO:

Q   What was the purpose of printing out those I-94 Forms, sir?

A   For Abdella.

Q   Sir, showing you what's been marked for identification Government Exhibit 34M.

Do you have Government Exhibit 34M in front of you?

A   Yes, sir.

Q   Could you tell us what that is.

A   A copy of original visa, that's of the -- under the name Ben Aouicha Mohamed Tahar.

Q   Spell that first name b e-n, a-o-u-i-c-h-a.

Second name M-o-h-a-m-e-d.  Last name t-a-h-a-r.

How did you get this copy of this visa, sir?

A   I get it from Abdella.

Q   Show you what's been marked for identification as Government Exhibit 26C.

Did you see that on the pack of that exhibit?

THE COURT:  26C?

MR. CONVERTINO:  26C.

A   Yes, sir.

BY MR. CONVERTINO:

Q   What is that, sir?

A   It's I.D. with picture of Rahim Sidi.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    The name on the visa is r-i-z-v-i, last name r-a-u-f.

How did you get this, sir?

A    This I get from Abdella, that's a sample I get.

Q    He gave you this as a sample?

A    That's the first sample I get.

Q    You used this to create other visas?

A    Yes.  And that is different name for Rahim Sidi.

**MR. CONVERTINO:**  Judge, move into evidence what's been previously marked for identification Government Exhibit 26C.

**THE COURT:**  Without objection.

**MS. RABEN:**  No objection.

**THE COURT:**  Without objection, 26C is admitted.

BY MR. CONVERTINO:

Q    Want to show you what's been marked for identification as Government Exhibits 32, 32S-2, 32T-2, 32U-2, 32V-2.

Do you see those in front of you, sir?

A    Yes.

Q    They're all appear to be social security cards that were printed off on from one form?

A    Yes.

Q    Could you tell us how you acquired these cards?

A    Abdella made a phone call to his people in Ohio and he give me the name and the numbers and he want me to print their name along with the number he gave me.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    These are the cards?

A    Yes.

MR. CONVERTINO:  Move into evidence previously marked as Government's Exhibit 32S-2, T-2, U-2 and V-2.

THE COURT:  Any objection to 32S-2, T-2, U-2 V-2? Without objection.

BY MR. CONVERTINO:

Q    Sir, did you put documents in a storage locker when you lived in Cedar Rapids?

A    Yes, sir.

Q    Some of the documents the passports that I showed you paced in storage locker in Cedar Rapids?

A    All of them.

Q    Why did you place the documents in a storage locker when you lived in Cedar Rapids, sir?

A    Because after the defendants -- after the defendants get arrested.

THE COURT:  Which defendants?

THE WITNESS:  Karim Koubriti and Ahmed Hannan and Khalid.

BY MR. CONVERTINO:

Q    After they were arrested, were they arrested here or in Michigan?

A    Yes, sir.

Q    What happened after they were arrested that made you

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

put those documents in a storage locker?

A    Abdella called me on the phone.

Q    Where was he when he called you?  Do you know?

A    He was in Chicago.

Q    When you called you on the phone after the defendants got arrested, what did he tell you?

A    He told me to destroy all documents, visa pictures, copy visa, I-94.

Q    Why didn't you destroy although documents that were taken, instead of putting them in a storage locker?

A    I had to put passport in safety deposit box just the passport in a safety deposit box and to destroy all other documents.

Q    Why didn't you do that?

A    I figured out they were evidence.

        And, instead, I start printing from the computer all those social security he gave me and I put them in a locker.

Q    Why'd you do that, sir?

A    I was going to call the government and give them the combination to the locker.

Q    For what purpose?

A    I knew they were evidence and something I don't want to have.

Q    Why didn't you do that?

                    Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A   I get arrested.

When I get arrested, I have phone number of FBI in my wallet.

Q   When you -- when you, you got arrested, were you interviewed by agents when you got arrested?

A   Yes.

Q   You got arrested by the FBI or Secret Service or who?

A   FBI and Secret Service.

Q   Who interviewed you when you first were arrested?

A   FBI.

Q   FBI.  In what city?

A   Cedar Rapids, Iowa.

Q   When you were interviewed by FBI in Cedar Rapids, Iowa when you were arrested, did you tell them you knew about terrorism or terrorist activities that you testified to in front of us today?

A   No.

Q   When you were interviewed again?

MR. THOMAS:  Can we have a time frame for that please?

BY MR. CONVERTINO:

Q   When were you arrested?

When were you arrested in Cedar Rapids, Iowa?

A   I got arrested in Cedar Rapids, Iowa.

Q   Yes, sir.  When?

Usa v Koubriti, et al 01-80778