**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A     When?  September 28th.

Q     Of what year?

A     2001 -- 2001.

Q     September 28, 2001.

You were interviewed -- how long -- how far after you were arrested were you interviewed by the FBI?

A     Same day.

Q     And did you tell them you had information about terrorism?

A     No.

Q     When's the next time you were interviewed by the FBI?

A     I believe it's November 2001. I don't recall the date over here in Michigan.

Q     Did you tell them here in Michigan when you came here, that you had information about terrorism?

A     No.

Q     Why not?

A     I was scared and in fear for my life.

Q     You were scared and feared for your life?

A     Yes.

Q     When was it, sir, you gave the FBI information regarding the terrorist activities of these defendants?

A     March.  Starting March 2002.

Q     What made you change your mind?

A     I stayed in custody for about seven months and I

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

thought about it over and over.

And I talked to other inmates in the custody. I did not tell them what I know. I just want to know what they would say. And, also, talk to my lawyer.

And I was advised by my lawyer if I know some information, that I should give to the government and not to worry about anything.

I talk to other inmates who been in prison for a long time and who knows system, how it works. And told me not to worry. They will not do anything to you.

Just go ahead, talk to the government and tell them the truth.

And I also feel that I should talk to the government. By not doing that, I am going to feel guilty and I feel I'm betraying this country.

Q    Sir, when you entered into your plea agreement and you plead guilty in front of Judge Rosen, do the terms of your plea agreement have in it what's going to happen to you after you're sentenced?

A    No.

Q    Does it say whether or not you're going to be allowed to stay here in the United States after you're sentenced?

A    No.

Q    What does it say about whether or not you're going to stay in the United States after you're sentenced?

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A    It does not say anything.

Q    Does it say that -- or any language in the plea agreement, if you know, regarding your deportation?

A    No.

Q    Do you expect to stay in the country after your sentencing, sir?

A    I don't know.

Q    Let me ask you, have you had any conversations with Defendant El Mardoudi about the company called Disney D-i-s-n-e-y.  Disney?

A    Yes.  When I was with him in Cedar Rapids.

            THE COURT:  When you were where?

            THE WITNESS:  I was with El Mardoudi in Cedar Rapids.

BY MR. CONVERTINO:

Q    What was the discussion about Disneyworld or Disney?

A    He did not like Disney.

            And because they made a movie with a title called Jerusalem is the capital of Israel.

Q    Jerusalem is the capital of Israel?

A    Yes.

Q    What was Defendant El Mardoudi saying about that?

A    He said that's the brothers are going to destroy it because they made this movie.

Q    Why?

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A    Because this movie says that the Jerusalem is the capital of Israel and it is a fight for Jerusalem between the Arabs and Israeli.

Q    What did Defendant El Mardoudi say the brothers were going to do?

A    They said they're going to destroy Disney and cause so much damage to it, say a small attack.  No one ever come to Disney.

Q    A small attack?

A    Yes.

Q    That would cause what to Disney?

A    Would cause so much damage.

Q    The Defendant, El Mardoudi, ever talk to you about Las Vegas?

A    Yes.

Q    What did he tell you about Las Vegas.

A    He said that -- he said that he liked Las Vegas because there were so many people coming in and getting out.

And if he go over there, he can disappear really easily.

Q    Did any of the defendants ever have a discussion with you about Las Vegas as a target?

A    As I told you before, it was Ahmed Hannan asked me this.

Q    What did he say about?

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

**MR. THOMAS:** Judge, we went into this.

**THE COURT:** Overruled.

BY MR. CONVERTINO:

Q    What did defendant Ahmed Hannan say about Las Vegas as a target, sir?

A    As I told you yesterday, he did not like Las Vegas. He called it City of Satan.

And he did not like those people who came and spend their money, including Arabs from Persian Gulf, Saudi Arabia and Kuwait.

He said they came and poured the money, which came from oil, which is a treasure of all Muslims, for gambling, for prostitution and alcohol.

Q    Was there any discussion about Las Vegas as a specific target?

A    Yes.

Q    What was that discussion?

A    He said they are going to destroy it.

Q    Did you have a discussion with Defendant El Mardoudi about organization of brothers in the United States?

A    I just know that he's connected to the defendant here in Dearborn. He also has brothers in Ohio.

Q    Did he tell you whether or not the brothers are organized?

A    Yes.

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

Q    What did he say?

A    He told me, pretty soon.  Look what's happening now in Palestine.

Pretty soon, what is happening in West Bank and Gaza is going to happen here.

This place is going to be like Gaza Strip and West Bank.

Q    What did he say what's going to happen here?  "Here" being the United States?

A    There would be massive attack, just like what's going on in the Middle East.

Q    When did he say this?  When did he tell you about this Defendant El Mardoudi?

A    When I was with him in Cedar Rapids.

Q    Do you remember the date?  Was it in August or September?

A    It was in August.

Q    Did you have a discussion, a similar discussion with Defendant Farouk Ali-Haimoud when you lived here in Dearborn?

A    Yeah, the same discussion, but he not say exactly like El Mardoudi say.

Q    What did Farouk Ali-Haimoud say?

A    He said that it would be very soon.  They're going to be so many attacks in the United States.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    Do you remember when that was?

A    It was in June 2001.

Q    Show you what's marked 32S-2, Social Security Card that you said Defendant El Mardoudi gave you these names and numbers?

A    Yes.

Q    You were in Cedar Rapids?

A    Yes.

Q    Did you give these cards to Defendant El Mardoudi?

A    No.

Q    Put another one up, please.

          Why didn't you give these social security cards to Defendant El Mardoudi?

          MR. THOMAS:  Judge, may we know the number that just got shown?

          MR. CONVERTINO:  32T-2.  32U-2.

BY MR. CONVERTINO:

Q    Why didn't you give these cards to Defendant El Mardoudi like he asked you to do, sir?

A    I didn't want to meet him after the defendant got arrested in Dearborn.  I was scared.

Q    Do you know who these cards -- did he tell you who these cards were going to?

A    He said they were to his brother's in Ohio.

          THE COURT:  I'm sorry.  To who?

Usa v Koubriti, et al 01-80778

2698

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

THE WITNESS: His brothers. Brothers.

THE COURT: His brothers?

THE WITNESS: Yeah. A group of people they were working with El Mardoudi in Ohio.

BY MR. CONVERTINO:

Q    Show you what's been identified as Government Exhibit 34M.

You said that that was a copy of a visa that you were given by Defendant El Mardoudi.

A    Yes.

Q    Anything unusual about the visa, this visa that you were given by Defendant El Mardoudi?

A    It's a copy of a visa.

Q    Do you know this person?

A    No.

Q    Did you ask if Defendant El Mardoudi who this person was?

A    He said he was Algerian.

And the visa says he's supposed to come to a flight school in Texas.

Q    Do you ever meet this person?

A    He, he didn't want me to meet this person.

Q    Do you know why he didn't want you to meet this person who was going to a flight school in Texas?

A    I don't know.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    Did Defendant El Mardoudi have you research flight schools?

A    Yes.

Q    What did he tell you to do?

A    He shown me this visa.  He told me to look for the tag on the visa, the tag of the visa.

Q    The type of the visa?

A    Yeah.  RH-1.

Q    RH-1?

A    Yes.  And when it comes to notation, he told me to look for different flight school on computer and write the name of those school and address on the visa that I'm going to make in the future.

Q    Do you know if this person went to a flight school here in the United States?

A    Sir, I don't know.

Q    Sir, after you got arrested, did you have Mr. Hmimssa?

A    Yes.

Q    After you were arrested here in Detroit, did you go to court on occasion on other matters with the defendant or the Defendants Karim Koubriti and Ahmed Hannan?

A    Yes.

Q    Were you in the marshals lock up in this building with defendants Karim Koubriti and Ahmed Hannan?

A    Yes.

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Q    While you were in the lock up, prior to coming to court, this was prior to your cooperating with the government?

A    That's right.

Q    Can you recall, sir, if you had conversations with the defendants about your role in this case and their roles in the case?

A    Yes.

When I met the first time, they were very happy and they figure out I'm not cooperating with the government.

Q    Slow down, Mr. Hmimssa.

First time they saw you, they were happy?

A    Yes.

Q    Why?

A    They were so scared that I would talk to the government and tell them what they said what they were trying to do.

Q    Who told you this?

A    Karim Koubriti.

Q    That was in this building?

A    Yes.

Q    Were you speaking in Arabic or English?

A    Moroccan dialect.

Q    When you say "Moroccan dialect", what's the difference between Moroccan dialect and Arabic?

Usa v Koubriti, et al 01-80778

2701

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

A    It is about 40 percent French Arabic dialect.

Q    Is there a difference in the way Moroccan or North Africans write Arabic then formal Arabic?

A    Yes, they do.

Q    What's the difference?  Can you tell from reading it?

A    It's different from what the Middle Eastern write Arabic, because we are used to write French.

And because we're writing Arabic, it's going to look different from the other people in the East.

Q    There's some differences in the handwriting?

A    The handwriting and, also, the numbers.

Q    You went through this Government Exhibit 2, to see if the President of Yemen's name was in there?

A    Yes, I did not find the President of Yemen.

Q    Yes, sir.

Did that appear as though that was in the North African dialect or writing that you describe?

A    To the best of my knowledge, yes.

Q    Let me ask you, sir, going back to the conversations that you had in the lock up here in this building.

Could you tell us, you said they were happy that you weren't cooperating?

A    Yes.

Q    What else did the defendants tell you?

A    They told me whether I talked to the Government.

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

Q    What did you say?

A    I said yes.

Q    And what did they say?

A    I told them they show me a copy of a page from the Day Planner.

I asked them about the Day Planner. What's going on with this Day Planner.

Q    You said the government showed you a copy of the page?

A    Yes.

Q    And?

A    In Cedar Rapids.

Q    When you were arrested in Cedar Rapids?

A    Yes.

Q    What did they tell you about the copy of the page of the Day Planner you saw?

A    They told me when they ask you what they told you what, did they ask me about El Mardoudi.

Q    They asked you about El Mardoudi?

A    Yes. They did not call him El Mardoudi, they called him Abdella.

Q    What did you say when they asked you about Abdella?

A    They said whether -- they want to know exactly what I told them about Abdella.

Q    What did you say?

A    I didn't say anything. I told them -- I just told them

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

Abdella.

Q    What was their reaction?

A    They were -- they were very happy.

And I told them why did you stole those documents from my apartment.  They said hold on.

And he came and he checked me for a wire.

THE COURT:  I'm not sure.  He shook you for a while?

THE WITNESS:  He checked me for a wire.

THE COURT:  Checked you for a wire.

THE WITNESS:  Whether I was wearing a wire.

BY MR. CONVERTINO:

Q    In the lock up?

A    In the lock up.

Q    After he checked you for that, what did you do?

A    After he checked me for that, he did not find any wire.

He told me that he took the document from the apartment.

THE COURT:  I'm sorry.  I didn't get any of that.  He told you what?

THE WITNESS:  He told me he took the document from the apartment.

BY MR. CONVERTINO:

Q    Who told you they took the documents from the apartment?

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A    Karim Koubriti.

Q    You're talking about the Michael Saisa documents?

A    Yes, sir.  And other documents that's was there.

Q    The other passports?

A    Yes.

Q    Did they tell you why they took them?

A    They said because of the promise that I broke.

And they told me, you see now what happened to us all of us.  They were pretty mad.

But he told me, I want you to make up this story.  That's the Day Planner they're talking about.  Just say that we found it under the sofa on Riverside.

Q    They told you to say that?

A    Told me to stick up with that story.

Q    Who told you to stick by that story?

A    Karim Koubriti.

Q    How did he tell you, in Arabic or English?

A    He told me in Arabic Moroccan dialect.

Q    What did Ahmed Hannan say?

A    He told Ahmed Hannan the same.

He just said stick up with this story and we're going to say same statement.  And they said nothing is going to happen.

Q    Were they concerned about the documents that were recovered under Michael Saisa the false documents?

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

A    No.

Q    Why?

A    They said nobody -- that's not anything.  That's nothing.

Q    Why wasn't that anything?

A    He told me that it's just nothing, zero to six months.

Q    Under the guidelines?

A    Yes.

Q    They were concerned about the Day Planner?

A    Yes.  They were very concerned about the Day Planner.

          And told me over and over to stick up to the story and just say that we found that Day Planner under the sofa on Riverside.

          Even he was saying that's very loud.  We went back to Wayne County Jail.

Q    How was he saying it loudly, when you went back to the Wayne County Jail?

A    Because I was in a cell number one.  He was in a different cell.  And Ahmed Hannan was in a different cell.  And we were far away from each other.

          And he kept saying this and screaming loudly so he can and so Ahmed Hannan can hear him.

Q    What was he yelling?

A    He said stick up for the story.  Don't say nothing to them.  Don't talk to them.

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

Just say that we found it under the sofa.

Q    Did they say as a part of this, who the Day Planner they wanted to say the Day Planner belongs to?

A    They said.  It's belonged to that crazy Yemani man.

**MR. CONVERTINO:**  May I approach, judge?

Q    Show you what's been marked for identification Government Exhibit 26D.

Do you see that on the back of that 26D?

A    Yes.

Q    Also showing you what's been marked for identification Government Exhibit 32N-2.

Do you see that?

A    Yes, sir.

Q    Showing you what's been marked for identification as Government Exhibit 26.  26?

A    Yes.

Q    Is Government Exhibit 26 a visa that's on some type of paper by the name of Avery that has peel off backing?

A    This is.

Q    I'm asking you about the paper.

A    Yes.  It's a label, yeah.

Q    What is the purpose of having this type of paper when you place a visa on this peel off label?

A    So I can save it.

Q    What do you mean by that?

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

A     Because El Mardoudi already used this name and I knew the Government doesn't know about it.

And when he told me to destroy it, I did the opposite.

I save it on this label, so it would not damage and I store it in the locker.

Q     Government Exhibit 32N-2, for identification, appears to be a Social Security Card was that printed by you?

A     No, sir.  But this is Social Security Administration.

Q     Government Exhibit 26D appears to be an I-94 card.

Is that your handwriting on that card?

A     No, sir.

Q     Do you recognize these items as items that were in your storage locker?

A     Yeah.  This is I-94 that El Mardoudi used with the visa.  That's I have here which was in the Lebanese passport.

MR. CONVERTINO:  Judge, move into evidence what's previously marked for identification Government Exhibits 26D.

THE COURT:  Hold.  Wait a minute.  Do it in order okay?

MR. CONVERTINO:  Because 26 --

THE COURT:  Any objection to 26?

MR. THOMAS:  No.

Usa v Koubriti, et al. 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

THE COURT:  Without objection.  Next is 26D.

MR. CONVERTINO:  26D.

THE COURT:  Any objection?

MS. RABEN:  No.

THE COURT:  Without objection.

Next is -- what is next, Mr. Convertino?

MR. CONVERTINO:  Next and last.

THE COURT:  Next and last is what?

MR. CONVERTINO:  32N, as in Nancy 2.

THE COURT:  I don't have a 32N-2.

Does anybody have 32N-2.

MR. THOMAS:  Top of Page 51.

There it is.  I'm sorry.  Social Security Card.

MR. CONVERTINO:  Yes, sir.

THE COURT:  Got it.

BY MR. CONVERTINO:

Q    Mr. Hmimssa, did you ever receive instruction on changing, slightly changing names and birth dates in order to make new visas and passports?

A    Yes.

Q    Who told you that?

A    El Mardoudi was giving me the sample of visa, I-94, and passports.

He told me that if I alter the name, if I take just one letter from the name, they would not figure out

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

everything will be changed.

Q     Why wouldn't that be the changing one number in the birthdate or some letters in the name?

A     Everything's computerized.

The computer would not figure out.

Q     Did Defendant El Mardoudi ever discuss Turkey with you?

A     Yes, he did, in Cedar Rapids.

Q     In Cedar Rapids?

A     Yes.

Q     What did Defendant El Mardoudi tell you about Turkey?

A     When I was telling him about my travel to Romania and I went to Turkey, then from Turkey I went to Bulgaria, Romania, he told me -- I told him I did not like Turkey because they do not speak other languages.

Q     What language do they speak in Turkey?

A     They speak Turkish, but I have hard time communicating with people because they do not speak French.

And El Mardoudi told me that's not true, because they're many people who speak Arabic.

As a matter of fact, he traveled to Turkey a few times, in Antakia.

Q     Antakia?

A     Yes.

Q     Where is an Antakia in Turkey, did he tell you?

A     He told me it's in the South, pretty close to Syrian

Usa v Koubriti, et al 01-80778

**Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.**

border.  And the population of Antakia are original Arab.

Q    Did Defendant El Mardoudi tell you why he had traveled -- you said more than one time?

A    He said few times.

I don't know how many times.

Q    Did he tell you why he had traveled to an Antakia, Turkey?

A    He said he met with some brothers.

Q    Sir, this is Government Exhibit 32N-2, under the name Hussein Mohsen Safieddine.

Do you see that?

A    Yes.

Q    That's one of the Social Security Cards you created for or that was created for Defendant El Mardoudi under this name under this other name?

A    I did not create that, it was sent by Social Security Administration.  He applied for it.

Q    Do you know how he applied for it?

A    He applied with Lebanese passport.

MR. CONVERTINO:  Judge, I need to move into evidence, one document that I may have omitted, 34M.

THE COURT:  34N?

MR. CONVERTINO:  M, as in Mary.

THE COURT:  That's a passport.

MR. CONVERTINO:  Yes, sir.

Usa v Koubriti, et al 01-80778

Youssef Hmimssa-Direct Exam/Mr. Convertino-Govt.

MR. THOMAS:  Judge, I have that as already entered.

THE COURT:  Do you have it as entered?

I have it as having been shown to the defendants.

Without objection.

MR. THOMAS:  No objection.

THE COURT:  Without objection.

BY MR. CONVERTINO:

Q     Show you what's been admitted into evidence Exhibit 26D.

Is that your handwriting Mr. Hmimssa?

A     No, sir.

Q     Do you recognize that handwriting as El Mardoudi's handwriting.

A     Defendant Abdella handwriting.

Q     It's the name Hussein Safieddine?

A     Yes.

Q     Do you know what name Defendant El Mardoudi traveled to Turkey under, sir?  Are you aware?

A     I don't know.

Q     Show you 26, Lebanese passport.  Issuing port, Beirut. The name is Hussein Mohsen Safieddine.

Do you recognize the picture on that visa?

A     Yes, sir.

Q     Whose picture is it on that visa?

Usa v Koubriti, et al 01-80778

A      That's El Mardoudi.

THE COURT:  Can we lighten that up?

Thank you.

BY MR. CONVERTINO:

Q      How did you get this visa, sir?

How did you get this in your storage locker?

A      It's after he told me to destroy those documents, and he does not need it, because already get Social Security Card.

So instead of destroying the documents, I put a label and I took it in the locker.

Q      Do you know whether or not the person by this name ever traveled to Turkey?

Do you have any independent recollection or knowledge of that at all?

A      I don't know, but I knew that he traveled to Turkey a few times.

But I don't know under what name or under what passport.  He had access to passports all the time.

Q      You said he met with brothers in an Antakia, Turkey?

A      Yes.

MR. CONVERTINO:  Thank you, Judge.

THE COURT:  All right.

Is that -- you completed your direct?

MR. CONVERTINO:  Yes.  Thank you, Judge.

Usa v Koubriti, et al 01-80778

**THE COURT:**  Ladies and gentlemen of the jury, we'll break for the day.

Remember, we have tomorrow off.

Please don't discuss the case, don't let anyone discuss the case with you, keep an open mind.  Leave your notebooks on your chairs.

Do not read anything in the newspapers about this case, listen to anything in the electronic media about the case.  Do not let anybody talk to you about the case.

We'll see you Friday morning.

(Whereupon the jury was excused at 4:55 p.m. and the following was held in open court)

**THE COURT:**  Can we get a stipulation from the defendants to admit these?

**MR. NISKAR:**  There's also a discrepancy of the blank I-94 cards.

**THE COURT:**  I've got 16 on my list and he testified he counted 14.

I want the two sides to get together and attempt to reconcile them, see if we can get a stipulation on their admission, okay?

**MR. CONVERTINO:**  Yes, sir.

Thank you, Judge.

Usa v Koubriti, et al 01-80778

**THE COURT:**  Anything else?  I'll miss you all tomorrow.

(Whereupon court was in recess

for the day at 5:06 p.m.)

Usa v Koubriti, et al 01-80778

CERTIFICATE OF COURT REPORTER

I certify that the foregoing is a correct transcript from reported proceedings in the above-entitled matter.

CAROL S. SAPALA,  CSR, RPR, CM

Oct 22, 2003
Date

Usa v Koubriti, et al 01-80778