**Tracy King-Direct Exam/Mr. Corbett-Govt.**

Q    Sir, in connection with your employment with American Express, are you given a company phone?

A    Cellphone?

Q    Cellphone.

A    Yes.

Q    And would you explain to the ladies and gentlemen of the jury how you access that phone.

A    Okay.  Well, not the cellphone.  I think what you're referring to is the prairie number that is also issued by American Express.

Q    Right.

A    That prairie phone is set up as a phone office tool.  There's, basically, an option to receive your voice mail, to change your PIN number, to place a call with that particular -- by pressing Option Three, you can place a call with that electronic number, which --

MR. SWOR:  Excuse me, Mr. King.  Would you slow down.

MR. CONVERTINO:  There's a translator.

MR. SWOR:  Keep your voice up.

THE COURT:  Keep your voice up.

BY MR. CORBETT::

Q    Sir, do you call an 800 number to access that system?

A    Yes, I do.

**USA V Koubriti, et al 01-80778**

**Tracy King-Direct Exam/Mr. Corbett-Govt.**

Q     And when you call the 800 number, do you have to punch?

A     In or speak in a PIN number, yes.

Q     And how many digits are in the PIN number?

A     It can be anywhere from four to seven, I believe.

Q     All right.  Sir, you would owe oh what kind of message do you get when you call in?

A     If you call the number, it will say hello. You've reached the office of.  Then you actually hear my name, Tracy King.

Then it will say please hold on while the assistant tries to locate me.  While that message is being played, if you type in the PIN number, it will give you an additional option, as I said, to either retrieve your email, place a call, change your administrative options, things of that nature.

Q     Sir, when you travel on business such as to the Detroit area, if you were in the airport, would you have occasion to periodically access your office phone using the system you've just described?

A     Almost always before and after a flight during a working day, I would be check that service, yes.

Q     And, sir, did there come a time when you learned someone had gotten your PIN number and made

**Tracy King-Direct Exam/Mr. Corbett-Govt.**

unauthorized phone calls on your telephone?

A   That is correct.

Q   Could you tell the ladies and gentlemen of the jury, approximately, when that was?

A   Either Monday or Tuesday before last Thanksgiving I received a call from Agent Thomas who said, the owner of this number, please call me back.

And I admit, I thought it was a joke. But I called him back.  It was no joke.

Apparently, he was telling me that that particular number had played several calls in the Detroit or Michigan area and wanted to know had I made those calls.  I told him, no, I didn't.

And to make a long story short, he said he wanted to interview me and would I be coming to the Detroit area.

As I said, because --

MR. SWOR:  Judge, this -- judge, this is narrative and not --

THE COURT:  If you could proceed by question and answer.

BY MR. CORBETT::

Q   As a result of that, you eventually made contact with Special Agent Thomas?

**Tracy King-Direct Exam/Mr. Corbett-Govt.**

A    That's correct.

Q    Did you tell him you had not given anyone in the Detroit area permission to use your PIN number or phone system?

A    Absolutely.

Q    Sir, this is a corporate account, so you wouldn't directly get the bill.  Is that correct?

A    Right.  We do not receive the bill.  It's paid in Phoenix.  I never see the bill.

Q    You have no idea how many phone calls were made, unauthorized phone calls, were made on this number?

A    None whatsoever.

MR. CORBETT:  I have no further questions of this witness, Your Honor.

THE COURT:  Cross examine?

**CROSS    EXAMINATION**

BY MR. SWOR::

Q    Mr. King?

A    Yes.

Q    You can't make international calls with this number, can you?

A    Yes.

Q    You can?

A    Yes.

**Tracy King-Direct Exam/Mr. Corbett-Govt.**

Q    Okay.  Have you ever seen the list of calls that were made with this number?

A    No, I have not.

MR. SWOR:  Thank you, Your Honor.

THE COURT:  Anything else?  Any questions from our jurors?  Thank you, sir.

(Whereupon the witness was excused at 10:45 a.m.)

THE COURT:  Next witness, please.

MR. CORBETT:  Your Honor the government would call Richard Dick Tracy to the witness stand.

THE COURT:  We'll all be looking to see if he has his wristwatch.

MR. CORBETT:  We used to have another federal agent working at the same time named Jack Webb.

(whereupon the witness was then worn)

THE COURT:  Step up over here.  Give and full your full name.

THE WITNESS:  Richard Tracy.  T-r-a-c-y.

**DIRECT  EXAMINATION**

BY MR. CORBETT::

Q    Mr. Tracy, would you tell ladies and gentlemen by whom you're employed or if you are presently employed?

A    Retired from the Michigan Department of State

**USA V Koubriti, et al 01-80778**

**Richard Tracy-Direct Exam/Mr. Corbett-Govt.**

Investigations Unit, Secretary of State's Office.

Q    When did you retire?

A    October.

Q    Of this year?

A    Of 2002.

Q    And prior to that, what was the nature of your employment with the Michigan Department of State?

A    I was Deputy Director.  I was in charge of all the investigations.

Q    Sir, prior to working for the Secretary Of -- how long did you work for the Secretary of State's Office?

A    39 years.

Q    Prior to working for the Secretary of State, were you employed by another law enforcement agency in this state?

A    Michigan State Police.

Q    Sir, in connection with your employment, did there come a point in time in, approximately, March of 2002, when you received some information from the FBI and they asked to analyze some documents?

Do you recall that?

A    Yes, sir.

Q    Specifically, I'd like to you look at what is on the screen, now, as Government Exhibit 9B1H.  Yes

**USA V Koubriti, et al 01-80778**

**Richard Tracy-Direct Exam/Mr. Corbett-Govt.**

9B1H.

Do you see that?

A     Yes, sir.

Q     Sir, at the time of that, it says "green"; is that correct?

A     That's correct.

Q     Sir, were you able to identify what this particular item is?

A     Yes.  That's the test answers to the Commercial Driver's License Test.

Q     And are there -- is there only one Commercial Driver's License Test in the State of Michigan?

A     There are two.  There's a green and a yellow.

Q     And if one were to come into take the test, is the decision as to whether you get the green or yellow test a random decision?

A     That's correct.

Q     Sir, at the request of the FBI, did you have occasion to check those answers against the correct answers on the green test?

A     Yes, sir.  I did.

Q     And if one were to fill out the test as indicated on that sheet, would one receive a passing grade on the Commercial Driver's License Test?

A     Yes, sir.

**USA V Koubriti, et al 01-80778**

**Richard Tracy-Direct Exam/Mr. Corbett-Govt.**

Q    Sir, I'd like to show you what's been received in evidence 9B101, again, taken from the address on Norman Street.

And ask you if you'll look at the top of that.

A    Yes.  That's the yellow one.

Q    Again, did you have occasion to compare the answers on that?

A    I did.

Q    And would one successfully receive a passing grade as a result of utilizing that?

A    Yes, sir.

MR. CORBETT:  May I approach the witness, Your Honor?

THE COURT:  You may.

BY MR. CORBETT::

Q    I'd like to show you what has been marked for identification Government's Proposed Exhibit 42.

Did you have occasion to see that, sir?

A    Yes, sir.

Q    You had occasion to see that document yourself or cause it to be prepared?

A    Yes, I did.  I prepared this myself.

Q    And this is a break down of the analysis of the answers contained on both the green and yellow test

**USA V Koubriti, et al 01-80778**

**Richard Tracy-Direct Exam/Mr. Corbett-Govt.**

and what portion are correct and accurate.

Is that correct?

A     That's correct.

Q     And this is something you've prepared during the ordinary course of your employment?

A     That's correct.

MR. CORBETT:  Your Honor, at this time, the Government would move for admission into evidence Government's Proposed Exhibit 42, which is a document prepared by Mr. Tracy, detailing the specific outline of the test.  And we'll go through with him.

Counsel have had a copy of this.

THE COURT:  Any objection to 42?  Without objection, 42 will be admitted.

BY MR. CORBETT::

Q     Sir, I'd like to put this up on the -- sir, making reference to yourself, let's go down to the part where it indicates the green.

Read the first paragraph.  You can use the one in front of you if its easier.  Beginning "the page indicated."

A     The page indicating "green" Was checked.

And the letters shown on the page are for the following groups.

The first group of letters with the

3992

**Richard Tracy-Direct Exam/Mr. Corbett-Govt.**

number 50 at the end is the general knowledge part of the CDL, Commercial Driver's License Test.

The total 50 questions of passing score of 40. Some of the answers were wrong, but there would have been a passing score based on these answers provided.

Q    Continue.

A    You want me to continue?

Q    Yes.

A    The second group of letters, with a Number 25 at the end, this is the air brake part of the CDL test.

And, again, there's a total of 25 questions with a passing score of 20.

Again, not all answers are correct. But with the answers shown, it would pass.

The next group of letters with the number of 20 at the end, is the combination vehicles, part of the CDL test.

Total of 20 questions with a passing score of 16 in this area. They have all the correct answers.

The last group of letters with the Number 30 at the end.

This is the hazardous materials part of the CDL test. Total 30 questions with a passing score

**Richard Tracy-Direct Exam/Mr. Corbett-Govt.**

of 24.

Again, they're enough correct answers to pass this part of the test.

Q    Continue.  Now on the part dealing with yellow.

A    Second page indicating yellow was, in fact, checked by me.

The first group of letters with the number of 50 at the end is the general knowledge part of the CDL and answers provided would be a passing score.

The second part of Number 25 is the air brake section of the CDL.  Again, there would have been a passing score.

And the last group of letters with the number 20 is a combination vehicle.  And this, also, would have been a passing score (sic).

MR. CORBETT:  Your Honor, I have no further questions of this witness.

THE COURT:  Cross examination?

MR. THOMAS:  No, judge.

THE COURT:  Any questions from any of our jurors?  Thank you.

You may step down, sir.  Thank you.

(Whereupon the witness was excused 10:52 a.m.)

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

THE COURT: Next witness please.

MR. CONVERTINO: Carolyn Bredemus.

(Whereupon the witness was then sworn)

THE COURT: Give and spell your full name.

THE WITNESS: My name is Sandra Bredemus. B-r-e-d-e-m-u-s.

### DIRECT EXAMINATION

BY MR. CORBETT::

Q   Ms. Bredemus, would you please tell the ladies and gentlemen of the jury by whom you're employed and in what capacity?

A   I'm employed with the United States Secret Service.

My official title is senior criminal research specialist. Which is, basically, an analyst type position.

Q   Ms. Bredemus, in connection with your employment with the Secret Service, did you have occasion to be involved in an investigation into the activities of an individual known as El Mardoudi?

A   Yes, I did.

Q   And these would have been activities in the Minneapolis, Minnesota area?

A   That's correct.

Q   In connection with your employment, did you

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

have occasion to assist and review records subpoenaed by the United States Attorney's Office from Western Union and the TCF Bank and other financial institutions in the Minnesota area?

A     Yes, I did.

MR. CORBETT:  Your Honor, at this point in time, I'd like to, pursuant to a stipulation, offer into evidence a series of exhibits which I'll identify, generically, for the record.

And, specifically we're starting with Government Exhibit 36A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, N, Q, R, S, T, U, V W X Y Z 36A 1, 36A 2, 36A 3, 4, 5, 6 -- 36A through 16.

There is no 17, 18, 19 or 20.  Then we resume with 36A 21.

THE COURT:  I'm sorry.  36A 1 through --

MR. CORBETT:  36A 16.  There is no 17, 18, 19, 20.

We resume, again, with 21.  We run through 36A 61.  There's no 36A 62.  Then they're 36A 63 through 36A 68.

These would be various bank records which I will now go through with Ms. Bredemus, but --

THE COURT:  Okay.

MR. CORBETT:  We have a stipulation from

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

Mr. El Mardoudi's counsel that these records may be --

THE COURT: Admitted?

MR. CORBETT: -- admitted.

THE COURT: We'll admit those through the stipulation.

BY MR. CORBETT::

Q Ms. Bredemus, did you have occasion to conduct analysis of a portion of the bank records that you obtained from Mr. El Mardoudi's banks and financial institutions, to determine foreign wire activity, money being wired from out of the United States into this country for Mr. El Mardoudi?

A Yes, I did.

Q This may be a little difficult to read. We'll try our best.

First of all, do you make a distinction between wire transfers or money orders or Western Union Money Order?

A Yes, I did.

Q Would you explain for the ladies and gentlemen of the jury in generic terms, what a wire transfer is?

A That is an electronic transmission of funds between banks. It's an inner banking transaction.

And the money transfers are more of a money order type document. It's a paper document.

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

Q    So in the case of a wire transfer.  One would not necessarily receive anything other than notification that an amount of money had been deposited in your bank account?

A    That's correct.

Q    How many money orders did Mr. El Mardoudi receive from Switzerland?

A    That was a wire transfer rather than a money order. And he received one wire transfer.

Q    And do you recall how much that was for?

A    Looks like it's $3600.

Q    You have your own document that you could use?

A    I do.  It looks like the Switzerland wire transfer was $1,648.

Q    And how many wire orders did Mr. El Mardoudi receive from Italy?

A    He received six.

Q    The total amount of money of those six would be?

A    Between 8-31-00 and 1-24-2000.

Q    How many wire transfers did he obtain from Italy?

A    He obtained six and they totaled $8,350.

Q    Those were all sent to a bank in Minneapolis; is that correct?

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

A       That's correct.

Q       Therefore, the total amount of wire transfers -- the total amount of wire transfers would be the number on the top, between 12-30-98 and 12-14-2000; is that correct?

A       That's correct.  That would be for Switzerland and Italy.

Q       Total amount of money?

A       $9,998.

Q       Thank you.

Money order from Egypt between 1-30-2000 and 12-17-2000.

How much money was wired from Egypt to Mr. El Mardoudi in Minneapolis?

A       He received $5,116.

Q       And on -- in nine separate money orders?

A       That's correct.

Q       How many money orders did he obtain from the United Kingdom between 5-15-2000 and 1-30-2000?

A       He received three.

Q       How much money?

A       782 and 54 cents.

Q       Between September 6, 2000 and January 12, 2001, how many money orders did he receive from Kuwait?

A       He received five.

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

Q    The total amount was what?

A    $2,273.

Q    From the Netherlands between November 20, 2000 and January 12, 2001, how many money orders did he receive?

A    Eight.

Q    And the total amount of money involved was $6,252.45.

And from Turkey, on 9-29-2000, how many money orders did he receive?

A    He received one.

Q    The total of that was?

A    $350.

Q    Were you able to ascertain what portion of that money was transferred to the bank account by -- maintained by Mr. El Mardoudi in Minneapolis and what portion of it was cashed?

A    Yes.

Q    When he money ordered 11-6-2000, how much was deposited in his account at TCF Bank?

A    $10,506.45.

Q    And how much of it between 1-30-2000 and 11-6-2000 was converted into cash?

A    $4267 and 54 cents.

Q    Total amount of money that Mr. El Mardoudi

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

deposited in his TCF Bank from foreign wire transfers and/or foreign money orders was how much?

A    $20,504.45.

Q    Ms. Bredemus, this is not an exhaustive account of all banking account conducted by Mr. El Mardoudi, is it?

A    No, it is not.

Q    This is simply limited to banking transactions which involve the transfer of money from outside of the United States into the United States for use by Mr. El Mardoudi; is that correct?

A    That's correct.

Q    That's based on your analysis of the records, what contains 36, 36A 68; is that correct?

A    That's correct.

MR. CORBETT:  I have no further questions, Your Honor.

THE COURT:  Mr. Corbett, were you using this strictly as demonstrative?

MR. CORBETT:  Yes, Your Honor.

I mean, I will mark it as an exhibit for the record for demonstrative purposes, but we were -- unless counsel doesn't object, I would be more than glad to.

I'll move it as an exhibit.

THE COURT:  Mr. Swor?

**USA V Koubriti, et al 01-80778**

**Sandra Bredemus-Direct Exam/Mr. Corbett-Govt.**

MR. SWOR: I don't think so.

THE COURT: It strikes me it might be, under 1006, it might be a summary of voluminous records and now that she's laid a foundation for it, it might come in. It's up to you.

MR. CORBETT: I'll move for its admission. We've mark it 36A 69.

THE COURT: Any objection to that? You've had an opportunity, Mr. Swor --

MR. SWOR: I've no objection.

THE COURT: To review it? We'll admit that as 36A 69.

**CROSS EXAMINATION**

BY MR. SWOR::

Q   Agent Bredemus?

A   No. Criminal Research Specialist. C. R. S.

Q   Ms. Bredemus. Do you mind?

A   That's fine.

Q   This, this is only -- you're not the agent in charge of the case in Minneapolis, are you?

A   No, I am not.

Q   Were you given all of Mr. El Mardoudi's and his wife's bank accounts to analyze?

A   I believe I was.

Q   These accounts are all in either Mr. El

4002

Carolyu

Mardoudi's name, individually or jointly, with his wife. Correct?

A Correct.

Q Okay. These are all in the name Abdella El Mardoudi, correct?

A Correct.

Q The ones that were cashed, were cashed in the name of Abdella Ilah El Mardoudi, correct?

A Correct. That was the payee on those checks.

Q I'm sorry?

A That was the payee on those checks.

Q Actually, on all the money orders that you analyzed, domestic and foreign, it was always the same name. Correct?

A Correct. There may be variations on the spelling.

Q Spelling doesn't count.

A Okay.

Q All of these documents require some kind of documentation.

Regardless of whether they're wire or money order, there is documentation at both ends, correct?

A Correct.

Q As federal agent -- as a Secret Service Agent,

Carolyu

the Secret Service has the ability to monitor these transactions, correct?

A    I guess I'm not sure what you mean by "monitor."

Q    You can track them, correct?

A    Correct.

Q    You don't know whether these funds were acquired legitimately or otherwise, do you?

A    I do not.

MR. SWOR:  I've no further questions? Mr. Corbett, any redirect?

### REDIRECT EXAMINATION

BY MR. CORBETT::

Q    Mr. Swor asked you about other accounts maintained by Mr. El Mardoudi and his wife.

Do you recall that question?

A    Yes, I do.

Q    And you had occasion to review those records?

A    I did.

Q    Did you find significant amounts of cash in those other accounts?

A    There were there was significant cash in one other account.

Q    What do you mean by "significant" Approximately?

**Sandra Bredemus-Redirect Exam/Mr. Corbett-Govt.**

A    About 70,000, approximately.

MR. CORBETT:  I have no further questions.

THE COURT:  Any recross?

**RECROSS EXAMINATION**

BY MR. SWOR::

Q    May I do it from here?  That, again, was in the name Abdella and/or Whitney El Mardoudi, correct?

A    Correct.

MR. SWOR:  Thank you.

THE COURT:  Any questions from any of our jurors?

(Whereupon the witness was excused at 11:10 a.m.)

THE COURT:  Next witness?

(Whereupon the witness was then sworn)

MR. CORBETT:  May I approach the witness?

THE COURT:  You may.  I'd like you to give and spell your full name.

THE WITNESS:  Will do.

My name is Edward J. Seitz.  S-e-i-t-z.

**DIRECT   EXAMINATION**

BY MR. CORBETT::

Q    Sir, would you please tell the ladies and gentlemen by whom you're employed and in what capacity?

A    Special Agent with United States Department of State Diplomatic Security Service.

**Edward Seitz-Direct Exam/Mr. Corbett-Govt.**

Q    Sir, would you give the ladies and gentlemen of the jury an idea of what your duties and tasks involved in connection with that employment.

A    We perform many functions; everything from personal protection of everyone under heads of state, foreign ministers, things like that.

We perform security for embassies and consulate overseas, as well as foreign embassies and consulates here.

We also investigate passport and visa fraud.  At this time, I'm on the Joint Terrorism Task Force assigned to the FBI here in Detroit.

Q    Sir, in connection with your employment, did you have occasion to be involved in the arrest of an individual by the name of Farouk Ali-Haimoud?

A    Yes, I did.

Q    Would you please explain to the ladies and gentlemen of the jury when and where that took place.

A    It occurred at the Detroit Metro Airport.  I believe it was on April 2 of 2002 last year.

Myself and two FBI agents, Special Agent Thomas and Special Agent Nounan, were at the airport and we arrested the individual at the airport.

Q    Would you tell the ladies and gentlemen of the jury where this arrest took place?

**USA V Koubriti, et al 01-80778**

**Edward Seitz-Direct Exam/Mr. Corbett-Govt.**

A    It occurred inside the secure section.  They call it sanitized section.

That's where, after you're screened, unless you have the proper badge for clearance, you're screened.  You're allowed into that section.

It's by the departure gates.

Q    And, specifically, where, if you recall, sir, did this take place?

A    It was down by the far Food Court near, I believe, the gates where A 80.  That, that number up there.

Q    Where did you first catch sight of Farouk Ali-Haimoud?

A    He was working at Edy's Ice Cream.

Q    Sir, what, if anything, did you observe when you saw him at Edy's Ice Cream?

A    The gentlemen was working behind the counter, unescorted, by himself.

Q    Because he was an employee of Edy's Ice Cream?

A    That's correct.

Q    So he was appropriately there, given the nature of his employment?

A    Well, yes, he was appropriately there.

But he was improperly badged.

He was badged to be escorted and should

**Edward Seitz-Direct Exam/Mr. Corbett-Govt.**

have had someone there cleared to be with him at all times.

He was there by himself.

Q    Okay.  Sir, show you what's been marked for identification Government's Proposed Exhibit Number 65.

I'd like to ask you, generically, if you can tell the ladies and gentlemen what that is.

A    Certified copy by the Government of Algeria. Actually, their embassy in Washington, D.C. signed by their Ambassador Glary.

Q    Does it bear a raised stamp?

A    Yes, it does.  It also has their mark stamp.

MR. CORBETT:  Your Honor, at this time, move for admission into evidence of Government's Proposed Exhibit Number 65, which is a stamped, certified copy of a document from the embassy of the People's Democratic Republic of Algeria?

THE COURT:  Any objection?

MR. MORGAN:  No.

THE COURT:  Without objection.

BY MR. CORBETT::

Q    Sir, would you read that to the ladies and gentlemen of the jury.

United States Attorney's Office Eastern District of Michigan.  You have informed the

Edward Seitz-Direct Exam/Mr. Corbett-Govt.

embassy of the People's Democratic Republic of Algeria in Washington, D.C. that Farouk Ali-Haimoud an Algerian citizen, was found to have blank forms on which individual identification is registered by the appropriate Algerian local authorities.

It is illegal for any person, except authorized Government officials, to dispose of such blank forms as they be used for forging identification certificates.

It is signed by Idriss Jazairy, Ambassador.

Dated September 24, 2001.

MR. CORBETT:  Your Honor, I've no further questions of this witness.

THE COURT:  Cross examination?  Mr. Morgan?

MR. HELFRICK:  I want to ask him some questions.

### CROSS EXAMINATION

BY MR. HELFRICK::

Q    Agent Seitz, you were part of the group that went to the Norman Street address on September -- I think it was September 17 of 2001?

A    I believe it was, sir.  Yes.  I was there.

Q    You know what I'm talking about?

USA V Koubriti. et al 01-80778

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

A    Yes.  The arrest.

Q    Whether it's the right date or not, you know.

And what time was it you arrived there?

A    Oh, God.  It was in the afternoon.  I couldn't tell you exactly at this time.

Q    Late afternoon?  Three, four clock in the afternoon?

A    Sometime around then.

Q    You saw Mr. Koubriti there, right?

A    Not initially.

Q    At some point in time, did he come to your attention?

A    Oh, yes.  Yes.

Q    Okay.  And as I understand it, this was an upper flat?

A    I believe they call them two story.

And, yes, he was.  The residence was on the second floor.

Q    Okay.  As I understand it, it was a rather sparsely furnished flat?

A    As what I recall.  Yes, sir.

Q    Okay.  And how many other agents were there with you that went into this flat; whether they were FBI or INS or Customs, if you remember, approximately?

A    I'm a little confused, sir.

## Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti

Do you mean when I went into the flat?

Q    Well, at any point in time when you were in their, how many agents were in there?

A    Two, three.

Q    Okay.  And were there more later?

A    No.  What had happened was, when I arrived, I was in the backyard.  It wasn't until later that I was called up into the second flat.

And at that time, Agent Thomas and, I believe, agents Manescu -- trying to remember her name -- the last name, she was up there.

Q    Were you there when the search of the apartment took place?

A    No, I was not.

Q    Okay.  You left?

A    No.  The agents went in their originally.  I was called up to look at the passport.

Q    Okay.  And do you recall whose passport it was that you looked at?

A    It was a World Authority Passport that I immediately knew was not an authorized passport that we would have issued a U.S. Visa to.

MR. CORBETT:  Your Honor, this does seem to be a little beyond the scope of direct examination.

THE COURT:  I'm going to permit it under Rule

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

611, rather than asking defense counsel to recall the witness in their own case. Perhaps admissibly should occur.

MR. HELFRICK: If I could approach the witness, Your Honor?

THE COURT: Go ahead.

BY MR. HELFRICK::

Q    Is this the World Passport you're referring to?

A    Yes, it is.

Q    Okay. Look at it. It's the right one? Okay. I want to put that up on the screen.

That's the passport that you were asked to look at that day?

A    That is correct.

Q    And this World Service Passport, this isn't recognized by any government, is it?

A    The World Service Passport, I have heard that it has been used to enter Belize, but that's the only country I know of that has recognized it.

Q    You couldn't enter the United States with this?

A    No. You would not be able to enter the United States on that passport.

Q    Okay. And you wouldn't be able to enter

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

Canada with this?

A    To my knowledge, no.

Q    Okay.  And, okay.  Now here we go.

Do you recognize that individual?

A    I never met the individual.  But that is the, the picture on the visa.

Q    Okay.  And you were asked to come up and look at this passport on that day; is that right?

A    That is correct.

Q    And you immediately recognized this as being not a valid travel document?

A    That is correct.

Q    Okay.  And were you also asked -- you know what an I-94 is, right?

A    Yes, I do.

Q    Okay.  And here.  Take a look at this.

Can I approach the witness, Your Honor?

THE COURT:  You may.

BY MR. HELFRICK::

Q    Thank you.

Is that the document you saw that day as well?

A    I believe so, yes.

Q    Okay.  Now is that based on your inspections of that document that day?

### Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti

Were you able to determine if this was a valid document or if this was not a valid document?

A    I work for the U.S. Department of State.  We issue passports and visas.

I-94 documents are immigration documents.  And I would not venture to speculate on a document such as that.

Q    So when you looked at this, you thought this was a valid document?

MR. CORBETT:  I'll object.  It's a mischaracterization of the statement.  He said he wouldn't speculate on it.

MR. HELFRICK:  I'm wondering on that particular --

THE COURT:  I'll overrule the objection.  He's capable of answering it.

THE WITNESS:  Personally, that document, to me, with that visa and that passport issued into that document, I know it's a forgery.

Q    Okay.  Was that -- I mean I understand now you know that.

But I'm wondering, at the time that you were in the apartment on Norman Street, did you realize at that point in time or did you think that that that was a forgery at that point in time?

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

A    As soon as I saw the visa in that passport, a World Authority Passport, I knew immediately that both the visa and any other supporting document to it would most probably be a forgery.

Q    Okay. Now, while you were at this particular residence that day, were you given any other passports or I 94's or any other identification documents that you concluded were, you know, not what they purported to be?

A    I honestly don't recall at this time.

I do remember the passport and the visa. I contacted Washington to verify what I had already known, which was that the visa -- there was no record on file. It was a fraudulent number.

Q    Did you contact Washington from the apartment?

A    That is correct.

Q    Okay. You made a phone call and attempted to --

A    I used a cellphone.

Q    Attempted to get confirmation. Okay.

But you don't recall making a phone call about any other documents that you were provided that day?

A    Not at this time, no. I don't recall making any.

Q    Okay. Now did you at any time -- you

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

contacted the Algerian Embassy.

At some point, somebody got this document, Exhibit 65?

A    Are you speaking of this document?

Q    Exhibit 65.

A    I personally traveled to Washington, D.C. September 24, 2001 and talked to Mr. Dory, who is Counsel Officer with the Algerian Embassy in Washington.

From that conversation, this document was issued.

Q    Okay.

My question is, did at any time did you contact the Moroccan Embassy?

A    Yes, I did.

Q    Okay.  And you confirmed that Mr. Koubriti and his passport were valid?

A    Are you speaking this passport, sir?

Q    No.  That's Mr. Saisa's or whoever that is.

But I want to know about Mr. Koubriti, if you contacted the Moroccan Embassy about Mr -- Mr. Koubriti's passport?

A    I would have to see which passport we're talking about, sir.

MR. HELFRICK:  Okay.  Government Exhibit 8A. 8A.  Can I approach the witness, Your Honor?

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

THE COURT: Yes.

MR. HELFRICK: Thank you.

BY MR. HELFRICK::

Q Have you seen that passport before?

A I believe so. I have.

Q Okay. And did you have any contact with the Moroccan Embassy about that passport?

A Yes. I contacted the Moroccan Embassy, I believe, through our liaison officer.

We have a detective liaison officer and I believe I had to verify.

Q You received that verification?

A I believe so, sir.

Q Okay. And did you do any inquiry or check into his visa?

A His U.S. Visa?

Q Yes.

A Let me see what's in here.

Are you talking about Mr. Koubriti's visa, IV 474-0096 issued in Casablanca?

Q Yes?

A Yes, I did.

Q What kind of visa is that?

A IV Visa was what we call it, the slang term, this lottery visa.

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

He applied.  They have a random pick.

What happens is --

Q    Back up one second.

When you say "they have a random pick" you mean United States Government U.S. Department of State.

Q    In Morocco?

A    No, sir.

These applications are sent to, at that time, it was New Hampshire.  Presently, they're Kentucky.

Q    Okay.

A    They're sent to the main office there that accepts them and they're processed.

From that process, because there's a certain quota on each country for who can be allowed in for that year, people are picked randomly and are issued a visa.

Q    Literally, just like winning the lottery?

A    That's why we call it the lottery.  Yes, sir.

Q    This visa that is issued to them, when they come to the United States is it like, I mean, a Student Visa?

Is it -- what's your status once you get in the United States?

4018

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

Are you here as a permanent resident alien; you can work, have to go to school?

What's the deal?

A    You're an immigrant.  You're coming in to become a United States Citizen.

Q    That allows you to work here?

A    I believe so.

Q    Or go to school?

A    I believe so.

Q    Do you know if there's any restrictions on it at all as to what you can do?

A    I'd have to look that up.  It's more of an immigration question, sir.

Q    Okay.  And visa.  You checked on, investigated if the visa's legitimate?

A    The visa was issued.  Yes, sir.

Q    Okay.  Now as part of this process of sending in your application to New Hampshire, when you applied or after you've been selected, I don't know how it comes, you have to -- you don't just -- they give you plane ticket to come to the United States, right?

You have to provide certain documentation to the United States.

For instance, you get criminal history check in your country.  The police have to say, you

USA V Koubriti, et al 01-80778

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

know, you provide something to the United States you aren't a convicted felon or something in your home country?

A     You are processed as if you are applying for a regular Immigrant Visa, once you have been approved, yes.

Q     Okay.  And do you know what all that entails?

A     Not right off my head --

Q     Okay.

A     -- I couldn't exactly tell you.

Q     Okay.  From what you checked out, Mr. Koubriti's passport and visa and everything were legitimate?

A     Could you clarify your interpretation of "legitimate"?

Q     Yeah.  This is not a fraudulently issued passport, the visa -- you researched visa fraud for 14 years.

It's a legitimate visa.  Everything appears to be in order, as far as you know?

A     As far as I know, everything appears to be in order.

However, the file of documents is either with immigration or it has been destroyed.

MR. HELFRICK:  Okay.  I've no further

**Edward Seitz-Cross Exam/Mr. Helfrick-Koubriti**

questions, Your Honor. Thank you.

## CROSS EXAMINATION

BY MR. THOMAS::

Q    I'm going to show you what's previously been introduced as Government Exhibit 8B.

Have you seen that before?

A    Yes, sir.

Q    You went through a series of questions with Mr. Helfrick.

Do you need to review this to verify whether or not this was a validly issued passport?

A    No, sir.

Q    Have you made that determination?

A    Yes, sir.

Q    Is it a validly issued passport?

A    If I remember right, we were informed that that was a validly issued passport.

Q    And that would be the passport for Mr. Ahmed Hannan?

A    In this case. Yes, sir.

Q    You testified earlier about the lottery.

Did you know whether or not Mr. Hannan had been given a lottery visa?

A    Yes, sir. He was.

Q    That would be -- if you could show him 8C.

**USA V Koubriti, et al 01-80778**

## Edward Seitz-Cross Exam/Mr. Thomas-Hannan

Did you make a determination as to whether or not he had a lottery visa?

A   He had IV Visa 47401025, issued 10-24-2000 out of Casablanca, Morocco.

Q   As a result of that, then, he would be able to enter into the country; is that correct?

A   That would be correct, sir.

Q   He'd be able to, after a certain period of time, apply for citizenship; is that correct?

A   That's correct, sir.

Q   While he was waiting for that, he would be able to work; is that right?

A   I believe so, sir.

Q   All right.  I'm going to ask you to take a look at Government Exhibit 8C, and ask you whether or not you'd ever seen that before.

A   I do not recall, sir.

Q   Do you know what that is?

A   Slang term would be, it's a Green Card, Permanent Resident Alien Card issued by the -- at that time, Justice Department Immigration Naturalization Service.

Q   Does it show you what date that was issued?

A   It has down their resident since 11-7-2000.

Q   And, sir, is it your understanding that once a

Edward Seitz-Cross Exam/Mr. Thomas-Hannan

person comes into this country and once his documents are determined to be in order, that a Green Card is issued by Immigration?

A    That, I couldn't speculate on, sir.

I work for the United States Department of State. That's an immigration matter.

Q    So then, in your experience with the Department of State, you've never seen a Green Card before?

A    No. I've seen several Green Cards, sir.

Q    You don't know how they're issued, is that what you're telling the jury?

A    The technical way? No, sir. I really don't know the full process.

MR. THOMAS: Okay. I've no further questions, judge. Thank you.

THE COURT: Mr. Morgan?

### CROSS    EXAMINATION

BY MR. MORGAN::

Q    Good morning, Special Agent Seitz.

A    Good morning.

Q    You were out there on Norman Street, right?

A    That is correct, sir.

Q    September 17, 2001?

A    I believe that was the date, sir.

USA V Koubriti, et al 01-80778

4023

## Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi

Q     Did you see a Day Planner?

A     Not that I recall, sir.

Q     Was there a lot of discussion about a Day Planner?

A     I was, basically, brought up there to discuss the passport and the visa.

Q     Okay.

Did I understand correctly, that you indicated in response to Mr. Helfrick's question that the visa was immediately apparent to you that it was false?

A     That is correct, sir.

Q     Okay.  Did you ever previously characterize it as having an apparent high quality?

A     I said it was actually a rather good quality visa, yes.

Q     Okay.  In fact, would it be fair to say it was of such a quality that, to the naked eye, it would have probably passed.  It would have passed you.

Is that fair?

A     No.

Q     No?  Okay.

A     The reason being, sir, passport it was issued to.

Q     All right.

### Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi

A    The book, itself, is a fraud.

Q    Well, just -- did you testify in a court hearing on April 5, 2002?

A    Yes, sir.

Q    Was that before a United States Magistrate?

A    That is correct, sir.

Q    Okay.  And were you asked questions about the visa that you saw?

A    That is correct, sir.

MR. MORGAN:  May I approach?

THE COURT:  You may.

BY MR. MORGAN::

Q    You can look anywhere on the page you like, Special Agent Seitz.

But I direct your attention to the highlighted part, but look before and after.

(After a short delay, the proceedings continued)

A    Yes, sir.

Q    All right.

Does that assist you in refreshing your recollection?

A    Yes, sir.  That is a proper document.

And it stated that -- to the naked eye, I stated that, to the naked eye, it would have passed me.

### USA V Koubriti, et al 01-80778

**Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi**

Q     Okay.  Thank you.

Now you have been involved in for about 14 or 15 years of investigations involving visas?

A     Visas and passports, sir, yes.

Q     And can you tell the jury what is an S Visa?

MR. CORBETT:  Your Honor, I'm going to object. S Visa's well beyond the scope.

THE COURT:  What's the relevance of this, Mr. Morgan?

MR. MORGAN:  Well, judge, I think it's relevant, rather than recall him in the defense case under Rule 611.

THE COURT:  I'll permit it.  Make a determination to see if Mr. Morgan can link this to anything relevant.

BY MR. MORGAN::

Q     Thank you.  Can you tell the jury what an S Visa is?

A     S Visa?  Offhand, I'd have to look it up.

Basically, it's a special visa.

Q     All right.  Well, special for who?  Can you give us an idea?

A     They are issued, at times, to people who have -- how do I put this, if you knew where Osama bin Laden was and you were in Afghanistan, and you gave us

**Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi**

information that would lead to his arrest and conviction, you could possibly be issued an S Visa. Yes, sir.

Q    Okay.  And an S Visa would let you stay in this country for the rest of your natural life, correct?

A    That I -- I can't answer affirmatively, sir.

Q    Well --

MR. CORBETT:  Your Honor, I'm going to, again, renew my objection to the relevance of an S Visa at this point in time.

THE COURT:  A little further, Mr. Morgan.  I'm not seeing anything that would link this up.

BY MR. MORGAN::

Q    Let me ask you.

In a nutshell, an S Visa is something could be given to somebody to assist the United States of America, correct?

A    Yes.  You could say that, yes.

Q    Okay.  An S Visa is something that could be given to a person that is here illegally, who has assisted the United States of America, correct?

A    That I couldn't attest to, sir.

Q    Okay.  Sorry.

Now Mr. Helfrick asked you some questions about the lottery?

**Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi**

A    Yes, sir.

Q    And you're familiar with the operation of the lottery?

A    I'm familiar with the mechanism.  Yes, sir.

Q    Okay.  And does the lottery involve an application form?

A    Yes, it does, sir.

Q    And is it -- are you familiar with the form?

A    I can't recall it, but I have seen it, yes.

Q    Okay.  And is it a lengthy form?

A    I believe so, sir.

Q    It calls for all kinds of personal information?

A    Most, most -- visa forms do, yes.  Visa applications do.

Q    Okay.  Does it require a photograph of the individual applicant?

A    I believe it does.

Q    And those photographs of the individual applicant would be like a passport photo?

A    That is correct.

Q    All right.  And these applications can be mailed from various countries all over the world, correct?

A    Can you repeat that, sir?

**USA V Koubriti, et al 01-80778**

## Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi

Q    Well, the applications may be mailed from countries all over the world, correct?

A    Do you mean you can mail them from anywhere in the world to a specific spot in the United States, sir?

Q    Yeah.  You could be in Sri Lanka and decide to apply for the lottery, right?

A    Yes, sir.

You would have to -- when you apply, you would have to send it to a specific spot, though, is that --

Q    Yes.  To New Hampshire before Kentucky now?

A    That is correct.

Q    All right.

Now do you know whether or not persons in foreign countries who have relatives that are already here, whether or not those relatives may send in applications?

A    I believe they can.  I'm not certain, but I believe they can.

Q    You believe they can, right?

A    I believe someone can, can send in an application from here, yes.

Q    Okay.  There may be any number of reasons for that, correct?

A    I would assume.

### USA V Koubriti, et al 01-80778

**Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi**

Q     Maybe you don't trust the mailman or mail system in Sri Lanka.

You don't think it's ever going to get through, correct?

MR. CORBETT:  Your Honor, Mr. Morgan's testifying.  We're a little speculative.  There could be a million reasons.

THE COURT:  Mr. Morgan, if you'd limit it to your original question on this line of questioning.

There may be any number of reasons why somebody would not mail it in.

MR. MORGAN:  All right.

Now --

THE COURT:  Do you want an answer from the witness on that?

MR. MORGAN:  Yes.

THE WITNESS:  Can you repeat the question? I'm sorry.

MR. MORGAN:  Can I repeat the question?

(The reporter then read back the last statement)

BY MR. MORGAN::

Q     Is that a reason?

A     I couldn't -- I couldn't speculate for someone else's ideas, sir.

Q     All right, fine.

## Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi

Let's go to the airport.

On what was that date you arrested Mr. Ali-Haimoud?

A    I believe it was April 2.

Q    2000 what?

A    2001, I believe.

Q    Try again.

A    2000.

Q    2000?

A    2002.

Q    Okay.

A    If you'll give me a moment, sir.

Q    Sure.

A    It was April 2, 2002, to be exact.

Q    All right.  Fine.

And you went there specifically to arrest him, correct?

A    I went to assist the FBI agents, yes.

Q    Because he had recently been indicted on the charges that are before the Court, correct?

A    That is correct.

Q    All right.

And when you saw him, he was wearing a uniform of some kind, right?

A    I don't recall.  I believe he was.

USA V Koubriti, et al 01-80778

## Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi

Q    Was he wearing an Edy's Ice Cream shirt?

A    Sir, I don't recall.

Q    All right.  And you say he was working behind the counter, correct?

A    That is correct.

Q    But his supervisor was not present, correct?

A    That is correct.

Q    Now in order to get to that area where Mr. Ali-Haimoud was working at Edy's Ice Cream, had to pass through a security area, correct?

A    He had to pass through a security area, sir?

Q    Yes.

A    Actually, he was in a security area, sir.

Q    He had to also pass through a security area, did he not?

A    I'm sorry, sir.  You get me confused.

He's in sanitized area, which is considered a security area.

I think what you're looking for, yes, he had to go through a metal detector and search a proper security check.

Q    Thank you.  That's what I was looking for.

A    Okay.

Q    This is an ice cream stand, Edy's Ice Cream, that sells ice cream.

**USA V Koubriti, et al 01-80778**

**Edward Seitz-Cross Exam/Mr. Morgan-El Mardoudi**

A    Yes, it sold ice creams. (sic)

Q    In cups with plastic spoons and so forth?

A    I don't recall, quite recall.  But I believe so, sir.

Q    Now did there come a time that you verified his employment?

A    Yes.

Q    And you investigated and confirmed his application, did you not?

A    How do you mean "confirmed", sir?

Q    You went and -- this Edy's ice cream is owned by some kind of company out there?

A    Yes.

Q    Right?

A    Yes, sir.

Q    All right.  And they -- the company is called what Concession?

A    Concessions International, I believe.

Q    All right.

And you went to an authorized representative of concessions international.

You ascertained there was application for employment, correct?

A    That is correct, sir.

Q    And you ascertained it was filled out by