UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

Government.

v.                                    Case No. **01-80778**
                                      **Volume 41**

**AHMED HANNAN,**
**KARIM KOUBRITI,**
**ABDEL ILAH EL MARDOUDI,**
**FAROUK ALI-HAIMOUD,**

Defendants.

_____/

JURY TRIAL PROCEEDINGS

**BEFORE THE HONORABLE GERALD E. ROSEN**
United States District Judge
860 US Courthouse & Federal Building
231 Lafayette Boulevard West
Detroit, Michigan
**Tuesday, June 3, 2003**

**APPEARANCES:**

RICHARD CONVERTINO
KEITH CORBETT
Assistant United States Attorneys
211 West Fort Street
Detroit, MI 48226
          On behalf of the Government.
                  - - -

Stenographically reported by:  Carol S. Sapala, RMR-FCRR

APPEARANCES:    (continuing)


RICHARD HELFRICK
LEROY SOLES
JAMES GEROMETTA
Federal Defender Office
645 Griswold Street, Ste. 2255
Detroit, MI 48226
        On behalf of Defendant Koubriti.


JAMES C. THOMAS
JOSEPH NISKAR
2632 Buhl Building
Detroit, Michigan 48226
        On behalf of Mr. Hannan.


ROBERT MORGAN
645 Griswold, Ste. 4100
Detroit, Michigan 48226
        On behalf of Defendant Ali-Haimoud.


WILLIAM S. SWOR
645 Griswold, Ste. 3060
Detroit, MI 48226
        On behalf of Defendant El Mardoudi.


MARGARET SIND RABEN
GUREWITZ & RABEN, PLC
333 West Fort Street
Detroit, MI 48226
        On behalf of Defendant El Mardoudi.


THE INTERPRETERS:  David Habboo, El Sayed Mostafa


USA V Koubriti   et al 01-80778

# C O N T E N T S

**IDENTIFICATION**                                                      **PAGE**

**WITNESSES**

None.


Jury Verdict                                                          6420


Certification of Court Reporter                                       6427

# E X H I B I T S

**IDENTIFICATION**                    **MARKED**        **RECEIVED**

NONE    MARKED

Detroit, Michigan

Tuesday, June 3, 2003

11:50 a.m.

(The following was held outside

the presence of the jury)

**THE COURT:** Please be seated. I want to outline the procedure that I will follow in taking the verdict, so that everybody understands the procedure.

I will ask the jury foreperson to pass up to the court the verdict form. I will review it to ensure that it is properly filled out and that it is properly entered.

Okay. I will then pass it back to the foreperson. The foreperson will read it in open court. And then I will poll the jury to ensure that the jury is unanimous as to all counts and all defendants.

All right? So counsel do not have to request that the jury be polled.

Any questions before we bring the jury in? Any questions? All right.

With respect to the media, I will talk to the jurors after the verdict. I will ask them if any of them want to talk to you. If they do, we'll do it here in open court. I'll preside over it.

If they do not, I will ask them if they have a statement they may want me to read for you; they may or they

USA V Koubriti et al 01-80778

may not.  So we'll have to play a little bit by ear, okay?

All right.  Bring the jury in.

(Whereupon at 11:52 a.m. the jury

was brought out into the courtroom)

**THE COURT:**  Counsel satisfied the jurors are in place?

**MR. CORBETT:**  Yes.

**MR. THOMAS:**  Yes, Your Honor.

**THE COURT:**  Madame foreperson, I've received a communication that the jury has reached a verdict.

Is that correct?

**JUROR #6:**  Yes.

**THE COURT:**  Would you please pass the verdict up.

Ms. Fisher, will you please get the verdict.  I will review it to ensure it is properly filled out.

I will pass it back to you and you will read it in open court, okay?

**JUROR #6:**  Okay.

(After a short delay, the

proceedings continued)

**THE COURT:**  Madame foreperson, would you rise, please.

After the reading of the verdict, I will ask each of you to stand.  I will ask you if that was your verdict in the jury room.

USA V Koubriti  et al 01-80778

I will ask you if that is your verdict here in court.  Please give an answer and then be seated.  I will ask the next one, okay.  Thank you.

Madame foreperson, if you would begin with Count One, conspiracy to commit an offense against the United States in violation of 18 U.S.C. Code Section 371.

**JUROR #6:**  We, the jury, after due deliberation and consideration of all the evidence, make the following unanimous findings on the charges contained in the Indictment.

Defendant Karim Koubriti:  Guilty.

Defendant Ahmed Hannan:  Not guilty.

Defendant El Mardoudi:  Guilty.

Defendant Farouk Ali-Haimoud:  Not guilty.

Part B.  Conspiracy to provide material support and resources to terrorists in violation of Section 18 of the United States Code Section 2339A.

We, the jury, find that the conspiracy to provide material support and resources to terrorists in violation of Title 18 United States Code Section 2339A existed on or after October 26, 2001.

The answer:  Yes.

We, the jury, find that the below listed

defendant was a member of that conspiracy on or after October 26, 2001:

Defendant Karim Koubriti: No.

Defendant Ahmed Hannan: No.

Defendant El Mardoudi: Yes.

Defendant Farouk Ali-Haimoud: No.

Therefore, as to guilt or innocence on the charge of conspiracy to provide material support and resources to Terrorists in violation of Title 18 United States Code Section 2339A (effective October 26, 2001) we, the jury, find Defendant Karim Koubriti: Not guilty.

Defendant Ahmed Hannan: Not guilty.

Defendant El Mardoudi: Guilty.

Defendant Farouk Ali-Haimoud: Not guilty.

Count Two: Conspiracy to engage in fraud and misuse of visas, permits and other documents, in violation of Title 18 United States Code Section 371:

Defendant Karim Koubriti: Guilty.

Defendant Ahmed Hannan: Guilty.

Defendant El Mardoudi: Guilty.

Defendant Farouk Ali-Haimoud: Not guilty.

**THE COURT:** Count Three, please.

6422

Fraud and misuse of visas, permits and other documents, to facilitate an act of international terrorism in violation of

Title 18 United States Code Section 1546(a):

Defendant Karim Koubriti: Not guilty.

Defendant Ahmed Hannan: Not guilty.

Defendant Farouk Ali-Haimoud: Not guilty.

Count Four: Fraud and related activity in connection with specific documents and information, in violation of 18 United States Code Section 1028(a)(6):

Defendant Karim Koubriti: Not guilty.

Defendant Ahmed Hannan: Not guilty.

Defendant Farouk Ali-Haimoud: Not guilty.

**THE COURT:** Madame foreperson, have you signed the verdict form and dated it?

**JUROR #6:** Yes.

**THE COURT:** Thank you very much. You may be seated.

Juror number one, would you stand, please.

Was that your verdict in the -- I'm going to ask the media not to leave the courtroom, please until the jury's verdict been accepted.

I'm going to ask the media not to leave the

USA V Koubriti et al 01-80778

courtroom.

Madame foreperson, I'm sorry.  Juror number one, was that your verdict in the jury room, is that your verdict here in court?

JUROR #1:  Yes, it was.

THE COURT:  Thank you.

Juror number two, was that your verdict in the jury room, is that your verdict here in court?

JUROR #2:  Yes.

THE COURT:  Thank you.

Juror number 3, was that your verdict in the jury room, is that your verdict here?

JUROR #3:  Yes.

THE COURT:  Thank you.

Juror number 4, was that your verdict in the jury room, is that your verdict here?

JUROR #4:  Yes.

THE COURT:  Thank you.

Juror number 5, was that your verdict in the jury room, is that your verdict here?

JUROR #5:  Yes.

THE COURT:  Thank you.

Juror Number 7, was that your verdict in the jury room, is that your verdict here?

JUROR #7:  Yes.

THE COURT:  Thank you.  You would stand, please. Was that your verdict in the juryroom, is that your verdict here?

JUROR #8:  Yes.

THE COURT:  Juror Number 9, was that that your verdict in the jury room, is that your verdict here?

JUROR #9:  Yes.

THE COURT:  Would you -- Juror Number 10, was that your verdict in the jury room, is that your verdict here?

JUROR #10:  Yes.

THE COURT:  Thank you.  Juror Number 11, was that your verdict in the jury room, is that your verdict here?

JUROR #11:  Yes.

THE COURT:  Thank you.

Juror Number 12, was that your verdict in the jury room, is that your verdict here?

JUROR #12:  Yes.

THE COURT:  Finally, madame foreperson, was that your verdict in the juryroom, is that your verdict here in court?

JUROR #6:  Yes.

THE COURT:  Thank you.  I find that the jury has reached a unanimous verdict on all counts as to all defendants.

Judgment will be will be entered in accordance with

USA V Koubriti  et al 01-80778

the jury verdict.

I'd like to thank all of you very much.  You have the gratitude an appreciation of the Court and of your community.

Your jury service responsibilities are now over.  However, I'd like to invite all of you back to chambers to personally thank each and every one of you.

All right.  Ms. Fischer will lead you out.

Please make sure the hallway is clear.

(Whereupon the jury was excused at 12:03 p.m.)

THE COURT:  You may be seated.  Thank you all.  I'll go talk to the jury.

For those of you in the media, I'll go talk to the jury and we'll let you know.

MR. THOMAS:  Judge?

THE COURT:  Yes.

MR. THOMAS:  Mr. Hannan was convicted on the second count.

THE COURT:  Yes.

MR. SWOR:  It's a five year felony.

As I computed before the case began, his guidelines are zerio to six months.  He's done 20 months.  I'll ask the Court to consider a bond.

THE COURT:  I'll consider it.  Not at this time.

MR. MORGAN:  As the Court knows, Mr. Ali Haimoud's

USA V Koubriti  et al 01-80778

been detained pursuant to a detention order.

I would ask, consistent with the verdict, that the detention order be vacated and he be discharged.

**THE COURT:** Present me an order.

**MR. MORGAN:** Yes, sir.

**THE COURT:** I believe Mr. Ali-Haimoud was acquitted on all counts.

**MR. MORGAN:** That's correct, yes.

**THE COURT:** Present an order.

Anything else?

**THE MEDIA:** The gag order?

**THE COURT:** I will vacate -- well, let me hear from counsel.

Is the any reason why the gag order should not be vacated?

**MR. CORBETT:** Government has no reason, Your Honor.

**THE COURT:** Defense counsel? Okay. I'll vacate the gag order and counsel are free to talk to the media.

I'd remind counsel that they are still under all of the obligations of professional rules of responsibility, however, okay?

(Whereupon this case then

concluded at 12:03 p.m.)

USA V Koubriti, et al 01-80778

CERTIFICATE OF COURT REPORTER

I certify that the foregoing is a correct transcript from reported proceedings in the above-entitled matter.

Carol S. Sapala, FCRR, RMR

USA V Koubriti, et al 01-80778