REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

about this, and he wanted to go to Milan so he can get in the general population and be able to use the phone.

In maximum security in Wayne County Jail, you cannot use the phone.

Q    Okay.

Can you turn the page, please.

A    (The witness reviews the document.)

Q    What is that paragraph about?

A    That was about this friend that I was telling you about.

This guy owed Youssef -- owed Youssef a lot of money and was calling Youssef's girlfriend and was trying to get information about the case.

I guess they was trying to find out if Youssef -- Youssef had said anything pertaining to him, his name or anything.

Q    And this friend owed him money?

A    He said the friend owed him a lot of money.

Q    What -- When you asked Youssef about this, what did he say?

A    He just said that I guess because, um, he was locked up, the guy didn't want to pay him the money.

USA V Koubriti, ET AL 01-80778

52

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

I guess he was trying to get his girlfriend to collect the money.

Q    Did he say why his friend was calling Youssef?

Did Youssef say why his friend was calling his girlfriend?

A    Yes.

He said his friend was calling like to get information, like an update on how the case was coming along.

Q    Do you know was Mr. Hmimssa in touch with his girlfriend during this time?

A    Yes.

She was coming to visit him.

Q    She was visiting him?

A    And she would write letters.

Q    Did he tell you that?

A    Yes, he did.

Q    And, by the way, do you know if Mr. Hmimssa -- do you know if he was talking to anybody else in the prison, as well as you?

A    Yes.

He was, um -- They had ended up moving him, and he went on this block with the guy named --

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

Q    I'm sorry?

A    He went on another block.  He had got into it with another guy, and they ended up moving him from my ward to another ward, and he was talking to this guy named James Robinson.

Q    Robinson or Robertson, if you know?

A    Robertson.

Q    Robertson?

A    Robinson.

He's a defendant in this courtroom.

THE COURT:  It's Mr. Robertson.

Q    (By the Court)  Mr. Hmimssa was talking to him?

A    Yes.

Q    How do you know that?

A    Um, I end up -- they ended up moving me and Jimmy, we call him Jimmy, they end up moving him on the same ward.

They took me out of maximum security and put me in another ward, and it was like some kind of rotational ward, and they put me and Mr. Robertson on the same ward.

And he was telling me --

Q    Who was he?

A    Mr. Robertson was telling me that he had

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

been talking to Youssef, and he -- he had asked Youssef if he wanted him to send him some money.

And he was getting the newspapers, and I guess he used to let Youssef Hmimssa read the newspaper, but they was good friends.

Q    Anybody else besides Mr. Robertson?

A    That's the only person I know about.

Q    Did you ever hear him or see him talk to anybody else while you were with him?

A    I -- he got --  It was another guy on the ward when I was.  Um, his last name was Stiff.

Q    Stiff?

A    Yeah.

And it was, um --  Another guy, I can't think of his name, but him and Youssef got into it, and, um, they made -- his last name was -- was Murray.

Q    Murray?

A    Murray.

And, um --

Q    M-u-r-r-a-y?

A    Yes.

And --

Q    Okay.

A    And they filed a report at the, um --  The

**USA V Koubriti, ET AL 01-80778**

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

deputies filed a report on this incident.

Q    Do you know if Mr -- if Mr. Hmimssa was telling Mr. Stiff the same kinds of things he was telling you?

A    No.

He didn't -- he didn't like Stiff.

Q    How about Mr. Murray?

A    He didn't like Mr. Murray.

It was -- He was throwing him -- stuff on him and calling him Bin Laden.

Q    How about Mr. Robertson?

Do you know if he was telling him --

A    He was telling Mr. Robertson, yes.

Q    Was there anything else that Mr. Hmimssa was telling Mr. Robertson?

A    I don't know.

I just know that he was telling him. I don't know what he was telling him.

Q    Okay.

Did Mr. Robertson ever tell you what Mr. Hmimssa was telling him?

A    I can't recall right offhand.

He was just telling me that he was -- he was mad about the attorney general and that they didn't -- they don't really have nothing on

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

him, that he didn't use -- that term like that.

Q    Okay.

If you can look back at your notes again, please, sir.

On December 31st of 2001, apparently you had another conversation with Mr. Hmimssa?

A    Yes.

Q    What is that about?

A    He was telling me that he wanted to go to Milan.  He wanted to be in the general population. That's GP, for general population.

Q    Um-hum.

A    And that he wanted to use the phone and he wanted to shave all his hair off.  He didn't want to come to trial looking like a terrorist, and he said he didn't have no money, and his girlfriend would send him some money to buy a razor, so he could shave and get his self together.

Q    And apparently he said something to you about speaking Spanish?

A    Yeah.

He told me if he went to jail, he wanted to take up Spanish and that, um, he speak s um, five different languages.

Q    And apparently he gave you some advice if

USA V Koubriti, ET AL 01-80778

57

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

you got out as well.

What was that about?

A    He was telling me, um --  Like I say, he's real knowledgeable about a lot of things, so he was explaining to me that if I went to Canada and stayed three years that I could become a Canadian citizen, and if I was a Canadian citizen I could have a Canadian passport, and with a Canadian passport, I could travel and wouldn't be like, um, American, and I wouldn't be a target.

He said that, um, people like -- with American passports, it was like targets, you know.

Q    Can you turn to the next page, please.

A    (The witness complies.)

Q    Apparently you had -- he told you something about Allah?

A    Yeah.

He was telling me that Allah, which is, um -- I'm a Christian, and he's, um, like I guess a Muslim, and he was telling me that Allah would punish the United States for what they did to Afghanistan.

Q    Why?

Did he say anything more about that?

A    He was just saying that it was wrong for

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

what they did to Afghanistan.

Q    Did he say something about Pakistan?

A    Yeah.

He said that they didn't -- the United States don't mess with Pakistan because Pakistan got a nuclear bomb.

Q    Now, can you look at the next couple of paragraphs.

A    (The witness complies.)

Q    And tell me what he was talking to you about there.

A    He was telling me that, um, he know a lot of -- he know a lot of people from Afghanistan and a lot of Arabs, and from Pakistan, Iraq, Iran, and that he met a lot of Arabs right here.  He was speaking of Detroit, and he met a -- a lot of, um, Arabs on the internet.

Q    Did he say whether he did anything with these Arabs, had any relationship with them?

A    No.

I know, um, he told me he was living in Chicago or Milwaukee, that he drove a cab, and that, um, he -- he met a lot of, um, other Arabs like that from driving a cab.

Q    Um-hum.

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

In the next paragraph, he says his computers were all hooked up together.  What was he telling you there?

A    He was telling me that he had built these computers, and he had them all hooked up, like he had a camera on the computer as well as, um, he could take -- he could take the picture --

He could take a picture of you, and it would be on, I guess, the driver's license or whatever, but he was telling me, they came in and took all his stuff, and it was all hooked up together on line.

He was trying to explain.  I don't really know that much about the computers, and he was trying to explain it to me.

Q    And the next paragraph.

What is that about?

A    He was explaining to me, um, how much money he could make in one day.

He was telling me he could make 10-, 15,000 in one day, referring to stealing money out of people's accounts.  He had the latest technology. It was on the computers.

Um, I want to stress again that he was very knowledgeable, um, about the things he was

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

speaking to me about, about the computers.

Q    And the next page?

A    This is where he is complaining to me.  I asked him about when he is going to trial, and he was telling me that, um, the trial had been delayed because Ashcroft had made, um, public comment in Washington D.C. about we've got three terrorists arrested, and he was telling me that they don't -- excuse my language -- they don't really have shit on him.

And that, um, the judge, he was referring to you, the Honorable Judge Rosen, that it asked Mr. Ashcroft not to comment on the case, um, just to the best of my knowledge, not to comment on the case until the case was over.

Q    Did Mr. Hmimssa tell you anything else about the other defendants in his case and his relationship with them?

A    He said that, um, they were staying together, and somebody broke in his room and -- and stole some papers from him.

Q    Did he say anything else about what they were doing or whether they were mixed up with terrorism, the other defendants?

A    No.

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

He was, um -- Just right off the top of my head, what I can remember is that, um, they was just basically -- it was some ID stuff and for they can get a job, like out in the airport or something like this.

Q    He didn't say anything to you, though, about them being mixed up in terrorism?

A    No.

Q    You've got an asterisk there.

Today when Youssef was talking to me he showed no remorse.  He's upset in being on 604 max ward.

What was that about?

A    He -- That particular day, and it stands out in my mind, he got real mad, and the guy, I believe it was Murray, was -- had got him upset, and, um, so he had got real mad, because he didn't want to be on 604.

And, um, I had -- I had never seen this side of him, and he was -- he was -- he was just real mad, and he -- he went to like cursing Murray and threatening him.

Q    So he was cursing him and threatening him?

A    Yes.

Q    When you say he showed no remorse, what

**USA V Koubriti, ET AL 01-80778**

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

was that about?

A    Because the way he was  --  When he had got upset, he didn't care at that point.  He was like, I'll kill you.  You know, you don't know who you're messing with.

And he was -- he had just -- I had -- he had lost his composure in my opinion.

Q    With you or --

A    No.

With, um, this -- this guy Murray.

Q    All right.

Would you look at the next page, please.

A    (The witness complies.)

Q    It's dated January 2, 2002; is that right?

A    Yes; that is correct.

Q    And can you read that to yourself.

Tell me what he told you about there.

A    (The witness complies.)

Yeah.  This is basically he was telling me about he had, um, eight sisters, and they was from -- well, Morocco.

I didn't really know what -- where that was at.  And he was explaining that that was like in the northern part of Africa.

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

And then, um, he had one of the sisters that worked in a bank that, um, do money transfers like, um, anywhere in the world.

And he went to telling me that he had -- When he had left there, he had came to Chicago, and, um, he started driving a cab, and he was still going to school, and that's when he was telling me like how he had met -- met other people.

Q    Other Muslims?

A    Other Muslims.

Q    Did he say anything about whether he was in contact with these other Muslims and doing anything with them at all?

A    Um, not like that.

It was just that he knew other Muslims, and he never spoke on what he was doing with them, no.

Q    Can you read the next paragraph down at the bottom there, where he's talking about -- talking about the debt that American is in?

A    Yeah.

He was telling me -- I didn't know how much our country was in debt.  Um, I don't really know about that kind of stuff, and he was telling me that the United States owed the world

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

bank $3 trillion and that how much debt we was in.

And that, um, he wanted -- he wanted to go to Canada, and, like I say, he was going to try to bring this country down electronically.

Q    Electronically.

Would you turn to the next page, where he talks about Osama Bin Laden.

A    (The witness complies.)

Yeah.  He was explaining to me that, um, he didn't know that Osama, um, Bin Laden -- that what he was doing was wrong, that that wasn't a way to hurt the United States.

It was --  The way to hurt the United States is like taking their money.  He was speaking, um, referring back to electronically.

And he said that, um, that made it bad for all the Muslims, because people are watching all the Muslims, and like Muslims couldn't even give money to charity no more.

And he said that Osama Bin Laden made it bad for all Muslims.

Q    And the next paragraph?

A    This particular day, um, January the 7, 2002, um, Youssef had come back -- I guess he had came back from court that day, and he was telling me

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

the prosecutor is stupid in Spanish.  He said he don't know nothing.

He stood in front of the judge for forty-five minutes.  He is stupid.  He cannot say nothing about me.  He showed the judge my Koran and books, and the judge denied my motion for bond and to go to Milan, and he was -- he was -- he was mad that day.

And, um, he didn't want to talk.  He didn't want to talk right then.

He said that, um -- he said the FBI man, Thomas, some FBI man named Thomas has been telling the news media wrong information.  He said there is no notes on General Collin Powell, and -- and, um, he said he don't know why that the FBI keep telling the news media if he don't have nothing to do with it, because the FBI don't have nothing on me, my friend.

Q    That's what he said to you?

A    Yes; that is correct.

Q    And the next page?

A    This is -- this is dated, um, January the 8, 2002.

Yeah.  He was still mad from the, um -- from the next -- the next day he -- he was

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

still talking, he was still mad.

He told me that this FBI man named Michael J. Thomas always be in court when he -- when he come to court, say he don't know shit.

My judge says all I can get is 0 to 6 months for false documents.  I will show him.  I'll get out.

So I asked him what -- what do you mean?  He showed him.  He said this country is no good.  It's no good, my friend.  All he have is these documents that my friends say belong to -- I can't pronounce -- Jalali -- um, J-a-l-a-l-i.

Q    How is it that you wrote it down?

Did you remember at the time?

A    I remembered it at the same time.

Q    Okay.

A    Um, he was saying that they didn't have no link between him and, um, somebody who was dead.

Q    Did he say who?

A    No.

He was, um -- I guess this other person that was involved was dead.

Q    Is says, all the people are dead.  No link between me and the terrorists.  They have nothing.

A    That's yes.  That's exactly what he said.

USA V Koubriti, ET AL 01-80778

67

**REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03**

Q    What was he referring to, do you know?

A    He was referring to the case that he was on.

He said that it was no link between him and -- and no terrorists at all.  They don't have nothing.

Q    And what else did he say there?

A    Well, he said something about his cell, and I was asking him what is a cell.

Q    Had you heard of that before, cell?

A    Yeah, but --  Yes, I had heard of it.

Q    What had you --  In what context had you heard of it?

A    Um, I guess like a mole.  A cell was like a mole.

Q    A mole?

A    Yeah.  Like a spy or something.

Q    And what did he say?

A    He -- he explained it to me.

He said a cell is someone who works by himself and do a job that's no one else but himself.  That's why no one can tell -- tell what another cell is doing or going to do.

In other words, he was telling me that they might work independent, and like, um, you

**USA V Koubriti, ET AL 01-80778**

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

don't know what the right hand is doing. That's the way I took it, like the left hand don't know what the right hand is doing.

Q    Did he tell you whether or not he had ever worked with any cells?

A    No.

He kept denying anything about any terrorists.

Q    Is there anything else that you remember about your conversations with Mr. Hmimssa?

A    Not right offhand, no.

Q    Now, the last entry in your notes is on January 8th of 2002.

Did you have any further conversations with him?

A    They end up moving -- they end up moving him. I talked to him 'til the day they moved him.

Q    Okay.

Did you ever see him again?

A    Um, in Milan.

Q    At Milan?

A    Yes.

Q    When was that?

A    Um, I guess -- I'm taking a guess. It had to be sometime in the last year.

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

Q    During the trial, do you know?

A    Um, I don't know if it was -- if the trial was going on, before or after.

Q    Did he say anything to you then?

Did you talk?

A    He kept calling me and saying that, um, I hope you burn in hell.

He said they're going to give you the death penalty.  You wrote that letter.  He was telling everybody that I had -- that I had wrote a letter and told on him.

Q    He was saying that you wrote a letter and told on him?

A    Yes.

He said you know what I was talking about.  You was on 604.  You wrote that letter to the prosecutor.

I hope you burn in hell.

Q    When -- when was this?

Is that this year?

A    I can tell you exactly the date.  I remember it.

It was -- it was February, um -- February the 10th, 2003.

Q    February the 10th of 2003?

USA V Koubriti, ET AL 01-80778

70

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

A    Yes.

Q    How did he know that you wrote a letter to the prosecutor?

A    I -- I don't know.

[ REDACTED TESTIMONY ]

[ REDACTED TESTIMONY ]

[ REDACTED TESTIMONY ]

[ REDACTED TESTIMONY ]

[ REDACTED TESTIMONY ]

[ REDACTED TESTIMONY ]

[ REDACTED TESTIMONY ]

Q    This was February 10th of 2003?

A    Yes.

And I remember that simply because that was the day I was in Milan, and they came and -- and, um -- and put me in segregation, to take me to the Wayne County Jail.

And Youssef was in segregation, and he was in the cell by his self.  And when he looked out and he seen me, he, um -- he started, um, saying that to me.

Q    He didn't say anything about how he knew?

A    No.

He just said you know what letter I'm talking about, the letter you wrote the prosecutor.

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

Q    Did he seem to know what was in the letter?

A    Yes.

Q    How -- Why do you say that?

A    Because the way, you know, um, he was like you know what letter I'm talking about. You wrote the prosecutor and told on me. I hope you burn in hell. I hope you get the death penalty.

Q    Excuse me for just a moment, sir.

(The Court confers with the law clerks outside of the hearing of the other parties in the courtroom and off of the record.)

Q    (By the Court)  Just a few more questions, please, Mr. Jones.

A    Okay.

Q    Who did you tell that you wrote this letter and kept these notes?

A    Just my attorney.

Q    Mr. Gurewitz?

A    Yes, sir.

Q    Did you tell anybody else?

A    Nobody.

Q    How about Mr. Robertson?

A    No.

Q    You didn't tell Mr. Robertson?

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

A      I never told him I wrote -- wrote a letter to the Government.

Q      Mr. Gurewitz is the only one that you told about the letter that you wrote to the Government?

A      It's the only one I told about this letter to the Government.

MR. GUREWITZ:  Your Honor --

THE COURT:  Yes?

MR. GUREWITZ:  Could I just ask one question to clarify?

Did Mr. Robertson ever say anything to you about Mr. Hmimssa relating to the letter of --

THE WITNESS:  Yes.

Q      (By the Court)  What did Mr. Robertson say?

A      He said he seen Youssef Hmimssa in transit, and Youssef told him that Butch wrote a letter to the Government.  Butch messed me up, he wrote a letter to the Government.

Q      Did Mr. Robertson say how Mr. Butch knew that -- how Mr. Hmimssa knew you had written a letter?

A      He was telling me, he said, man, I wanted to hit Youssef in his mouth when he told me you had wrote a letter to the Government.  He said Youssef

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

said Butch wrote a letter, quote, unquote, he messed everything up for me.

Q    Did you have any other contact with Mr. Hmimssa, other than what you've told me about now?

Did you ever see him again recently in jail, anywhere?

A    No.

That was -- that was the only two times, Your Honor, is, um, in the Wayne County Jail, and then in Milan, Michigan, on the days that I told you.

THE COURT:  Um, Mr. Gurewitz, do you have any questions that you wish to ask Mr. Jones?

MR. GUREWITZ:  No, I don't.

THE COURT:  Thank you very much, Mr. Jones.

THE WITNESS:  Thank you, Your Honor.

THE COURT:  You've been very helpful. Thank you.

Anything else, Mr. Gurewitz?

MR. GUREWITZ:  Um, just to ask if you could ask the marshals to do their best, I'm sure they will anyway, to get Mr. Jones back to Milan today.

USA V Koubriti, ET AL 01-80778

REDACTED TRANSCRIPT - IN-CAMERA HEARING, 12/23/03

THE COURT: Yes.

That will happen, won't it?

THE MARSHAL: There is a possibility, Your Honor, that he may have to stay until tomorrow because Milan is not accepting prisoners between one and 1:30.

THE WITNESS: They said 1:30, as long as I'm back by 1:30.

THE COURT: It will be tough.

THE MARSHAL: We'll see what we can do.

THE COURT: Tell the folks at Milan that I requested it.

Since Mr. Jones is here at my request, ask them, okay?

THE MARSHAL: Yes, sir.

THE WITNESS: Thank you, Judge.

(Hearing concluded at 12:25 p.m.)

USA V Koubriti, ET AL 01-80778

# C E R T I F I C A T E

I, Linda M. Dona, official court reporter for the United States District Court, Eastern District of Michigan, Southern Division, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a correct transcript of the proceedings in the above-entitled cause on the date hereinbefore set forth.

I do further certify that the foregoing transcript has been prepared by me or under my direction.

Dated at Detroit, Michigan, on this 5th day of February, 2004.

_____

LINDA M. DONA, CSR, CRR, RMR, CMRS

Theodore Levin United States Courthouse

231 West Lafayette Boulevard, Room 257

Detroit, MI 48226

(313) 962-4573

USA V Koubriti, ET AL 01-80778