UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

             Cr. No. 01-80778

    vs.         Hon. Gerald E. Rosen

KARIM KOUBRITI,

      Defendant.

_____/

## MOTION TO AMEND
## CONDITIONS OF RELEASE

**NOW COMES** Defendant, **KARIM KOUBRITI,** by his attorneys of the

Federal Defender Office and moves this Honorable Court to amend the current

conditions of release in order to allow Defendant to seek employment without the

necessity of continuing to wear and carry the Global Positioning System (GPS).

Defendant files a supporting Brief and further states:

**1)** Defendant is charged in a Fourth Superseding Indictment with one count

of Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. §§ 371 & 1341.

**2)** After spending over 3 years in custody (most of which was spent in the

Wayne County Jail) this Court released Defendant on October 12, 2004, under

1

very restrictive conditions which require Defendant to reside at a half-way house and wear a GPS.  Defendant has only been allowed to leave the half-way house once a week for attorney-client consultations.

3) Defendant wishes to seek employment as he has absolutely no income at the present time and in order to seek employment he needs to leave the half-way house on a regular basis.  Moreover, no one is going to hire Defendant while he is carrying the GPS.

4) Defendant is not charged with a crime of violence or a controlled substance offense.  He is not a danger to the community and he is not a risk of flight.  If anything, the Defendant's securing employment will serve to strengthen his ties to the community while making him self-sufficient.

5) Counsel has sought the concurrence of the government and it has been neither granted nor denied.

WHEREFORE, Defendant respectfully requests this Honorable Court to amend the present Conditions of Release in order to allow Defendant to seek

employment and drop the GPS requirement.

Respectfully Submitted,

LEGAL AID & DEFENDER ASS'N INC.
FEDERAL DEFENDER OFFICE

/s RICHARD M. HELFRICK, P 33323
Attorney for Defendant
645 Griswold St Ste 2255
Detroit MI 48226
Phone: 313-961-4150
E-mail: richard_helfrick@fd.org

Dated:  December 20, 2004

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                   Plaintiff,

          vs.

KARIM KOUBRITI,

                   Defendant.

_____/

Cr. No. 01-80778

Hon. Gerald E. Rosen


**BRIEF IN SUPPORT OF
MOTION TO AMEND
CONDITIONS OF RELEASE**

## I.

The Defendant, Karim Koubriti, is charged in a one count Fourth Superseding Indictment with Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. §§ 371 & 1341.  This is neither a crime of violence nor a controlled substance offense.  There can be no credible claim that Mr. Koubriti is either a danger to the community or a risk of flight.

Mr. Koubriti has resided at the half-way house since his release on October 12, 2004.  By all accounts he has been a model tenant of that facility.  His only time spent away from the half-way house have been his weekly trips to the Federal Defender Office.

Mr. Koubriti has established a track record as a reliable risk on bond.  It is now time to move on to less restrictive conditions of release.  Mr. Koubriti wishes to seek employment.  However, the current conditions of release only provide for Mr. Koubriti to leave the half-way house for court, attorney visits, or when accompanied by half-way house personnel.  This needs to be changed so that he may seek and obtain employment while he is awaiting trial.

In addition, Defendant is requesting that the GPS requirement be dropped. This is necessary so that Mr. Koubriti can actually be successful in obtaining employment.  Defendant will continue to reside at the halfway house and abide by all the rules of the half-way house just as he has been doing so far.

Defendant is here legally.  There are no immigration proceedings pending against him.  Defendant has every intention of contesting this latest charge.

## II.

Sections 3142(f)(1) and (2) of Title 18 (The Bail Reform Statute) do not authorize the detention of an individual charged with conspiracy to commit mail fraud under the circumstances of this case.  That is, there is no serious risk that Mr. Koubriti will flee or that he will attempt to obstruct justice.[1]  Defendant is, nonetheless, essentially detained since he cannot leave the half-way house to seek and obtain employment.  Defendant requests that the conditions of his release be altered to allow him to have a meaningful job search.

---

[1]Indeed, the only evidence of obstruction of justice has been on the government side of the equation.

2

## III.

For the foregoing reasons, Defendant respectfully requests this Honorable

Court to amend the Conditions of Release.

Respectfully Submitted,

LEGAL AID & DEFENDER ASS'N INC.
FEDERAL DEFENDER OFFICE

/s RICHARD M. HELFRICK, P 33323
Attorney for Defendant
645 Griswold St Ste 2255
Detroit MI 48226
Phone: 313-961-4150
E-mail: richard_helfrick@fd.org

Dated:  December 20, 2004

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Cr. No. 01-80778

        vs.                           Hon. Gerald E. Rosen

KARIM KOUBRITI,

               Defendant.

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2004, I electronically filed the foregoing Requests and Notices  with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        **Eric Straus and Alan Gershel**
        **alan.gershel@usdoj.gov**
        **eric.straus@usdoj.gov**
        **Assistant U.S Attorneys**
        211 W. Fort Street
        Ste. 2001
        Detroit, MI 48226

                LEGAL AID & DEFENDER ASS'N INC.
                FEDERAL DEFENDER OFFICE

                /s RICHARD M. HELFRICK, P 33323
                Attorney for Defendant
                645 Griswold St Ste 2255
                Detroit MI 48226
                Phone: 313-961-4150
                E-mail: richard_helfrick@fd.org

4