UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,               CRIMINAL NO. 01-80778

vs.                           HONORABLE GERALD E. ROSEN

D-1    KARIM KOUBRITI,

                Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF FOURTH SUPERSEDING INDICTMENT

      I, Karim Koubriti, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

      Count One, up to five years in prison, a $250,000.00 fine.

FILED
JAN 0 5 2005
CLERK'S OFFICE
DETROIT

_____
KARIM KOUBRITI
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

DATE: 1-5-05

_____
COUNSEL FOR DEFENDANT