UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,              CRIMINAL NO. 01-80778

vs.                            HONORABLE GERALD E. ROSEN

D-2    AHMED HANNAN,

                Defendant.

                          /

## DEFENDANT'S ACKNOWLEDGMENT OF FOURTH SUPERSEDING INDICTMENT

    I, Ahmed Hannan, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count one, up to five years in prison, a $250,000.00 fine.**

FILED

JAN 0 5 2005

CLERK'S OFFICE
DETROIT

AHMED HANNAN
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

DATE: 1/5/05

COUNSEL FOR DEFENDANT