UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

            Plaintiff,                      CRIM. NO. 01-80778

v.                                   HON. GERALD E. ROSEN

KARIM KOUBRITI,

            Defendant,

_____/

## DISCOVERY NOTICE

1.    The attorney for the government knows that the defendant made

    a.    relevant written or recorded statements, (including grand jury testimony), and/or

    b.    relevant oral statements made in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

| Date | Agent/Agency | Type (written, recorded, grand jury, oral) | **Not Applicable** ☒ |
|---|---|---|---|

2.    The attorney for the government knows that defendant has a prior criminal record: NO __X__ YES _____

3.    The following books, papers, documents, photographs and tangible objects are within the possession, custody or control of the government and are intended to be used as evidence in chief at trial, are known to the government to be material to the preparation of the defense, or were obtained from or belong to the defendant: **The government has provided the defendant with a CD containing the records the government currently intends to introduce at trial.**

4.    Results or reports of the following physical or mental examinations, or scientific tests or experiments, are within the possession, custody or control of the government, and are either intended to be used as evidence in chief at trial or are known to the government to be material to the preparation of the defense: **NA**

5.      The government intends to introduce at trial testimony from one or more experts in the following areas of expertise: **The government does not intend to introduce expert testimomy..**

6.      The government may introduce evidence obtained from execution of the following search warrants:

Date(s)                 Docket Number(s)                **Not Applicable** ☒

7.      The government may introduce evidence obtained through wiretaps or other electronic surveillance:

Type: (wiretap, bug, etc.)      Docket Number(s)      **Not Applicable** ☒

8.      The government intends to offer evidence under Rule 404(b), Fed. R. Evid.
        Yes _____      No _____      Unsure __X__

9.      The attorney for the government is aware of the obligations imposed by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and will comply with their obligation to provide defense counsel with exculpatory evidence that is material to either guilt or to punishment  in time for effective use at trial.

        If the government discovers additional information of the type described in Paragraphs One through Eight, it will advise defense counsel in writing.

        Upon specific request of the defendant the government will make available for inspection or copying the items described in Paragraphs One, Three, and Four; will furnish the record referred to in Paragraph Two; will provide a summary (which will include the witnesses' qualifications, opinions, and the bases and reasons for the opinions) of the anticipated testimony described in Paragraph Five and will provide notice of the general nature of the evidence referred to in Paragraph Eight.  The government's compliance with any specific request will trigger the defendant's duty to provide the reciprocal discovery denoted in Fed. R. Crim. P. 16(b)(1)(A)-(C). If the defendant makes a general request for discovery the government will construe it as a request for each item described in Fed. R. Crim. P. 16(a)(1) (A)-(E).  The government's compliance with the defendant's general request will trigger the defendant's duty to provide reciprocal discovery of each item specified in Fed. R. Crim. P. 16(b)(1)(A)-(C).

CRAIG S. MORFORD
United States Attorney

Dated: 01/27/05

ERIC M. STRAUS
Assistant U.S. Attorney

Dated: 1/27/05

ALAN GERSHEL
Chief, Criminal Division

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                    Plaintiff,                    CRIM. NO.  01-80778

v.                                                HON. GERALD E. ROSEN

KARIM KOUBRITI,

                    Defendant,
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2005, I electronically filed the foregoing DISCOVERY NOTICE document with the Clerk of the Court using the ECF system  which will send notification of such filing to the following:

Richard M. Helfrick          James R. Gerometta


                             s/Alan Gershel (P29650)
                             Assistant United States Attorney
                             211 W. Fort Street, Suite 2001
                             Detroit, MI  48226
                             Phone:  (313) 226-9504
                             E-mail: alan.gershel@usdoj.go