MIE 400 ONotice of Motion HearingRev. 3/98)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,
　　　　　　　Plaintiff(s),

v.

CASE NUMBER: 01-80778

HON. GERALD E. ROSEN

KARIM KOUBRITI,
　　　　　　　Defendant(s).
　　　　　　　　　　　　　　　　　　　/

## NOTICE OF MOTION HEARING

　　　　You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on **TUESDAY, FEBRUARY 15, 2005 AT 11:00 A.M.**,  in **Court Room 860**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- Defendant Karim Koubriti's Motion to Amend Conditions of Release, filed 12/20/04

## CERTIFICATE OF MAILING

　　I certify that a copy of this notice was mailed to COUNSEL OF RECORD on this date February 9, 2005 by ordinary mail.

Date:　　February 9, 2005　　　　　　　　　s/LaShawn R. Saulsberry
　　　　　　　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　　　　　　　(313) 234-5137