UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                        CRIMINAL NO. 01-80778

v.

                                        HON: GERALD E. ROSEN

D-1 KARIM KOUBRITI,

      Defendant.

_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT KOUBRITI'S
MOTION TO AMEND CONDITIONS OF RELEASE**

Defendant Karim Koubriti has moved the court to amend its earlier restrictive order of release on bond and "allow Defendant to seek employment without the necessity of continuing to wear and carry the Global Positioning System (GPS)".

As it did when defendant Koubriti most recently requested release on bond, the government continues to have legitimate concerns about Koubriti's availability for any new trial in this matter, specifically that he still has no residential or family ties to the community, no employment or resources, likely deportation after conviction, and a proven propensity to seek and utilize false identification and engage in fraud schemes such as insurance fraud. The Court's ruling regarding the release of Koubriti under very restrictive conditions, including the requirement that defendant wear a GPS monitoring device, in the government's

view, provides an appropriate balancing of the government's flight concerns with the defendant's desire to be no longer incarcerated pending trial.  Defendant provides no new information that was not considered by the Court when it released defendant under the present conditions of release.  Defendant's "forced compliance" with his restrictive bond conditions through the GPS monitoring device, hardly constitutes a reliable track record to conclude that he has been a "model tenant" of the halfway house.  Accordingly, the government opposes the discontinuation of the GPS monitoring device, and would respectfully request that this Honorable Court deny defendant's motion to amend conditions of release.

Respectfully submitted,

CRAIG S. MORFORD
United States Attorney

s/ERIC M. STRAUS
Assistant United States Attorney
United States Attorney's Office
Deputy Chief, Counter-Terrorism Unit
211 W. Fort Street. Ste. 2001
Detroit, Michigan 48226
313-226-9648
eric.straus@usdoj.gov
P38266

DATE:  February 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, February 11, 2005 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

leroy_soles@fd.org
Richard_Helfrick@fd.org
james_gerometta@fd.org

s/ERIC M. STRAUS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  313-226-9648
E-Mail:  eric.straus@usdoj.gov
P38266