UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      CRIMINAL NO. 01-80778

v.

                                        HON: GERALD E. ROSEN

D-2 AHMED HANNAN,

        Defendant.

_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT HANNAN'S
FOURTH MOTION AND MEMORANDUM FOR REVOCATION OF ORDER OF
<u>DETENTION OF DEFENDANT HANNAN</u>**

Defendant Ahmed Hannan has moved the court to revoke its earlier order of detention, and permit defendant to be released on an unsecured bond.

As it did when defendant Hannan was recently released on bond (and then revoked), the government continues to have legitimate concerns about Hannan's availability for any new trial in this matter, specifically that he still has no residential or family ties to the community, no employment or resources, likely deportation after conviction, and a proven propensity to seek and utilize false identification and engage in fraud schemes such as insurance fraud.  In addition, as a more accurate gage of how defendant Hannan will perform if released, Hannan's past history of non-compliance with more restrictive conditions certainly counsels against a less restrictive form of release.  In other words, defendant having

failed in a more restrictive, halfway house environment, now asks the Court to release

Hannan under even less restrictive conditions, that is, reward him, including dispensing with

the requirement that defendant wear a GPS monitoring device, as he did before. Defendant

provides no new information that was not considered by the Court both when it released

defendant and later when it revoked that release.  Accordingly, the government opposes the

release of defendant Hannan on unsecured bond, and would respectfully request that this

Honorable Court deny defendant's fourth motion for revocation of order of detention.

Respectfully submitted,

CRAIG S. MORFORD
United States Attorney

s/ERIC M. STRAUS
Assistant United States Attorney
United States Attorney's Office
Deputy Chief, Counter-Terrorism Unit
211 W. Fort Street. Ste. 2001
Detroit, Michigan 48226
313-226-9648
eric.straus@usdoj.gov
P38266

DATE:  February 11, 2005

**CERTIFICATE OF SERVICE**


I hereby certify that on Friday, February 11, 2005 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

jctdetroitlaw@msn.com
niskarlaw@ameritech.net
leroy_soles@fd.org
Richard_Helfrick@fd.org


s/ERIC M. STRAUS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  313-226-9648
E-Mail:  eric.straus@usdoj.gov
P38266