UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,                    CRIMINAL NO. 01-80778

v.                                   HON.  GERALD E. ROSEN

D-1 KARIM KOUBRITI,

               Defendant.

_____/

## **STIPULATION**

The parties agree to the following stipulated facts:

(1)    Ahmed Hannan, if called to testify, would say that in support of his (Hannan's) claim for Insurance benefits, he received Ahmed Mahoud El-Kattan's permission, although reluctantly given, to use El-Kattan's name as a person purportedly providing household services to Ahmed Hannan. Ahmed Hannan would further testify that El-Kattan knew why his name was being used.

(2)    Ahmed Hannan, if called to testify, would say that Farouk Ali-Haimoud had met Mohammed Ramadhani, who Hannan knew as "Hedi" or "Khori", and likely knew what was going on because he (Ali-Haimoud) was present during most occasions related to the insurance claim.

(3)    Ahmed Hannan would describe the circumstances surrounding the vehicle fire involving the Acura that was titled in the name of Ahmed Hannan. If called to testify, he would say that according to Farouk Ali-Haimoud, Farouk Ali-Haimoud purchased the car from an individual

known by the name of "Aburidha", whom he met through the Arabian Village Cafe.  After Ali-Haimoud purchased the vehicle he noticed it had a problem because the vehicle would not back up.  When Ali-Haimoud went back to the individual who sold him the car, he was told that he should (stage) an accident to have the insurance company pay for the repairs.  The individual also told Ali-Haimoud that he needed to have the car in the name of an older person because Ali-Haimoud was so young.  Ali-Haimoud then approached Hannan about switching the car into Hannan's name, which Hannan agreed to.

(4)    Ahmed Hannan, if called to testify, would say that Farouk Ali-Haimoud had actually burned the Acura.  He would further testify that he recalled the occasion when Ali-Haimoud came to his house and told him that the car was on fire.  They went back to the car, and when the police arrived , Hannan falsely claimed to have been driving the car.

IT IS SO STIPULATED.

Richard Helfrick
Attorney for Defendant


Dated: 3/22/05

Alan Gershel
Assistant U.S. Attorney

Eric M. Straus
Assistant U.S. Attorney