

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-2 AHMED HANNAN,

                Defendant.

_____/

CRIMINAL NO. 01-80778

HON. GERALD E. ROSEN

## ORDER OF JUDICIAL REMOVAL

In accordance with the Rule 11 plea agreement between the parties and upon the factual allegations contained therein, and upon the consent of the defendant, Ahmed Hannan, and upon all prior proceedings and admissions in this matter, and upon full consideration having been given to the matters set forth herein, this court finds that:

1.    The defendant, Ahmed Hannan is not a citizen or national of the United States.

2.    The defendant is a native and citizen of Morocco.

3.    The defendant entered the United States at or near New York City, New York on or about November 7, 2000.

4.    At the time of sentencing in this case, the defendant will be convicted of Mail Fraud Conspiracy in violation of Title 18, United States Code, Section 371.

5.    A sentence of up to 5 years may be imposed for the offense of Cospiacy to Commit Mail Fraud.

6.    At his sentencing hearing, the defendant will be subject to removal from the United States pursuant to Title 8, United States Code, Section 1182(a)(2)(A)(i)(I) that the defendant will have been convicted of a crime involving moral turpitude as described in Title 8, United States Code, Section 1182(a)(2)(A)(i)(I).

7.    The defendant has knowingly and voluntarily waived all forms of relief from removal from the United States.

8.    The defendant has designated the country of Morocco for removal pursuant to Title 8, United States Code, 1231(b)(2)(A).

WHEREFORE, it is hereby

ORDERED

pursuant to Title 18, United States Code, Section 1228(c), that the defendant, Ahmed Hannan, be removed from the United States promptly upon his release from confinement and that it is further

ORDERED

that the defendant be removed to the country of Morocco.

Entered this __23__ day of __March__ 2005.

_____
HON. GERALD E. ROSEN
United States District Judge