UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Cr. No. 01-80778

Hon. Gerald E. Rosen

KARIM KOUBRITI,

Defendant.

_____/

**MOTION REQUESTING "NOTICE OF THE
GOVERNMENT'S INTENT TO USE EVIDENCE" FROM SEARCH**

**NOW COMES** Defendant, **KARIM KOUBRITI,** by his attorneys, RICHARD

HELFRICK and JAMES GEROMETTA, of the Federal Defender Office, and moves this

Honorable Court, pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure,

to enter an Order requiring the Government to disclose whether they intend to use any

evidence seized from Defendant at the time of his arrest and the search of his home or former

residence on or about September 17, 2001.  Defendant files a supporting Brief and further

states:

**1)**     Defendant is charged in a Fourth Superseding Indictment with Conspiracy to

Commit Mail Fraud, 18 U.S.C. §§ 371, 1341;

**2)**     Defendant was originally arrested on September 17, 2001, following the search

of his home located at 2653 Norman Street in Detroit, Michigan;

1

**3)** Numerous items were seized from the Defendant and his home on September 17, 2001;

**4)** Defendant is requesting that the Government provide notice of its intent to use any evidence seized from Defendant or his residence so that he may decide whether or not to renew the Motion to Suppress Evidence that was previously denied by the Court.

**WHEREFORE,** Defendant requests this Honorable Court to enter an Order requiring the Government to provide notice of its intent to use evidence stemming from his arrest and/or search of his residence.

Respectfully submitted,

**FEDERAL DEFENDER OFFICE**

s/ Richard M. Helfrick, P33323

s/ James Gerometta, P60260 (w/consent)
Attorneys for Mr. Koubriti
645 Griswold, Ste. 2255
Detroit, MI 48226
Phone: (313) 961-4150
E-mail: richard_helfrick@fd.org

Dated: July 18, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,

        v.                                              Cr. No. 01-80778

                                                        Hon. Gerald E. Rosen

KARIM KOUBRITI,

                    Defendant.
_____/


**BRIEF IN SUPPORT OF
MOTION REQUESTING "NOTICE OF THE
GOVERNMENT'S INTENT TO USE EVIDENCE" FROM SEARCH**

## I.

Mr. Koubriti is presently charged in a Fourth Superseding Indictment with Conspiracy to Commit Mail Fraud, 18 U.S.C. §§ 371, 1341.  Mr. Koubriti was first arrested on September 17, 2001, following a search of his residence at 2653 Norman Street in Detroit, Michigan.  Numerous items were seized from Mr. Koubriti and from his home.  It is unclear at this point whether or not the Government intends to use anything that was seized from Mr. Koubriti or his home.

Mr. Koubriti previously filed a Motion to Suppress Evidence relating to the Norman Street search but it was denied by the Court.  *See, United States v. Koubriti,* 199 F.Supp.2d 656 (E.D. Mich. 2002).  If the Government plans on using any of the evidence seized from Mr. Koubriti or his home, the defense may wish to revisit the issue of the propriety of the arrest, search, and seizure.

## II.

Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure provides:

> **(B) At the Defendant's Request.**  At the arraignment or as soon afterward as practicable, the defendant may, in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discover under Rule 16.

Clearly, Mr. Koubriti should be notified if the Government intends to use any of the items seized from his person or home on September 17, 2001.

1

## III.

**WHEREFORE,** Defendant requests this Honorable Court to enter an Order requiring the Government to provide Mr. Koubriti with notice of its intention as to items seized from his person or home.

Respectfully submitted,

**FEDERAL DEFENDER OFFICE**

s/ Richard M. Helfrick, P33323

s/ James Gerometta, P60260 (w/consent)
Attorneys for Mr. Koubriti
645 Griswold, Ste. 2255
Detroit, MI 48226
Phone: (313) 961-4150
E-mail: richard_helfrick@fd.org

Dated: July 18, 2005

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,               Cr. No.   01-80778

    vs.

                                         Hon. Gerald E. Rosen

KARIM KOUBRITI,

                Defendant.

_____/

## CERTIFICATE OF SERVICE

       I hereby certify that on July 18, 2005 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                  Alan Gershel
                  Eric Straus
                  Assistant U.S. Attorneys
                  United States Attorney's Office
                  211 W. Fort, Suite 2001
                  Detroit, MI  48226

                  s/ Richard M. Helfrick, P33323