UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KARIM KOUBRITI,

        Defendant.

_____/

**FILED**

JUL 19 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Cr. No. ~~01-80778~~ 01-80778
Hon. GERALD E. ROSEN

## ORDER
## AMENDING CONDITIONS OF RELEASE

This matter having come before the Court upon the Stipulation of the parties;

**IT IS HEREBY ORDERED** that Karim Koubriti's "Conditions of Release" be amended to delete the requirement of "GPS" Monitoring and that instead a regular tether be installed and maintained at the expense of Pretrial Services.

**SO ORDERED.**

**HONORABLE GERALD E. ROSEN**
United States District Judge

DATE: JUL 19 2005