MIE 400 ONotice of Motion HearingRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
             Plaintiff(s),

v.

                  CASE NUMBER: 01-80778

                  HON. GERALD E. ROSEN

KARIM KOUBRITI,
             Defendant(s).
_____/

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on **THURSDAY, SEPTEMBER 22, 2005 AT 3:00 P.M.**, in **Court Room 860**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- Defendant's Motion for Disclosure of Brady Materials, filed 7/18/05.
- Defendant's Motion for Discovery Re: Independent Investigations, filed 7/18/05.
- Defendant's Motion Requesting "Notice of the Government's Intent to Use Evidence" from Search, filed 7/18/05.

### CERTIFICATE OF MAILING

    I certify that a copy of this notice was mailed to Richard Helfrick, James Gerometta, Alan Gershel and Eric Straus on this date July 21, 2005 by ordinary mail.

Date:   July 21, 2005                       s/LaShawn R. Saulsberry
                                             Case Manager
                                             (313) 234-5137