UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                         Plaintiff,

        v.                                                Cr. No. 01-80778

                                                          Hon. Gerald E. Rosen

KARIM KOUBRITI,

                         Defendant.
_____/

## MOTION FOR DISCOVERY
## RE: ATTORNEY 302 & RUDY PHYSICAL THERAPY RECORDS

**NOW COMES** Defendant, **KARIM KOUBRITI,** by his attorneys RICHARD

HELFRICK and JAMES GEROMETTA, of the Federal Defender Office, and moves this

Honorable Court, pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the

Due Process Clause of the Fifth Amendment to the U.S. Constitution, to enter an Order

requiring the Government to provide for review the 302 of Defendant's civil attorney and the

records of Rudy's Physical Therapy.  Defendant files a supporting Brief and further states:

**1)** Defendant is charged in a Fourth Superseding Indictment with Conspiracy to

Commit Mail Fraud, 18 U.S.C. §§ 371, 1341;

**2)** The Government has previously indicated that it is in possession of the business

records of Rudy's Physical Therapy and that the defense would be allowed, with certain

restrictions, to examine said records;

1

**3)** One of the witnesses' 302s which we have been allowed to examine indicates that Defendant's civil attorney in connection with the insurance claim was interviewed by the FBI but the attorney's 302 has not been shown to defense counsel;

**4)** Counsel for Defendant have requested the aforementioned discovery but it has not been provided to date;

**5)** Counsel should be permitted to review the aforementioned discovery and file any motions which might be appropriate as a result thereof without regard to the present Motion Cut Off Date;

**WHEREFORE,** Defendant requests this Honorable Court to enter an Order requiring the Government to produce for review the requested materials.

Respectfully submitted,

**FEDERAL DEFENDER OFFICE**

s/ Richard M. Helfrick, P33323

s/ James Gerometta, P60260 (w/consent)
Attorneys for Mr. Koubriti
645 Griswold, Ste. 2255
Detroit, MI  48226
Phone: (313) 961-4150
E-mail: richard_helfrick@fd.org

Dated:  July 25, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

Plaintiff,

v.                                          Cr. No. 01-80778

Hon. Gerald E. Rosen

KARIM KOUBRITI,

Defendant.
_____/


**BRIEF IN SUPPORT OF
MOTION FOR DISCOVERY RE:
ATTORNEY 302 & RUDY PHYSICAL THERAPY RECORDS**

**I.**

Mr. Koubriti is charged in a Fourth Superseding Indictment with Conspiracy to Commit Mail Fraud, 18 U.S.C. §§ 371, 1341.  In the Overt Acts section of the Indictment it is alleged that Mr. Koubriti made statements during the course of being evaluated for physical therapy at "Rudy Physical Therapy, P.C." and that Mr. Koubriti caused Titan Insurance Company to call "Rudy Physical Therapy, P.C. for purposes of obtaining information as to identity of the treating physician, the nature of the injury and physical therapy, along with billing information."  *See,* Fourth Superseding Indictment, Overt Acts 7 & 8, page 7.

The Government has previously indicated, by way of letter, that the records of Rudy Physical Therapy would be available for inspection under certain conditions.  On July 19, 2005, counsel requested that he be allowed to examine the records but that request has not been addressed to date.

During the review of the witness 302s at the U.S. Attorney's Office it was discovered that Mr. Koubriti's lawyer on the insurance claim had spoken with the FBI.  One of the witnesses reported talking to the attorney who told the witness "that he called the FBI and told them what he knew about Koubriti and Hannan."  Counsel has requested permission to review any 302 of the civil attorney but it has not been produced to date.

**II.**

It is anticipated that the Government is going to follow through on its previous promise to make available the records of Rudy Physical Therapy and that it will make a diligent search to locate the 302 of the civil attorney.  Counsel for Koubriti are filing the

instant Motion in order to preserve the issue and to preserve their right to file any Motions which may be suggested following their review of the records or 302.

## III.

For the foregoing reasons, Defendant requests this Honorable Court to enter an Order requiring the Government to provide the requested discovery.

Respectfully submitted,

**FEDERAL DEFENDER OFFICE**

s/ Richard M. Helfrick, P33323

s/ James Gerometta, P60260 (w/consent)
Attorneys for Mr. Koubriti
645 Griswold, Ste. 2255
Detroit, MI  48226
Phone: (313) 961-4150
E-mail: richard_helfrick@fd.org

Dated:  July 25, 2005

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                        Cr. No. 01-80778

                                             Hon. Gerald E. Rosen

KARIM KOUBRITI,

        Defendant.

                                 /


## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                    Alan Gershel
                    Eric Straus
                    Assistant U.S. Attorney
                    211 W. Fort St., Ste. 2001
                    Detroit, MI  48226


                                     s/ Richard M. Helfrick, P33323