MIE 400 ONotice of Motion HearingRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
               Plaintiff(s),

v.

KARIM KOUBRITI,
              Defendant(s).

                                            /

CASE NUMBER: 01-80778

HON. GERALD E. ROSEN

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on **Thursday, September 22, 2005 at 3:00 p.m**, in **Court Room 860**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226.  The following motion(s) are scheduled for hearing:

- Defendant's Motion for Discovery Re: Attorney 302 & Rudy Physical Therapy Records, filed 7/25/05

- Defendant's Motion to Dismiss for Violation of the Double Jeopardy Clause of the Fifth Amendment, filed 7/28/05

- Defendant's Motion to Dismiss Fourth Superseding Indictment on Due Process Grounds, filed 7/25/05

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to Richard Helfrick, Alan Gershel, AUSA on this date August 16, 2005 by ordinary mail.

Date: 8/16/05

s/Veverlyn Sims for LaShawn R. Saulsberry
Case Manager
(313) 234-5137