UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Government.

v.                                    Case No. 01-80778

AHMED HANNAN,

Defendant.

_____/

**RULE 11 PLEA AGREEMENT
SENTENCE HEARING**

BEFORE THE HONORABLE **GERALD E. ROSEN**
United States District Judge
860 US Courthouse & Federal Building
231 Lafayette Boulevard West
Detroit, Michigan
**Tuesday, March 22, 2005**

**APPEARANCES:**

**ALAN GERSHEL
ERIC STRAUS**
Assistant United States Attorneys
211 West Fort Street
Detroit, MI 48226
On behalf of the Government.

**JAMES C. THOMAS
JOSEPH NISKAR**
2632 Buhl Building
Detroit, Michigan 48226
On behalf of Mr. Hannan.

COURT INTERPRETER:  Mumtaz Sorisho

To obtain a certified transcript:
Carol S. Sapala, RMR, FCRR 961.7552
**USA V Hannan 01-80778**

# # OF PAGES
# IN
# TRANSCRIPT

42

# ORIGINAL PLACED

# ON SHELF