UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,                                CRIMINAL NO.  01-80778

v.                                          HON. GERALD E. ROSEN

KARIM KOUBRITI,

            Defendant(s).
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR DISCLOSURE OF BRADY MATERIALS**

     **NOW COMES** the Government, by its attorneys, ALAN GERSHEL and ERIC

STRAUS, and in response to the Defendant's Motion for Disclosure of Brady materials state that

it is aware of its obligation to disclosure favorable information pursuant to *Brady v. Maryland*,

373 U.S. 83 (1963) and its progeny.  To date it has provided the defendant with a copy of all the

documentary evidence obtained in this matter.  The government has also permitted the defendant

to review the numerous reports of interviews generated in this case.  Moreover, the government will allow the defendant to review records that are part of an unrelated investigation into Rudy's Physical Therapy.  As the government discerns evidence that is disclosable under *Brady* and its progeny it will promptly be made available to the defendant.

STEPHEN J. MURPHY
United States Attorney


s/ERIC STRAUS
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9648
Email: eric.straus@usdoj.gov
Bar No.: (P38266)

s/ALAN GERSHEL
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9504
Email: alan.gershel@usdoj.gov
Bar No.: (P29652)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        CRIMINAL NO.  01-80778

v.                                      HON. GERALD E. ROSEN

KARIM KOUBRITI
                Defendant(s).
_____/

## BRIEF IN SUPPORT OF GOVERNMENT'S RESPONSE
## FOR DISCLOSURE OF BRADY MATERIALS

As indicated, the government is cognizant of its discovery obligations as it concerns the disclosure of evidence favorable to the defendant and material to guilt or punishment. *Brady v. Maryland*, 373 U.S. 83 (1963).  The government has already provided extensive discovery of its files in the pending case.  In addition, pursuant to the defendant's request, the government will allow access to the investigative materials that have been generated in another, unrelated investigation into Rudy's Physical Therapy.  As the government discerns evidence that falls within the ambit of *Brady* and its progeny it will promptly disclosed such evidence to the defendant.

                                      STEPHEN J. MURPHY
                                      United States Attorney

                                      s/ERIC STRAUS
                                        Assistant United States Attorney
                                        211 W. Fort St., Ste. 2001
                                        Detroit, MI 48226
                                        Phone: 313-226-9648
                                        Email: eric.straus@usdoj.gov
                                        Bar No.: (P38266)

                                    s/ALAN GERSHEL

Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9504
Email: alan.gershel@usdoj.gov
Bar No.: (P29652)

CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 15, 2005, I electronically filed the foregoing

RESPONSE and BRIEF IN SUPPORT OF GOVERNMENT'S RESPONSE FOR DISCLOSURE

OF BRADY MATERIALS with the Clerk of the Court using the ECF system which will send

notification of such filing to the following:


Richard_Helfrick@fd.org
James_Gerometta@fd.org


s/ERIC STRAUS
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9648
Email: eric.straus@usdoj.gov
Bar No.: (P38266