UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                       CRIMINAL NO.  01-80778

v.                                     HON. GERALD E. ROSEN

KARIM KOUBRITI,

                Defendant(s).
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY RE: ATTORNEY 302 & RUDY PHYSICAL THERAPY RECORDS

**NOW COMES** the Government, by its attorneys, ERIC STRAUS and ALAN GERSHEL, and in response to the Defendant's motion for production of Rudy Physical Therapy Records and an Attorney 302 state as follows:

1. The government has more than complied with the requirements of Rule 16, Federal Rules of Criminal Procedure in that the defendant has been provided in electronic format substantially all of the records generated in the instant investigation.  In addition, the defendant has been permitted to review substantially all of the FBI 302s also generated in this investigation.

2. The civil attorney has not been interviewed in connection with the pending matter.  However, the government has located a FBI 302 regarding an interview of this individual as it relates to the insurance claim.  This report of interview was conducted as part of the original investigation of the defendant almost four years ago.  It has been turned over to the defendant.  The government has previously released a FBI-302 of a potential witness in the pending matter who refers to a conversation she had with the civil attorney.

3.  Regarding the defendant's request for disclosure of the Rudy Physical Therapy records beyond those already provided, the government will permit access to those records.  However, because there is an ongoing investigation into Rudy's Physical Therapy unrelated

to the instant case the government will permit access to the records subject to the defendant's agreement to stipulate to a protective order.

STEPHEN J. MURPHY
United States Attorney


s/ERIC STRAUS
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9648
Email: eric.straus@usdoj.gov
Bar No.: (P38266)

s/ALAN GERSHEL
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9504
Email:alan.gershel@usdoj.gov
Bar No.: (P29652)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                          CRIMINAL NO.  01-80778

v.                                           HON. GERALD E. ROSEN

KARIM KOUBRITI
                Defendant(s).
_____/

## BRIEF IN SUPPORT OF MOTION FOR DISCOVERY
## RE: ATTORNEY 302 & RUDY PHYSICAL THERAPY RECORDS

As indicted, the government has exceeded the requirements of Rule 16, Federal Rules of Criminal Procedure inasmuch as it has provided the defendant with a copy of substantially all of the records developed in the instant matter.  In addition, the government has provided the defendant with access to the numerous interview reports.  With respect to the instant motion, although disclosure is not mandated by Rule 16, Federal Rules of Criminal Procedure, the government has located an interview report of the civil attorney the defendant refers to which will be disclosed.  In addition, the government, will permit access to other records of Rudy's Physical

Therapy subject to the defendant's agreement to stipulate to a protective order since there is an on-going investigation of the clinic.

STEPHEN J. MURPHY
United States Attorney


s/ERIC STRAUS
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9648
Email: eric.straus@usdoj.gov
Bar No.: (P38266)

s/ALAN GERSHEL
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9504
Email:alan.gershel@usdoj.gov
Bar No.: (P29652)

CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 15, 2005, I electronically filed the foregoing   GOVERNMENT'S RESPONSE and BRIEF TO DEFENDANT'S MOTION FOR DISCOVERY RE: ATTORNEY 302 & RUDY PHYSICAL THERAPY RECORDS with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richard_Helfrick@fd.org
James_Gerometta@fd.org


s/ERIC STRAUS
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9648
Email: eric.straus@usdoj.gov
Bar No.: (P38266)