MIE 400 ONotice of Motion HearingRev. 3/98)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,
               Plaintiff(s),

CASE NUMBER: 01-80778

v.

HON. GERALD E. ROSEN

KARIM KOUBRITI, ETAL
               Defendant(s).

                                /

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on **Monday, March 27, 2006 at 10:00 a.m**, in **Court Room 860**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- Defendant's Motion to Dismiss For Violation of the Double Jeopardy Clause of the Fifth Amendment , filed 7/28/05
- Defendant's Motion to Dismiss Fourth Superseding Indictment on Due Process Grounds, filed 7/26/06
- Defendant's Motion for Discovery Re: Attorney 302 & Rudy Physical Therapy Records, filed 7/25/05

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to Alan Gershel Eric Straus, Craig Morford, James Gerometta, Richard Helfrick on this date February 7, 2006 by ordinary mail or electronic filing.

Date:  2/7/06

s/V. Sims for LaShawn R. Saulsberry
Case Manager
(313) 234-5137