[Rev. 12/03] Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment-Page 2 of 5

DEFENDANT: AHMED HANNAN
CASE NUMBER: 01CR80778-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **6 months.**

The court makes the following recommendations to the Bureau of Prisons: **that the defendant be given credit for time served.**

The defendant is remanded to the custody of the United States Marshal.

F I L E D
MAR 2 3 2006
CLERK'S OFFICE
DETROIT

## RETURN

I have executed this judgment as follows:

Defendant delivered on _RELEASED 3/22/05_ to _TIME SERVED_ a
_USCH, DETROIT, MI_, with a certified copy of this judgment.

_Robert M. Grubbs_
United States Marshal

_Jacqueline E. Frey Jordan_
Deputy United States Marshal
Criminal Asst