UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.                                   Cr. No. 01-80778

                                   Hon. Gerald E. Rosen

KARIM KOUBRITI,

              Defendant.

_____/

## SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS FOURTH SUPESEDING INDICTMENT ON DUE PROCESS GROUNDS

The Court has requested a supplemental brief in order for the defense to explain how the present case has been tainted.  It is the position of the defense, however, that the present case is no more than a mere continuation of the previous three indictments.  This case is not the product of some wholly independent investigation conducted by the government.[1]  This case is, classically, nothing more than the "fruit of the poisonous tree." *Wong Sun v. United States,* 371 U.S. 471, 488, 83 S.Ct. 407, 417, 9 L.Ed.2d 441 (1963).

The present allegations were contained in the third superseding indictment and alleged during trial to be  economic jihad perpetrated by Mr. Koubriti and others.  Several

---

[1]Query: If the present indictment is the product of an untainted, independent investigation why was it not filed for random assignment instead of as a related case?

witnesses were called at trial to testify about the insurance claim which forms the basis of the present indictment.  Those witnesses, with the exception of Youssef Hmimssa, can be expected to testify if there is a trial, including a former codefendant - Farouk Ali-Haimoud - who has been provided letter immunity and has been interviewed by the government.  In addition to the witnesses who testified at the trial, most of the witnesses who would testify at trial were interviewed prior to the return of the third superseding indictment.   The government seems to believe that by re-interviewing them by a different agent they have created an independent untainted prosecution/indictment.

The case against Mr. Koubriti is irretrievably tainted because virtually every witness knows Mr. Koubriti or took the actions they took because of the terrorism claims that were being made at the time of his arrest.  The witnesses at the insurance company began investigating the claim because of the arrest on terrorism charges.  The attorney representing Mr. Koubriti terminated his representation, coincidentally, after seeing newspaper accounts reporting the arrest of Mr. Koubriti as a possible terrorist.  The present case is inextricably intertwined with the original terrorism charges.

The government's assertion that they did not violate the attorney-client relationship between Mr. Koubriti and his attorney is sadly reminiscent of the claim in their transmittal letter of November 18, 2003 that the 302 of Zouhaier Rouissi did not contain exculpatory or impeachment material and that the Butch Jones letter was being provided only out of an "abundance of caution."  And as the government never fails to point out, the 302 of the agent hardly represents a verbatim account of everything that

was discussed between the agent and the attorney.  We simply do not know everything that was discussed and given that this is the same agent who interviewed the infamous James Sanders we may never know the true account.  At a minimum the government should be required to produce the rough notes of the agent that were prepared at the time of the interview.

This much we do know from the 302.  The attorney discussed the advice that he gave to Mr. Koubriti.   Only in the government's world - one in which there are no real clients - is this not a violation of the attorney client relationship.

Respectfully Submitted,

LEGAL AID & DEFENDER ASS'N INC.
FEDERAL DEFENDER OFFICE

s/ RICHARD M. HELFRICK
Attorneys for Defendant
645 Griswold St Ste 2255
Detroit MI 48226
Phone: 313-961-4150
E-mail: richard_helfrick@fd.org
 P 33323

Dated:  May 15, 2006

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                      Cr. No. 01-80778

vs.                          Honorable Gerald E. Rosen

KARIM KOUBRITI,

          Defendant.

_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2006, I filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

            **Eric Straus**
            **Alan Gershel**
            211 W. Fort Street
            Ste. 2001
            Detroit, MI 48226

                             LEGAL AID & DEFENDER ASS'N INC.
                             FEDERAL DEFENDER OFFICE

                             s/ RICHARD M. HELFRICK
                             Attorney for Defendant
                             645 Griswold St Ste 2255
                             Detroit MI 48226
                             Phone: 313-961-4150
                             E-mail: richard_helfrick@fd.org
                             P 33323