MIED (Rev. 04/09/06) Notice of Appeal

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America

                  Plaintiff(s),                Case No.  01-80778

v.                                  Judge  Gerald E. Rosen

Karim Koubriti                  Magistrate Judge

                  Defendant(s).

_____/

## NOTICE OF APPEAL

Notice is hereby given that  Karim Koubriti _____  appeals to

the United States Court of Appeals for the Sixth Circuit from the:    ☐ Judgment    ☑ Order

☐  Other:  Order Denying Motion to Dismiss Based on Double Jeopardy _____

entered in this action on  June 21, 2006 _____.

Date: June 30, 2006                  s/ James Gerometta & s/ Richard Helfrick _____

Counsel is: FDO                  P60260 / P33323
                                      Federal Defender Office
                                      645 Griswold
                                      Suite 2255
                                      Detroit, MI 48226
                                      (313) 961-4150
                                      james_gerometta@fd.org

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $455.00 check payable to:  Clerk, U.S. District Court.