UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,

                              Case No. 01-80778

vs.

                              Hon. Gerald E. Rosen

YOUSSEF HMIMSSA,

       Defendant.

_____/

## MOTION AND BRIEF TO
## CLARIFY JUDGMENT IN A CRIMINAL CASE

NOW COMES the Defendant, YOUSSEF HMIMSSA, by and through his attorney, STEPHEN T. RABAUT, and hereby moves this Honorable Court to clarify a Judgment in a Criminal Case which was entered in the within cause of action, for reasons as follow:

1.      The Defendant, Youssef Hmimssa, was convicted by entry of a guilty plea to various offenses before this Honorable Court.

2.      That pursuant to the Plea Agreement in the within cause of action, as amended by the Defendant's Waiver of his Right to Withdraw his Guilty Plea, and in addition to the statements placed upon the record on/or about September 1, 2005, the parties, as well as the Court agreed that the Defendant's sentence would not exceed a sentence of 78 months.  (See Defendant's Waiver of his Right to Withdraw his Guilty Plea Pursuant to Paragraph 3B of the Rule 11 Plea Agreement, which is attached hereto and incorporated herein by reference thereto.)

3.      That on/or about September 1, 2005, the Court imposed a sentence of 78 months as a total period of incarceration for all offenses for which the Court imposed a sentence.  (See Judgment in a Criminal Case, which is attached hereto and incorporated herein by reference thereto.)

4.      That even in light of the sentence imposed by the Court, as well as the Judgment in a Criminal Case, the United States Bureau of Prisons has interpreted the Defendant's sentence to be a period of incarceration of 94 months.  (See Sentence Monitoring Computation Data, which is attached hereto and incorporated herein by reference thereto.)

5.      That as a result of the Bureau of Prisons misinterpreting the Judgment in a Criminal Case in the within cause of action, the undersigned counsel, on behalf of Mr. Hmimssa, requests this Honorable Court to clarify said Judgment of Sentence, and/or direct the Bureau of Prisons that the maximum period of incarceration for Mr. Hmimssa is 78 months.

WHEREFORE, your Defendant, Youssef Hmimssa, hereby prays that this Honorable Court clarify the Judgment in a Criminal Case in the within cause of action to accurately reflect a total term of incarceration in the amount of 78 months.

Respectfully requested,

/s/ STEPHEN T. RABAUT
Attorney for Defendant Hmimssa
19900 East Ten Mile Rd., Ste. 102
St. Clair Shores, MI  48080-4412
(586) 776-1110
str2354@aol.com
P 31143

Dated: October 30, 2006

2