UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-3    YOUSSEF HMIMSSA a/k/a
       PATRICK J. VUILLAUME,
       a/k/a MICHAEL SAISA a/k/a
       JALALI,

        Defendants.

_____/

Case No. 01-80778
Hon. Gerald E. Rosen

OFFENSES:
 18 USC §1546(a)(Fraud and Misuse of Visas
  Permits and Other Documents)
 18 USC §1028(a)(6)(Fraud and Related
  Activity in Connection with Identification
  Documents and Information)

CRIMINAL NO. _____
 (Indictment originally filed in United States
 District Court, Northern Division of Illinois,
 Eastern Division, at Criminal No. 01 CR 490)

OFFENSES:
18 USC§1029(b)(2)(Conspiracy to Commit
  Access Device Fraud)
18 USC§1029(a)(2)(Access Device Fraud)
18 USC§1029(a)(3)(Access Device Fraud)
18 USC§1029(a)(4)(Unlawful Possession of
  Access Device-Making Equipment)
18 USC§1029(a)(1)(Production, Use and
  Trafficking in Counterfeit Access Devices)
18 USC§1028(a)(3)(Unlawful Use and
  Transfer of Identification Documents
  Appearing to be Issued under the Authority
  of the United States)
18 USC§1543(Use of False, Forged,
  Counterfeited, and Altered Passport as
  Identification)
18 USC§982 and §1029 (Forfeiture)

CRIMINAL NO. _____
(Indictment originally filed in United States
District Court, Northern Division of Iowa,
Cedar Rapids Division, Criminal No. CR02-15)

OFFENSE:
18 USC§371 (Conspiracy to Obtain False
Social Security Account Numbers and
Cards)

STATUTORY INCARCERATION
PERIOD: Up to 81 years

STATUTORY FINE
AMOUNT: Up to $2,500.00 fine

## DEFENDANT'S WAIVER OF HIS RIGHT TO WITHDRAW HIS GUILTY PLEA PURSUANT TO PARAGRAPH 3B OF THE RULE 11 PLEA AGREEMENT

1.      I, YOUSSEF HMIMSSA a/k/a PATRICK J. VUILLAUME a/k/a MICHAEL SAISA, a/k/a JALALI having been informed that because the U.S. Probation Department has calculated an offense level which conflicts with the stipulated sentencing guideline range by the parties the Court has or will reject a part of the Rule 11 plea agreement signed and executed by myself and my attorney on April 3, 2003.

2.      I understand that I have the right to withdraw my guilty plea pursuant to paragraph 3B of the Rule 11 plea agreement, but instead wish to continue with the plea with the understanding that I will receive a sentence not greater than the revised guideline range of 63 to 78 months as currently calculated by the U.S. Probation Department.

3.      I knowingly waive my right to withdraw my guilty plea.  In addition, I do this despite my further understanding that the U.S. Attorney's Office will withdraw the earlier filed

2

Substantial Assistance downward departure motion.  I no longer have any expectation of a government request for downward departure.

By signing this document, the Defendant acknowledges that he has read (or been read) this entire document, understands it and agrees to its terms; and also acknowledges that he is satisfied with his attorney's advice and representation.

Dated: 8/30/05

/s/ YOUSSEF HMIMSSA
YOUSSEF HMIMSSA a/k/a PATRICK J.
VUILLAUME a/k/a MICHAEL SAISA a/k/a
JALALI, Defendant

Dated: 8/30/05

/s/ STEPHEN T. RABAUT
Attorney for Defendant
19900 East Ten Mile Rd., Ste. 102
St. Clair Shores, MI 48080-4412
(586) 776-1110
str2354@aol.com
P 31143

3