*Eric Strauss 313-226-9648*
*(c) 313-408-8978*

AO245B  [Rev. 12/03] Judgment in a Criminal Case
    Sheet 1

Judgment-Page 1 of 5

# United States District Court
## Eastern District of Michigan

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| Youseff Hmimssa | Case Number: 01CR80778-3 |
| | USM Number: 20451-424 |

[AKA: Patrick J. Vuillaume, Michael Saisa, Haboub
Mustafa, Cesaer Claude Medina, Colon Edgardo, Jalali,
Brahin Sidi]

Stephen T. Rabaut
Defendant's Attorney

**THE DEFENDANT:**

Pleaded guilty to count(s):  **1 and 2**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1546 and 2 | Fraud and Misuse of Visas, Permits and Other Documents | 9/18/01 | 1 |
| 18 U.S.C. §§ 1028(a)(6) and 2 | Fraud and Related Activity in Connection with Identification Documents and Information | 9/18/01 | 2 |

    The defendant is sentenced as provided in pages **2 through 5** of this judgment.  This sentence is imposed pursuant of the Sentencing Reform Act of 1984

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 1, 2005
Date of Imposition of Judgment

Gerald E Rosen
United States District Judge

**SEP 0 9 2005**

Date Signed

AO245B  [Rev. 12/03] Judgment in a Criminal Case
    Sheet 2 - Imprisonment

Judgment-Page 2 of 5

DEFENDANT:  Youseff Hmimssa
CASE NUMBER:  01CR80778-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **78 months on Counts 1 and 2.  Pursuant to 18 U.S.C. § 3147 4 months of each count shall be served consecutively.  The sentences imposed on Counts 1 and 2 under case number 01-CR-80778 shall be served concurrent to the sentences imposed on Counts 1 - 3 and 5 -8 under case number 01-CR-490 and Count 1 of case number CR02-15.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal

AO245B  [Rev. 12/03] Judgment in a Criminal Case
    Sheet 3- Supervised Release

Judgment-Page 3 of 5

DEFENDANT:  Youseff Hmimssa
CASE NUMBER:  01CR80778-3

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **36 months on Counts 1 and 2. The terms of supervised release shall run concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custory of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.  Revocation of supervised release is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's crminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14)  the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  Revocation of supervised release is mandatory for possession of a firearm.

AO245B  [Rev. 12/03] Judgment in a Criminal Case
     Sheet 3C - Supervised Release

Judgment-Page 4 of 5

DEFENDANT:  Youseff Hmimssa
CASE NUMBER:  01CR80778-3

## SPECIAL CONDITIONS OF SUPERVISION

**If deported, the defendant shall not reenter the United States without the permission of the proper authorities.**

AO245B  [Rev. 12/03] Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

Judgment-Page 5 of 5

DEFENDANT:  Youseff Hmimssa
CASE NUMBER:  01CR80778-3

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ 200.00 | $ 0.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B  [Rev. 12/03] Judgment in a Criminal Case
 Attachment - Statement of Reasons
_____

Reasons-Page 1 of 2

DEFENDANT:  Youseff Hmimssa
CASE NUMBER:  01CR80778-3
Eastern District of Michigan

**STATEMENT OF REASONS**
(Not for Public Disclosure)

**THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS BUT WITH THESE CHANGES: The Court incorporates supplemental presentence report dated May 16, 2005 which placed the total offense level at 26.  The Court also found that the defendant committed perjury with respect to case number 01-CR-80778-DT-03.**

**GUIDELINE RANGE DETERMINED BY THE COURT(BEFORE DEPARTURES):**

Total Offense Level: **26**

Criminal History Category: **I**

Imprisonment Range: **63 to 78** months

Supervised Release Range: **2 to 3** years

Fine Range:  **$12,500.00 to  $125,000.00**

Fine waived or below the guideline range because of inability to pay.

**THE SENTENCE IS WITHIN THE GUIDELINE RANGE, THAT RANGE DOES NOT EXCEED 24 MONTHS, AND THE COURT FINDS NO REASON TO DEPART.**

AO245B [Rev. 12/03] Judgment in a Criminal Case
Attachment - Statement of Reasons

Reasons-Page 2 of 2

DEFENDANT: Youseff Hmimssa
CASE NUMBER: 01CR80778-3
Eastern District of Michigan

**STATEMENT OF REASONS**
(Not for Public Disclosure)

ADDTIONAL PRESENTENCE REPORT AND GUIDELINE APPLICATION CHANGES

SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS

ADDITIONAL COMMENTS OR FINDINGS CONCERNING INFORMATION IN PRESENTENCE REPORT

ADDITIONAL REASONS FOR DEPARTING FROM THE GUIDELINE RANGE

September 1, 2005
Date of Imposition of Judgment

Defendant's Soc.Sec.No.: **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**
Defendant's Date of Birth: **January 15, 1971**

Gerald E Rosen
United States District Judge

Defendant's Residence Address: **Defendant in Custody**

Defendant's Mailing Address: **Same as residence.**

Date Signed