```
ALMBU  540*23 *                    SENTENCE MONITORING         *      04-04-2006
PAGE 001              *             COMPUTATION DATA           *      10:05:33
                                    AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF

                                              DATE OF BIRTH: 08-24-1965
FBI NO...........: 168765AB8
ARS1.............: ALM/A-DES                  QUARTERS.....: B06-905LH
UNIT.............: UNIT 2R                    NOTIFICATIONS: NO
DETAINERS........: YES

PRE-RELEASE PREPARATION DATE: 01-24-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-24-2008 VIA GCT REL

--------------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 03-80980(CR02-15)
JUDGE..........................: ROSEN
DATE SENTENCED/PROBATION IMPOSED: 09-01-2005
DATE COMMITTED.................: 01-10-2006
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  153
OFF/CHG: COUNT 1 CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD THE UNITED
         STATES 18 USC 371

  SENTENCE PROCEDURE............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:
  TERM OF SUPERVISION............:     36 MONTHS
  DATE OF OFFENSE................: 09-28-2001

/ REMARKS........: PER ORDER OF USDJ ROSEN,
                   SHALL RUN CONSECUTIVE.

-------------------------CURRENT JUDGMENT/WARRANT NO: 020 -------------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 01CR80778-3




G0002        MORE PAGES TO FOLLOW . . .
```

```
    ALMBU   540*23 *              SENTENCE MONITORING          *      04-04-2006
  PAGE 002         *             COMPUTATION DATA              *      10:05:33
                                AS OF 04-04-2006

  REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


  JUDGE...........................: ROSEN
  DATE SENTENCED/PROBATION IMPOSED: 09-01-2005
  DATE COMMITTED..................: 01-10-2006
  HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMN  ASSESS  FINES          COSTS
  NON-COMMITTED.:  $200.00         $00.00         $00.00        $00.00

  RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

  -------------------------CURRENT OBLIGATION NO: 010 -----------------------------
  OFFENSE CODE....:   864
  OFF/CHG: COUNT 1 FRAUD AND MISUSE OF VISAS, PERMITS AND OTHER DOCUMENTS
           18 USC 1546 AND 2; COUNT 2 FRAUD AND RELATED ACTIVITY IN
           CONNECTION WITH IDENTIFICATION DOCUMENTS AND INFORMATION
           18 USC 1028(A)(6) AND 2.

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:
   TERM OF SUPERVISION............:       36 MONTHS
   DATE OF OFFENSE................: 09-18-2001
   REMARKS.......: PER ORDER OF USDJ ROSEN,                              MONTHS

  --------------------CURRENT JUDGMENT/WARRANT NO: 030 ---------------------------

  COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
  DOCKET NUMBER...................: 03-80612(01CR490)
  JUDGE...........................: ROSEN
  DATE SENTENCED/PROBATION IMPOSED: 09-01-2005
  DATE COMMITTED..................: 01-10-2006
  HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED...............: NO

          16




  G0002       MORE PAGES TO FOLLOW . . .
```

```
  ALMBU  540*23  *              SENTENCE MONITORING           *    04-04-2006
PAGE 003          *             COMPUTATION DATA              *    10:05:33
                               AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMTMSSA, YOUSSEF


-----------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  157
OFF/CHG: COUNTS 1-6 CONSP TO COMMIT FRAUD AND RELATED ACTIVITY IN CONN
         WITH ACCESS DEVICES, POSS OF DEVICE MAKING EQUIPMENT 18:1029
         (B)(2),(A)(1),(A)(2)(A)(3)(A)(4); COUNT 7 FRD/REL ACT IN CONN
         W/ID DOC AND INFO 18:1028(A)(1); COUNT 8 FORGERY OR FALSE USE
         OF A PASSPORT 18:1543.

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   178 MONTHS
  TERM OF SUPERVISION.............:    3 YEARS
  DATE OF OFFENSE.................: 02-23-2001

------------------------CURRENT COMPUTATION NO: 010 ----------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-03-2006 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010, 030 010

DATE COMPUTATION BEGAN..........: 09-01-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  194 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    7 YEARS       10 MONTHS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 02-23-2001

  JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                      09-28-2001     08-31-2005
```

$$\frac{94}{78}$$

16

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
  ALMBU  540*23  *              SENTENCE MONITORING        *      04-04-2006
PAGE 004        *              COMPUTATION DATA           *      10:05:33
                               AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


TOTAL PRIOR CREDIT TIME.........: 1434
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 368
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 07-24-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-2 -2009


PROJECTED SATISFACTION DATE.....: 07-24-2008
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: PER USDJ A TOTAL OF 16 MONTHS IS ORDERED TO RUN COUNSECTIVELY
                TO THE 78 MONTHS SENTENCE FOR A TOTAL OF 94 MONTHS.
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
ALMBU  540*23 *                SENTENCE MONITORING           *      04-04-2006
PAGE 005 OF 005 *              COMPUTATION DATA              *      10:15:33
                              AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF

--------------------------------- CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 04-03-2006
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: US INS
CHARGES......: INVESTIGATION FOR DEPORTATION
              A 778222600




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```