UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 01-80778

vs.

                                        Hon. Gerald E. Rosen

YOUSSEF HMIMSSA,

        Defendant.

_____/

## PROOF OF SERVICE

        I hereby certify that on October 30, 2006, I electronically filed the Defendant's Motion and Brief to Clarify Judgment in a Criminal Case with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Eric Straus, Asst. U.S. Attorney at eric.straus@usdoj.gov

by placing same in an envelope, properly addressed at said address shown and deposited the same with first class postage, fully prepaid thereon in the United States Mail in St. Clair Shores, Michigan.

        Further, Deponent sayeth not.

                                    /s/ Cynthia M. Seelinger
                                    19900 East Ten Mile Rd., Ste. 102
                                    St. Clair Shores, MI 48080-4412
                                    (586) 776-1110
                                    str2354@aol.com