UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,

                                       Case No. 01-80778

vs.

                                       Hon. Gerald E. Rosen

YOUSSEF HMIMSSA,

          Defendant.
_____/

**EXHIBIT INDEX**


| **Exhibit** | **Description** |
|---|---|
| A | Defendant's Waiver of his Right to Withdraw his Guilty Plea Pursuant to Paragraph 3B of Rule 11 Plea Agreement |
| B | Judgment in a Criminal Case |
| C | Sentence Monitoring Computation Data |


                                      /s/ STEPHEN T. RABAUT
                                        Attorney for Defendant Hmimssa
                                        19900 East Ten Mile Rd., Ste. 102
                                        St. Clair Shores, MI  48080-4412
                                        (586) 776-1110
                                        str2354@aol.com
                                        P 31143

Dated: October 31, 2006