```
ALMBU   540*23 *               SENTENCE MONITORING           *     04-04-2006
                               COMPUTATION DATA              *     10:05:33
PAGE 001                       AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


FBI NO...........: 168765AB8          DATE OF BIRTH: 08-24-1965
ARS1.............: ALM/A-DES
UNIT.............: UNIT 2B            QUARTERS.....: B06-905LH
DETAINERS........: YES               NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-24-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 07-24-2008 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 03-80980(CR02-15)
JUDGE...........................: ROSEN
DATE SENTENCED/PROBATION IMPOSED: 09-01-2005
DATE COMMITTED..................: 01-10-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 ------------------------------
OFFENSE CODE....: 153
OFF/CHG: COUNT 1 CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD THE UNITED
         STATES 18 USC 371

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:
 TERM OF SUPERVISION............:    36 MONTHS
 DATE OF OFFENSE................: 09-28-2001

/ REMARKS.......: PER ORDER OF USDJ ROSEN,
                  SHALL RUN CONSECUTIVE

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 01CR80778-3



G0002      MORE PAGES TO FOLLOW . . .
```

```
   ALMBU   540*23 *              SENTENCE MONITORING           *     04-04-2006
PAGE 002          *              COMPUTATION DATA              *     10:05:33
                                AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


JUDGE...........................: ROSEN
DATE SENTENCED/PROBATION IMPOSED: 09-01-2005
DATE COMMITTED..................: 01-10-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS   MISDMR  ASSESS   FINES         COSTS
NON-COMMITTED.:     $200.00         $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:   $00.00
------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   864
OFF/CHG: COUNT 1 FRAUD AND MISUSE OF VISAS, PERMITS AND OTHER DOCUMENTS
         18 USC 1546 AND 2; COUNT 2 FRAUD AND RELATED ACTIVITY IN
         CONNECTION WITH IDENTIFICATION DOCUMENTA AND INFORMATION
         18 USC 1028(A)(6) AND 2.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:
  TERM OF SUPERVISION............:      36 MONTHS
  DATE OF OFFENSE................: 09-18-2001
  REMARKS........: PER ORDER OF USDJ ROSEN,                           MONTHS

------------------------CURRENT JUDGMENT/WARRANT NO: 030 --------------------
COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 03-80612(01CR490)
JUDGE...........................: ROSEN
DATE SENTENCED/PROBATION IMPOSED: 09-01-2005
DATE COMMITTED..................: 01-10-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

          16



  G0002      MORE PAGES TO FOLLOW . . .
```

```
   ALMBU  540*23  *              SENTENCE MONITORING           *    04-04-2006
PAGE 003          *              COMPUTATION DATA              *    10:05:33
                                AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


-----------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  157
OFF/CHG: COUNTS 1-6 CONSP TO COMMIT FRAUD AND RELATED ACTIVITY IN CONN
         WITH ACCESS DEVICES, POSS OF DEVICE MAKING EQUIPMENT 18:1029
         (B)(2),(A)(1),(A)(2)(A)(3)(A)(4); COUNT 7 FRD/REL ACT IN CONN
         W/ID DOC AND INFO 18:1028(A)(1); COUNT 8 FORGERY OR FALSE USE
         OF A PASSPORT 18:1543.

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   78 MONTHS
   TERM OF SUPERVISION............:    3 YEARS
   DATE OF OFFENSE................: 02-23-2001

-----------------------CURRENT COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-03-2006 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010, 030 010

DATE COMPUTATION BEGAN..........: 09-01-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   94 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    7 YEARS       10 MONTHS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 02-23-2001

   JAIL CREDIT....................:    FROM DATE      THRU DATE
                                      09-28-2001     08-31-2005
```

$$\frac{\begin{array}{r}94\\7\quad\end{array}}{16}$$

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   ALMBU  540*23  *              SENTENCE MONITORING           *      04-04-2006
   PAGE 004          *             COMPUTATION DATA            *      10:05:33
                                  AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


TOTAL PRIOR CREDIT TIME.........: 1434
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 368
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 07-24-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-2--2009


PROJECTED SATISFACTION DATE.....: 07-24-2008
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.........: PER USDJ A TOTAL OF 16 MONTHS IS ORDERED TO RUN COUNSECTIVELY
                  TO THE 78 MONTHS SENTENCE FOR A TOTAL OF 94 MONTHS.
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
    ALMBU  540*23 *            SENTENCE MONITORING          *     04-04-2006
  PAGE 005 OF 005 *            COMPUTATION DATA             *     10:15:33
                             AS OF 04-04-2006

REGNO..: 20451-424 NAME: HMIMSSA, YOUSSEF


------------------------------ ------ CURRENT DETAINERS: ----------------------------
                                 . .      ...
DETAINER NO..: 001
DATE LODGED..: 04-03-2006
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: US INS
CHARGES......: INVESTIGATION FOR DEPORTATION
             A 778222600




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```