FILED

DEC 1 3 2007

LEONARD GREEN, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No. 06-1937

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

01-80778

v.

KARIM KOUBRITI,
    Defendant - Appellant.

FILED

DEC 1 4 2007

CLERK'S OFFICE
DETROIT

Before: MARTIN, SILER, and ROGERS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court denying defendant Karim Koubriti's motion to dismiss is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Leonard Green, Clerk