UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 01-80778

vs.

                                    Hon. Gerald E. Rosen

YOUSSEF HMIMSSA,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY JUDGMENT

The Court having read the Defendant's Motion to Clarify Judgment in a Criminal Case; and being otherwise fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the Court has clarified the Judgment in a Criminal Case in the within cause of action by reflecting that the Defendant's total term of incarceration is 78 months.

                        s/Gerald E. Rosen
                        Gerald E. Rosen
                        United States District Judge

Dated:  February 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2008, by electronic and/or ordinary mail.

                        s/LaShawn R. Saulsberry
                        Case Manager