# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

06-1937

William K. Suter
Clerk of the Court
(202) 479-3011

March 13, 2008

FILED

MAR 17 2008

EONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

01-80778

FILED

MAR 28 2008

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

Re:   Karim Koubriti
      v. United States
      No. 07-9844
      (Your No. 06-1937)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 6, 2008 and placed on the docket March 13, 2008 as No. 07-9844.

Sincerely,

William K. Suter, Clerk

by

Gail Johnson
Case Analyst