*01-80778*

*Detroit*
*Karen*

RECEIVED

APR 17 2008

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*06-1937*

LEONARD GREEN, Clerk

April 14, 2008

William K. Suter
Clerk of the Court
(202) 479-3011

**F I L E D**

APR 1 8 200

LEONARD GREEN, (

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Karim Koubriti
     v. United States
     No. 07-9844
     (Your No. 06-1937)

**FILED**

**APR 2 1 2008**

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk