UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,               CRIM. NO.01-80778

v.                            HON. GERALD E. ROSEN

KARIM KOUBRITI,

               Defendant.

_____/

## MOTION  AND BRIEF TO DISMISS INDICTMENT

THE UNITED STATES OF AMERICA moves this Court for leave to dismiss the

indictment against KARIM KOUBRITI in the above-entitled case for the following

reasons.  KARIM KOUBRITI successfully completed pretrial diversion.

s/Eric M. Straus                       s/With Consent of Barbara L. McQuade
Assistant United States Attorney       United States Attorney
211 W. Fort Street                  211 W. Fort Street
Suite 2001                           Suite 2001
Detroit, MI  48226                 Detroit, MI  48226
Phone: (313) 226-9648           Phone: (313) 226-9501
Email:  eric.straus@usdoj.gov     Email:  barbara.mcquade@usdoj.gov
Bar No.P38266                    Bar No. P45423

Dated:      February 5, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, February 5, 2010 I electronically filed the foregoing

document with the Clerk of the Court using the ECF system which will send notification of such

filing to the following:

> Mr. Richard M. Helfrick
> Richard_Helfrick@fd.org

> s/ERIC M. STRAUS
> Assistant United States Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI  48226
> Phone:  313-226-9648
> E-Mail:  eric.straus@usdoj.gov
> P38266