UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                  CRIMINAL NO. 01-80778

v.

                                  JUDGE GERALD E. ROSEN

KARIM KOUBRITI,

      Defendant.

_____/

## ORDER OF DISMISSAL

      Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered indictment against KARIM KOUBRITI.  Accordingly, IT IS HEREBY ORDERED that the indictment against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

                                        s/Gerald E. Rosen
                                        HONORABLE GERALD E. ROSEN
                                        Chief Judge, United States District Court

Entered: February 9, 2010