Abdeli-lah Elmardoudi
Reg# 09799-041
U.S.P Leavenworth
P.O BOX 1000
Leavenworth, Kansas. 66048



Ref# <u>United</u> <u>states</u> VS. <u>Abdel-ilah</u> <u>Elmardoudi</u>

criminal case N°.<u>01-CR-80778</u>


To honorable judge ROSEN

**NOW COMES,** petitioner Elmardoudi, pro-se and respectfully moves this honorable court for an order, directing the government and any person or persons to release all documents that were seized from the petitioner in the above captioned case, which include the following:

1- Petitioner's <u>original</u> <u>Bachelor</u> <u>degree</u> <u>diploma</u>(in Arabic language)

2- Petitioner's <u>original</u> <u>baccalaureate</u> <u>degree</u> <u>diploma</u> (in Arabic and French language)

3- Petitioner's <u>original</u> <u>copy</u> of <u>his</u> <u>master</u> <u>degree</u> <u>studies</u>.

4- Petitioner's original birth certificate

5- petitioner's <u>Moroccan</u> <u>passport</u>. And all other documents that were seized from him.

Petitioner states that he is a citizen of Morocco, petitioner is currently incarcerated in Leavenworth and he is in deportation's process. Petitioner claims that he has no other means or other alternatives to obtain a copy or copies of his school's degree. Furthermore, petitioner claims that his expired passport and his birth certificate will be an tremendous help for him in the process of renewing his passport and proving his citizenship to the Moroccan's authorities, as part of his potential cooperation with Home Land Security agency (I.C.E) to leave the country.

Wherefore, petitioner respectfully requests that this honorable Court to direct the government and the all the parties that were involved in this matter, to release the above diplomas and his Moroccan's passport(as the government did with his co-defendant Koubriti and Hannan in his process in leaving the country back in 2004-05 ), and grant further relief as may be deemed just and proper.

Respectfully submitted

Signed by:_____, Dated on: _May 13 - 2010_

cc: Mr. William W. Swor.(attorney in law)

cc: Mrs, Margert Raben (attorney in law).

cc: A.U.S. Attorney Mr.Eric Strauss