**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED
OCT 2 5 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**UNITED STATES OF AMERICA**
          Plaintiff/ petitioner

**VS.**                                          **N° 01- CR-80778**


**ABDEL-ILAH ELMARDOUDI**
               Defendant/ respondent.


**MOTION TO COMPEL THE GOVERNMENT TO COMPLY**
**WITH THIS COURT ORDER RENDERED**
**ON JUNE 11th, 2010**


**NOW COMES,** petitioner Elmardoudi moves before this Honorable Court, and respectfully asks this court to order the government, its Attorneys and its agents to comply with its order rendered on June 11th of 2010, by realizing and returning the following documents to the petitioner"

1- Original bachelor degree diploma.

2- Original master degree diploma

3- Original Baccalaureate degree.

4- Moroccan passport with the Moroccan birth certificate.

Defendant Elmardoudi made all necessary attempts to get said documents sent back to him. Petitioner contacted the government Assistant U.A Eric Strsauss, and the agent involves in the said matter, but no avail. Petitioner has less than one (1) month before his release from the B.O.P's custody. Without the said documents, the petitioner's removal process may be longer, which may subject him to longer imprisonment and anxiety.

**WHEREFORE,** Petitioner Elmardoudi respectfully  prays this Court to compel the government to comply with this Court's order and return

all said documents to him in a prompt fashion.

Respectfully Submitted

Signed: _____

Dtated: _____

Address: U.S.P leavenworth

P.O. BOX 1000

Leavenworth, KS 66048