**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                  Case No. 01-80778-4

v

                                  Hon. Gerald E. Rosen

ABDEL ILAH ELMARDOUDI,

       Defendant.

                                          /

## ORDER FOR RESPONSE TO MOTION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      December 8, 2010

PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, U.S. District Court

On October 25, 2010 Defendant Abdel Ilah Elmardoudi filed a Motion to Compel the Government to Comply with the Court Order entered June 11, 2010, Docket Entry [684]. The Court's June 11 order directed the Government to return certain property of the defendant that had been seized by the Government. However, to date the Government has failed to return the defendant's property and has not filed a response to defendant's instant motion. Accordingly, the Government is hereby ordered to file its response to defendant's motion to comply on or before December 17, 2010.

       SO ORDERED.

                                    s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated: December 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 8, 2010, by electronic mail and upon Abdel Ilah Elmardoudi, #09799-041, USP Leavenworth, P.O. Box 1000, Leavenworth, Kansas 66048 by ordinary mail.

s/Ruth A. Gunther
Case Manager
(313) 234-5137