UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff/Respondent,                No. 01-CR-80778

vs.                                                Hon. Gerald E. Rosen

ABDEL-ILAH ELMARDOUDI,

                Defendant/Petitioner.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL

          At a session of said Court, held in
          the U.S. Courthouse, Detroit, Michigan
          on      December 17, 2010

              PRESENT:   Honorable Gerald E. Rosen
                              United States District Chief Judge

          Having reviewed and considered Defendant Abdel-Ilah Elmardoudi's Motion to Compel the Government to Comply with the Court's Order Rendered on June 11, 2010 and return certain documents seized from Defendant in connection with this matter; and the Government having responded stating that it has provided Defendant with any and all of Defendant's property that was in the custody or control of the U.S. Attorney's Office or the Detroit Field Office of the FBI; and the Government having further stated that certain specific items requested by Defendant, to-wit, his original diplomas and his Moroccan passport and birth certificate, are not and never were seized or retained by law enforcement in connection with the proceedings in the District; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, there being no property of Defendant in the custody or control of law enforcement personnel in this District,

IT IS HEREBY ORDERED that Defendant's Motion to Compel is DENIED. This Order is, however, WITHOUT PREJUDICE to Defendant's right to seek the return of property that may have been seized and retained in connection with judicial proceedings outside of this jurisdiction.

SO ORDERED.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  December 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2010, by electronic mail and upon Abdel Ilah Elmardoudi, #09799-041, USP Leavenworth, P.O. Box 1000, Leavenworth, Kansas 66048 by ordinary mail.

s/Ruth A. Gunther
Case Manager
(313) 234-5137